**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF ARIZONA

Case number *(if known)* _____ Chapter __**11**__

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy
**06/24**

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Auto Glass 2020 LLC** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **82-2346246** |

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **355 E Warner Rd Ste 4**<br>**Chandler, AZ 85225**<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Maricopa**<br>County | Location of principal assets, if different from principal place of business |
| | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | Debtor's website (URL) | **www.autoglass2020.com** |

**6. Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
___8111___

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply:*

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11 (Official Form 201A)* with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| Debtor | _____ | | | Relationship | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

**11. Why is the case filed in this district?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                            Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____
        Contact name    _____
        Phone           _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

.   *Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☑ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    __January 16, 2025__
               MM / DD / YYYY

**X** __/s/ Kristy LeSueur__                 __Kristy LeSueur__
     Signature of authorized representative of debtor         Printed name

                                                    __kristylesueur@gmail.com__
                                                      Email Address of debtor

Title    __Manager__

**18. Signature of attorney**

**X** __/s/ Alan A. Meda__                 Date   __January 16, 2025__
     Signature of attorney for debtor                    MM / DD / YYYY

     __Alan A. Meda 009213__
     Printed name

     __Burch & Cracchiolo, P.A.__
     Firm name

     __1850 N. Central Ave., Suite 1700__
     __Phoenix, AZ 85004__
     Number, Street, City, State & ZIP Code

     Contact phone    __602-274-8797__      Email address    __ameda@bcattorneys.com__

     __009213 AZ__
     Bar number and State

Fill in this information to identify the case:

Debtor name  **Auto Glass 2020 LLC**

United States Bankruptcy Court for the:  DISTRICT OF ARIZONA

Case number (if known) _____

☐ Check if this is an
  amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **January 16, 2025**          X **/s/ Kristy LeSueur** _____
                                              Signature of individual signing on behalf of debtor

                                              **Kristy LeSueur**
                                              Printed name

                                              **Manager**
                                              Position or relationship to debtor

Fill in this information to identify the case:

Debtor name | Auto Glass 2020 LLC

United States Bankruptcy Court for the: **DISTRICT OF ARIZONA**

Case number (if known): _____

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Amur Equipment Finance PO Box 2555 Grand Island, NE 68801 | | 2021 Chevrolet Expresss G2500 (1122) and 2020 Nissan NV200 (4416) | | $77,505.00 | $36,934.00 | $40,571.00 |
| Apex Commercial Capital 1 Walnut Grove Dr Ste 300 Horsham, PA 19044 | | 2021 Chevrolet Express G2500 (8217) | | $49,610.00 | $22,277.00 | $27,333.00 |
| Arizona Dept of Economic Security PO Box 6028 Phoenix, AZ 85005 | | | | | | $25,142.95 |
| Arizona Dept of Revenue PO Box 29010 Phoenix, AZ 85038-9010 | | | Unliquidated Disputed | | | $947,766.28 |
| Arizona Financial Credit Union 1575 E Elliott Rd Gilbert, AZ 85234 | | overdraft | | | | $45,642.71 |
| Black Olive Capital 7200 Wisconsin Ave Suite 500 Bethesda, MD 20814 | | accounts receivable | Unliquidated Disputed | $78,112.00 | $0.00 | $78,112.00 |
| Capital One PO Box 30285 Salt Lake City, UT 84130 | | | | | | $315,357.52 |
| Channel Partners 10900 Wayzata Blvd Suite 300 Hopkins, MN 55305 | | 2020 Lincoln Navigator 5LMJJ2TT6LEL18546 | | $78,979.68 | $42,812.00 | $36,167.68 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Emmy Capital Group 442 5th Ave #2398 New York, NY 10018 | | accounts receivable | Unliquidated Disputed | $100,078.00 | $0.00 | $100,078.00 |
| Falcon Nat'l Bank 28 11th Ave South Suite 103 Saint Cloud, MN 56301 | | 2023 Cadillac Escalade 1GYS4SK92PR171 580 | | $208,611.50 | $131,347.00 | $77,264.50 |
| Fidelity Funding Corp 450 N Brand Blvd FL 6 Glendale, CA 91203 | | accounts receivable | | $113,568.61 | $0.00 | $113,568.61 |
| First Federal Leasing 31 N 9th St Richmond, IN 47374 | | 2020 Nissan NV (4414); 2016 Nissan NV (7647); 2017 Nissan NV (1184); 2015 Nissan NV (5239) 2019 Nissan NV (2538); 2019 Nissan NV (8085) | | $106,332.00 | $59,769.00 | $46,563.00 |
| First Foundation Bank 18101 Von Karman Ave Suite 750 Irvine, CA 92612 | | 2019 Chevrolet Express G2500 (4904); 2019 Chevrolet Express G2500 (8285); 2019 Ram 1500 (9142) | | $78,511.00 | $44,639.00 | $33,872.00 |
| Import 15257 E Proctor Ave Hacienda Heights, CA 91745 | | Trade debt | | | | $134,828.86 |
| Mygrant Glass Company 333 W Hamoden Ave Suite 820 Englewood, CO 80110 | | | | | | $123,794.57 |
| Navitas Credit Corp 203 Fort Wade Rd Ponte Vedra, FL 32081 | | 2022 Mercedes Metris W1YV0BEY6N419 0267; 2020 Mercedes Metris W1YV0BEY4L3684 534 | | $90,000.00 | $45,399.00 | $44,601.00 |
| Overnight Capital 124-17 Metropolitan Ave Kew Gardens, NY 11415 | | accounts receivable | Unliquidated Disputed | $261,491.08 | $0.00 | $261,491.08 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Pilkington**<br>**1191 N Fiesta Blvd**<br>**Suite 4**<br>**Gilbert, AZ 85233** | | **Trade debt** | | | | **$25,000.00** |
| **PNC Bank**<br>**7680 E Highway 69**<br>**Prescott Valley, AZ**<br>**86314** | | **business credit line** | | | | **$55,193.39** |
| **PNC Bank**<br>**7680 E Highway 69**<br>**Prescott Valley, AZ**<br>**86314** | | **credit card** | | | | **$62,260.47** |

Debtor name    **Auto Glass 2020 LLC**

United States Bankruptcy Court for the:    DISTRICT OF ARIZONA

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1. *Schedule A/B: Assets-Real and Personal Property (Official Form 206A/B)*

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*............................................................................................ $              0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.......................................................................................... $       797,330.36

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*............................................................................................ $       797,330.36

| Part 2: | Summary of Liabilities |
|---|---|

2. *Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)*
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................... $      1,867,796.28

3. *Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)*

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.......................................................... $       972,909.23

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................. +$       828,513.45

4. **Total liabilities** .................................................................................................................... $    3,669,218.96
   Lines 2 + 3a + 3b

Debtor name **Auto Glass 2020 LLC**

United States Bankruptcy Court for the: DISTRICT OF ARIZONA

Case number (if known) _____

☐ Check if this is an
amended filing

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property                     12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor**                                    Current value of
debtor's interest

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*
       Name of institution (bank or brokerage firm)          Type of account          Last 4 digits of account
                                                                                       number

| | | | | |
| --- | --- | --- | --- | --- |
| 3.1. | **Bank of America** | checking | 8956 | $1,000.00 |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**                                                                                $1,000.00
       Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and Prepayments |
| --- | --- |

**6. Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
| --- | --- |

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

| 11a. 90 days old or less: | 94,377.19 | - | 0.00 | = .... | $94,377.19 |
| --- | --- | --- | --- | --- | --- |
| | face amount | | doubtful or uncollectible accounts | | |

11b. Over 90 days old:        146,675.17        -              0.00     =....              $146,675.17
                          face amount              doubtful or uncollectible accounts

---

12.    **Total of Part 3.**                                                        $241,052.36
       Current value on lines 11a + 11b = line 12. Copy the total to line 82.

## Part 4:    Investments
**13. Does the debtor own any investments?**

   ■ No. Go to Part 5.
   ☐ Yes Fill in the information below.

## Part 5:    Inventory, excluding agriculture assets
**18. Does the debtor own any inventory (excluding agriculture assets)?**

   ■ No. Go to Part 6.
   ☐ Yes Fill in the information below.

## Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)
**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

   ■ No. Go to Part 7.
   ☐ Yes Fill in the information below.

## Part 7:    Office furniture, fixtures, and equipment; and collectibles
**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   ☐ No. Go to Part 8.
   ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** |||| 
| office furniture, equipment and computers | $5,706.00 | Liquidation | $5,000.00 |
| tools and racking | $0.00 | Liquidation | $6,000.00 |
| 40. **Office fixtures** |||| 
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** |||| 
| recalibration tablets | $0.00 | | $10,000.00 |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles |||| 

43.    **Total of Part 7.**                                                        $21,000.00
       Add lines 39 through 42. Copy the total to line 86.

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**

�, No
☐ Yes

45.   **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
      ☐ No
      ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
| --- | --- |

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
☐ Yes Fill in the information below.

| | General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
| --- | --- | --- | --- | --- |
| **47.** | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. | **2022 Toyota Tacoma**<br>3TMCZ5AN0NM498831 | $23,281.00 | KBB | $31,582.00 |
| 47.2. | **2022 Toyota Tacoma**<br>3TYRX5GN5NT061466 | $15,325.00 | KBB | $26,031.00 |
| 47.3. | **2023 Toyota Tacoma**<br>3TYRX5GN6PT073886 | $14,978.00 | KBB | $22,156.00 |
| 47.4. | **2021 Nissan NV200**<br>3N6CM0KN3MK700438 | $0.00 | KBB | $18,155.00 |
| 47.5. | **2020 Nissan NV200**<br>3N6CM0KN6LK694195 | $11,217.00 | KBB | $15,666.00 |
| 47.6. | **2016 Nissan NV200**<br>3N6CM0KN0GK697647 | $10,177.00 | KBB | $7,810.00 |
| 47.7. | **2017 Nissan NV200**<br>3N6CM0KN0HK701184 | $10,177.00 | KBB | $8,736.00 |
| 47.8. | **2015 Nissan NV200**<br>3N6CM0KN2FK715239 | $10,696.00 | KBB | $5,462.00 |
| 47.9. | **2019 Nissan NV200**<br>3N6CM0KN2KK692538 | $11,502.00 | KBB | $10,974.00 |
| 47.10. | **2019 Nissan NV200**<br>3N6CM0KNXKK698085 | $11,502.00 | KBB | $12,465.00 |
| 47.11. | **2018 Nissan NV200**<br>3N6CM0KN9JK690526 | $11,217.00 | KBB | $8,842.00 |

| | | | | |
|---|---|---|---|---|
| 47.12 | 2020 Nissan NV200<br>3N6CM0KN7LK694416 | $11,521.00 | KBB | $14,322.00 |
| 47.13 | 2021 Chevrolet Express G2500<br>1GCWGAFP6M1251122 | $18,991.00 | KBB | $22,612.00 |
| 47.14 | 2022 Mercedes Metris<br>W1YV0BEY6N4190267 | $24,964.00 | KBB | $25,721.00 |
| 47.15 | 2023 Cadillac Escalade<br>1GYS4SK92PR171580 | $105,333.00 | KBB | $131,347.00 |
| 47.16 | 2020 Lincoln Navigator<br>5LMJJ2TT6LEL18546 | $37,024.00 | KBB | $42,812.00 |
| 47.17 | 2021 Chevrolet Express G2500<br>1GCWGAFP9M1148194 | $18,057.00 | KBB | $22,277.00 |
| 47.18 | 2019 Chevrolet Express G2500<br>1GCWGBFP8K1174904 | $20,223.00 | KBB | $15,572.00 |
| 47.19 | 2019 Chevrolet Express G2500<br>1GCWGAFG7K1328285 | $19,059.00 | KBB | $17,699.00 |
| 47.20 | 2019 Ram 1500 3C6JR6DG7KG509142 | $9,038.00 | KBB | $11,368.00 |
| 47.21 | 2021 Nissan NV200<br>3N6CM0KNXMK691000 | $13,495.00 | KBB | $18,155.00 |
| 47.22 | 2021 Chevrolet Express G2500<br>1GCWGAFP0M1208217 | $17,061.00 | KBB | $22,277.00 |
| 47.23 | 2020 Mercedes Metris<br>W1YV0BEY4L3684534 | $19,677.80 | KBB | $19,737.00 |

48.    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49.    **Aircraft and accessories**

50.    **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**
       windshields                                          $0.00                         $2,500.00

51.    **Total of Part 8.**
       Add lines 47 through 50.  Copy the total to line 87.                          |  $534,278.00  |

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ☒ No
    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ☒ No
    ☐ Yes

## Part 9:    Real property

**54. Does the debtor own or lease any real property?**

☒ No. Go to Part 10.
☐ Yes Fill in the information below.

## Part 10:    Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
☒ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.    Patents, copyrights, trademarks, and trade secrets | | | |
| 61.    Internet domain names and websites autoglass2020.com | Unknown | | Unknown |
| 62.    Licenses, franchises, and royalties | | | |
| 63.    Customer lists, mailing lists, or other compilations | | | |
| 64.    Other intangibles, or intellectual property | | | |
| 65.    Goodwill | | | |

66. **Total of Part 10.**
    Add lines 60 through 65. Copy the total to line 89.

    | |
    |---|
    | $0.00 |

67. **Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C.§§ 101(41A) and 107?**
    ☒ No
    ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
    ☒ No
    ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
    ☒ No
    ☐ Yes

## Part 11:    All other assets

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☒ No. Go to Part 12.
☐ Yes Fill in the information below.

Debtor   **Auto Glass 2020 LLC**                    Case number *(If known)* _____
         Name

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $1,000.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $241,052.36 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $21,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $534,278.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*........................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $797,330.36 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $797,330.36 |

Case 2:25-bk-00374-MCW    Doc 1    Filed 01/16/25    Entered 01/16/25 13:53:26    Desc
Main Document        Page 15 of 122

☐ Check if this is an
    amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property     12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ■ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** **Ally Financial**<br>Creditor's Name<br><br>**PO Box 380901**<br>**Minneapolis, MN 55438**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**2022 Toyota Tacoma 3TYRX5GN5NT061466** | $22,276.00 | $26,031.00 |

Describe the lien
**auto loan**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**
**9/12/2022**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| | | | |
|---|---|---|---|
| **2.2** **Ally Financial**<br>Creditor's Name<br><br>**PO Box 380901**<br>**Minneapolis, MN 55438**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**2022 Toyota Tacoma 3TMCZ5AN0NM498831** | $32,342.40 | $31,582.00 |

Describe the lien
**auto loan**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**
**5/5/2022**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

■ No

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Ally Financial** | Describe debtor's property that is subject to a lien | $25,127.51 | $22,156.00 |
|---|---|---|---|---|

Creditor's Name

**PO Box 380901**
**Minneapolis, MN 55438**

Creditor's mailing address

**2023 Toyota Tacoma 3TYRX5GN6PT073886**

**Describe the lien**
**auto loan**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2/8/2023**
**Last 4 digits of account number**

**Do multiple creditors have an**
**interest in the same property?**

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Ally Financial** | Describe debtor's property that is subject to a lien | $14,072.17 | $18,155.00 |
|---|---|---|---|---|

Creditor's Name

**PO Box 380901**
**Minneapolis, MN 55438**

Creditor's mailing address

**2021 Nissan NV200 3N6CM0KN3MK700438**

**Describe the lien**
**auto loan**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**7/21/2021**
**Last 4 digits of account number**
**5048**

**Do multiple creditors have an**
**interest in the same property?**

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **Amur Equipment Finance** | Describe debtor's property that is subject to a lien | $77,505.00 | $36,934.00 |
|---|---|---|---|---|

Creditor's Name

**PO Box 2555**
**Grand Island, NE 68801**

Creditor's mailing address

**2021 Chevrolet Expresss G2500 (1122) and**
**2020 Nissan NV200 (4416)**

**Describe the lien**
**auto loan**

**Is the creditor an insider or related party?**

■ No

---

Creditor's email address, if known

☐ Yes
**Is anyone else liable on this claim?**

**Date debt was incurred**
**9/14/2023**
**Last 4 digits of account number**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| | | | |
|---|---|---|---|
| 2.6 | **Apex Commercial Capital** | Describe debtor's property that is subject to a lien | $49,610.00    $22,277.00 |

Creditor's Name

**2021 Chevrolet Express G2500 (8217)**

**1 Walnut Grove Dr Ste 300**
**Horsham, PA 19044**
Creditor's mailing address

**Describe the lien**
**auto loan**
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No

**Date debt was incurred**
**8/24/2023**
**Last 4 digits of account number**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| | | | |
|---|---|---|---|
| 2.7 | **Black Olive Capital** | Describe debtor's property that is subject to a lien | $78,112.00    $0.00 |

Creditor's Name

**accounts receivable**

**7200 Wisconsin Ave**
**Suite 500**
**Bethesda, MD 20814**
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**10/6/2023**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
■ Unliquidated
■ Disputed

---

| | | | |
|---|---|---|---|
| 2.8 | **Channel Partners** | Describe debtor's property that is subject to a lien | $78,979.68    $42,812.00 |

Creditor's Name
**10900 Wayzata Blvd**
**Suite 300**
**Hopkins, MN 55305**
Creditor's mailing address

**2020 Lincoln Navigator 5LMJJ2TT6LEL18546**

Describe the lien
**auto loan**
Is the creditor an insider or related party?

Creditor's email address, if known

■ No
☐ Yes
Is anyone else liable on this claim?

Date debt was incurred
**9/19/2023**
Last 4 digits of account number
**651M**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Do multiple creditors have an
interest in the same property?

As of the petition filing date, the claim is:
Check all that apply

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 | **Emmy Capital Group** | Describe debtor's property that is subject to a lien | $100,078.00 | $0.00 |

Creditor's Name

**442 5th Ave #2398**
**New York, NY 10018**
Creditor's mailing address

**accounts receivable**

Describe the lien

Is the creditor an insider or related party?

Creditor's email address, if known

■ No
☐ Yes
Is anyone else liable on this claim?

Date debt was incurred
**7/30/2024**
Last 4 digits of account number

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Do multiple creditors have an
interest in the same property?

As of the petition filing date, the claim is:
Check all that apply

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
■ Unliquidated
■ Disputed

---

| 2.1 0 | **Falcon Nat'l Bank** | Describe debtor's property that is subject to a lien | $208,611.50 | $131,347.00 |

Creditor's Name

**28 11th Ave South**
**Suite 103**
**Saint Cloud, MN 56301**
Creditor's mailing address

**2023 Cadillac Escalade 1GYS4SK92PR171580**

Describe the lien
**auto loan**
Is the creditor an insider or related party?

Creditor's email address, if known

■ No
☐ Yes
Is anyone else liable on this claim?

Date debt was incurred
**8/8/2023**
Last 4 digits of account number

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

---

| | |
|---|---|
| Do multiple creditors have an interest in the same property?<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

---

| 2.1<br>1 | **Fidelity Funding Corp** | Describe debtor's property that is subject to a lien | $113,568.61 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | **accounts receivable** | | |
| | **450 N Brand Blvd FL 6**<br>**Glendale, CA 91203** | | | |
| | Creditor's mailing address | Describe the lien | | |
| | | | | |
| | Creditor's email address, if known | Is the creditor an insider or related party?<br>■ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>■ No<br>☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H) | | |
| | **Date debt was incurred**<br>**2/27/2024**<br>Last 4 digits of account number | | | |
| | Do multiple creditors have an interest in the same property?<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

---

| 2.1<br>2 | **First Federal Leasing** | Describe debtor's property that is subject to a lien | $30,811.00 | $22,277.00 |
|---|---|---|---|---|
| | Creditor's Name | **2021 Chevrolet Express G2500**<br>**1GCWGAFP9M1148194** | | |
| | **31 N 9th St**<br>**Richmond, IN 47374** | | | |
| | Creditor's mailing address | Describe the lien<br>**auto lease** | | |
| | | Is the creditor an insider or related party?<br>■ No<br>☐ Yes | | |
| | Creditor's email address, if known | Is anyone else liable on this claim?<br>■ No<br>☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H) | | |
| | **Date debt was incurred**<br>**8/18/2023**<br>Last 4 digits of account number | | | |
| | Do multiple creditors have an interest in the same property?<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

---

| 2.1<br>3 | **First Federal Leasing** | Describe debtor's property that is subject to a lien | $106,332.00 | $59,769.00 |
|---|---|---|---|---|
| | Creditor's Name | **2020 Nissan NV (4414); 2016 Nissan NV (7647); 2017 Nissan NV (1184); 2015 Nissan NV (5239) 2019 Nissan NV (2538); 2019 Nissan NV (8085)** | | |
| | **31 N 9th St**<br>**Richmond, IN 47374** | | | |

| | |
|---|---|
| Creditor's mailing address | **Describe the lien**<br>**auto leases**<br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?** |
| Creditor's email address, if known | ■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Date debt was incurred**<br>**6/7/2023**<br>**Last 4 digits of account number** | |
| **Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

---

| | | | |
|---|---|---|---|
| **2.1 4** **First Federal Leasing** | **Describe debtor's property that is subject to a lien**<br>**2020 Nissan NV200 (4195); 2018 Nissan NV200 (0526)** | $38,500.00 | $24,508.00 |
| Creditor's Name | | | |
| **31 N 9th St**<br>**Richmond, IN 47374** | | | |
| Creditor's mailing address | **Describe the lien**<br>**auto leases**<br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?** | | |
| Creditor's email address, if known | ■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Date debt was incurred**<br>**7/25/2023**<br>**Last 4 digits of account number** | | | |
| **Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

---

| | | | |
|---|---|---|---|
| **2.1 5** **First Foundation Bank** | **Describe debtor's property that is subject to a lien**<br>**2019 Chevrolet Express G2500 (4904); 2019 Chevrolet Express G2500 (8285); 2019 Ram 1500 (9142)** | $78,511.00 | $44,639.00 |
| Creditor's Name | | | |
| **18101 Von Karman Ave Suite 750**<br>**Irvine, CA 92612** | | | |
| Creditor's mailing address | **Describe the lien**<br>**auto loans**<br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?** | | |
| Creditor's email address, if known | ■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Date debt was incurred**<br>**7/25/2023**<br>**Last 4 digits of account number** | | | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply | | |

| Debtor | Auto Glass 2020 LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

- ☒ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| **2.1 6** | **Navitas Credit Corp** | Describe debtor's property that is subject to a lien | $90,000.00 | $45,399.00 |
|---|---|---|---|---|

Creditor's Name

**203 Fort Wade Rd**
**Ponte Vedra, FL 32081**

Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**8/19/2023**
Last 4 digits of account number

Do multiple creditors have an interest in the same property?
- ☒ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

**2022 Mercedes Metris W1YV0BEY6N4190267;**
**2020 Mercedes Metris W1YV0BEY4L3684534**

Describe the lien
**auto loan**

Is the creditor an insider or related party?
- ☒ No
- ☐ Yes

Is anyone else liable on this claim?
- ☒ No
- ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| **2.1 7** | **Overnight Capital** | Describe debtor's property that is subject to a lien | $261,491.08 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**124-17 Metropolitan Ave**
**Kew Gardens, NY 11415**

Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**7/2/2024**
Last 4 digits of account number

Do multiple creditors have an interest in the same property?
- ☒ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

**accounts receivable**

Describe the lien

Is the creditor an insider or related party?
- ☒ No
- ☐ Yes

Is anyone else liable on this claim?
- ☒ No
- ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
- ☐ Contingent
- ☒ Unliquidated
- ☒ Disputed

---

| **2.1 8** | **US Small Business** | Describe debtor's property that is subject to a lien | $461,868.33 | Unknown |
|---|---|---|---|---|

Creditor's Name
**Administration**

**409 3rd St SW**
**Washington, DC 20416**

Creditor's mailing address

**all assets of debtor**

Describe the lien

---

Debtor **Auto Glass 2020 LLC** _____ Case number (if known) _____
       Name

_____

Creditor's email address, if known

**Date debt was incurred**
**7/7/2020**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $1,867,796.28

---

**Part 2:** **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| _____ | | |

Official Form 206D       Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**       page 8 of 8

Case 2:25-bk-00374-MCW    Doc 1    Filed 01/16/25    Entered 01/16/25 13:53:26    Desc
Main Document    Page 23 of 122

Debtor name **Auto Glass 2020 LLC**

United States Bankruptcy Court for the: **DISTRICT OF ARIZONA**

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>**Arizona Dept of<br> Economic Security<br>PO Box 6028<br>Phoenix, AZ 85005** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$25,142.95** | **$25,142.95** |
| Date or dates debt was incurred | Basis for the claim: | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| **2.2** Priority creditor's name and mailing address<br>**Arizona Dept of Revenue<br>PO Box 29010<br>Phoenix, AZ 85038-9010** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>■ Disputed | **$947,766.28** | **$947,766.28** |
| Date or dates debt was incurred<br>**12/31/2023** | Basis for the claim: | | |
| Last 4 digits of account number **5102**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,052.31 |
|---|---|---|---|

**American Express**
PO Box 570622
Atlanta, GA 30357

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/31/2023**

Basis for the claim: _

Last 4 digits of account number  **1005**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $45,642.71 |
|---|---|---|---|

**Arizona Financial Credit Union**
1575 E Elliott Rd
Gilbert, AZ 85234

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **overdraft**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,000.00 |
|---|---|---|---|

**Audacy Operations LLC**
840 N Central Ave
Phoenix, AZ 85044

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **8/30/2023**

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $19,952.00 |
|---|---|---|---|

**Berkshire Hathaway Ins Co**
c/o WestGuard Ins Co
PO Box 785570
Philadelphia, PA 19178-5570

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $315,357.52 |
|---|---|---|---|

**Capital One**
PO Box 30285
Salt Lake City, UT 84130

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/31/2023**

Basis for the claim: _

Last 4 digits of account number  **1438**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $134,828.86 |
|---|---|---|---|

**Import**
15257 E Proctor Ave
Hacienda Heights, CA 91745

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **8/30/2023**

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $123,794.57 |
|---|---|---|---|

**Mygrant Glass Company**
333 W Hamoden Ave
Suite 820
Englewood, CO 80110

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **8/30/2023**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Case 2:25-bk-00374-MCW   Doc 1   Filed 01/16/25   Entered 01/16/25 13:53:26   Desc
Main Document    Page 25 of 122

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,944.73 |
|---|---|---|---|

**PGW**
**709 E Auto Center Dr**
**Suite 129**
**Mesa, AZ 85204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  8/30/2024

Basis for the claim:  Trade debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,000.00 |
|---|---|---|---|

**Plikington**
**1191 N Fiesta Blvd**
**Suite 4**
**Gilbert, AZ 85233**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  8/30/2024

Basis for the claim:  Trade debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $62,260.47 |
|---|---|---|---|

**PNC Bank**
**7680 E Highway 69**
**Prescott Valley, AZ 86314**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/31/2023

Basis for the claim:  credit card

Last 4 digits of account number  5029

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $55,193.39 |
|---|---|---|---|

**PNC Bank**
**7680 E Highway 69**
**Prescott Valley, AZ 86314**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  business credit line

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,034.36 |
|---|---|---|---|

**QT**
**PO Box 639**
**Portland, ME 04104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  8/30/2024

Basis for the claim:  Trade debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,452.53 |
|---|---|---|---|

**Steven G Hurley**
**1500 Concord Terrance**
**Suite 100**
**Fort Lauderdale, FL 33323**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  11/14/2024

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

## Part 3:  List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

## Part 4:  Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

Case 2:25-bk-00374-MCW   Doc 1   Filed 01/16/25   Entered 01/16/25 13:53:26   Desc
Main Document      Page 26 of 122

| Debtor | **Auto Glass 2020 LLC** | Case number (if known) |
| | Name | |

| | | Total of claim amounts | |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 972,909.23 |
| 5b. Total claims from Part 2 | 5b. + | $ | 828,513.45 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 1,801,422.68 |

Debtor name    **Auto Glass 2020 LLC**

United States Bankruptcy Court for the:    DISTRICT OF ARIZONA

Case number (if known)    _____

☐ Check if this is an
    amended filing

## Official Form 206G
# Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
     ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
     ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*      *Property*
(Official Form 206A/B).

**2. List all contracts and unexpired leases**      **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | | |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **marketing** |
| | State the term remaining | |
| | List the contract number of any government contract | **Alexander Griffin**<br>**309 N Morrison St 3**<br>**Appleton, WI 54911** |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **marketing** |
| | State the term remaining | |
| | List the contract number of any government contract | **Alison Farmer**<br>**241 E 1st Ave #23**<br>**Mesa, AZ 85210** |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **outbound sales** |
| | State the term remaining | |
| | List the contract number of any government contract | **Alton Peoples**<br>**12231 N 21st Ave #3**<br>**Phoenix, AZ 85029** |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **window installer** |
| | State the term remaining | |
| | List the contract number of any government contract | **Amado Viera**<br>**30940 N Desert Honeysuckle Dr**<br>**San Tan Valley, AZ 85143** |

Case 2:25-bk-00374-MCW    Doc 1    Filed 01/16/25    Entered 01/16/25 13:53:26    Desc
Main Document     Page 28 of 122

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.5.** State what the contract or lease is for and the nature of the debtor's interest — **outbound sales**

State the term remaining

List the contract number of any government contract _____

Arianna Villlareal
6713 E Cheery Lynn Dr #4
Scottsdale, AZ 85260

---

**2.6.** State what the contract or lease is for and the nature of the debtor's interest — **recalibration technician**

State the term remaining

List the contract number of any government contract _____

Bryce LeSueur
1502 E Saguaro Trail
San Tan Valley, AZ 85143

---

**2.7.** State what the contract or lease is for and the nature of the debtor's interest — **billing**

State the term remaining

List the contract number of any government contract _____

Candice Black
108 E Ingram St #112
Mesa, AZ 85201

---

**2.8.** State what the contract or lease is for and the nature of the debtor's interest — **outbound sales / tint**

State the term remaining

List the contract number of any government contract _____

Eric Lopez
642 W Jersey Way
San Tan Valley, AZ 85143

---

**2.9.** State what the contract or lease is for and the nature of the debtor's interest — **billing**

State the term remaining

List the contract number of any government contract _____

Jacob Jiron
8975 Silver Valley Rd
Flagstaff, AZ 86004

---

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **office manager and outbound sales representative** | |
|---|---|---|---|
| | State the term remaining | | **Jesse Mostrales**<br>**8926 E Birchwood Cir**<br>**Mesa, AZ 85208** |
| | List the contract number of any government contract | _____ | |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **inbound customer service representative** | |
|---|---|---|---|
| | State the term remaining | | **Jessica Ruiz**<br>**30940 N Desert Honeysuckle Dr**<br>**San Tan Valley, AZ 85143** |
| | List the contract number of any government contract | _____ | |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **recalibration technician** | |
|---|---|---|---|
| | State the term remaining | | **Joseph Gibson**<br>**45201 W Norris Rd**<br>**Maricopa, AZ 85139** |
| | List the contract number of any government contract | _____ | |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **window installer** | |
|---|---|---|---|
| | State the term remaining | | **Julio Duran**<br>**36104 W Cartegna Ln**<br>**Maricopa, AZ 85138** |
| | List the contract number of any government contract | _____ | |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **inbound customer service representative** | |
|---|---|---|---|
| | State the term remaining | | **Kaylea Iorns**<br>**1001 N Pasadena #151**<br>**Mesa, AZ 85201** |
| | List the contract number of any government contract | _____ | |

 **Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | |
|---|---|
| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **outbound sales** |
| | State the term remaining | |
| | List the contract number of any government contract | Kelly Johnson<br>1530 W Puget Ave<br>Phoenix, AZ 85021 |

| | |
|---|---|
| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **billing** |
| | State the term remaining | |
| | List the contract number of any government contract | Kristy LeSueur<br>1451 E Debbie Dr<br>San Tan Valley, AZ 85140 |

| | |
|---|---|
| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **sales manager** |
| | State the term remaining | |
| | List the contract number of any government contract | Lacy Estrada<br>1451 E Debbie Dr<br>San Tan Valley, AZ 85140 |

| | |
|---|---|
| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | **dispatch** |
| | State the term remaining | |
| | List the contract number of any government contract | Mathew Smith<br>1001 N Pasadena #151<br>Mesa, AZ 85201 |

| | |
|---|---|
| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | **marketing** |
| | State the term remaining | |
| | List the contract number of any government contract | Meghan Shapiro<br>2903 E Temple Ct<br>Gilbert, AZ 85296 |

Case 2:25-bk-00374-MCW    Doc 1    Filed 01/16/25    Entered 01/16/25 13:53:26    Desc
Main Document        Page 31 of 122

 **Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**      **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | | |
|---|---|---|
| **2.20.** | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | Nicole LeSueur |
| | List the contract number of any government contract | 1488 W Gail Rd<br>San Tan Valley, AZ 85143 |

| | | |
|---|---|---|
| **2.21.** | State what the contract or lease is for and the nature of the debtor's interest | outbound sales |
| | State the term remaining | Nicole Rice |
| | List the contract number of any government contract | 2027 E Riviera Dr<br>Tempe, AZ 85282 |

| | | |
|---|---|---|
| **2.22.** | State what the contract or lease is for and the nature of the debtor's interest | window installer |
| | State the term remaining | Richard Demaio |
| | List the contract number of any government contract | 937 S 79th Pl<br>Mesa, AZ 85208 |

| | | |
|---|---|---|
| **2.23.** | State what the contract or lease is for and the nature of the debtor's interest | IT |
| | State the term remaining | Richard Williams |
| | List the contract number of any government contract | 2200 W Chilton St<br>Chandler, AZ 85224 |

| | | |
|---|---|---|
| **2.24.** | State what the contract or lease is for and the nature of the debtor's interest | commercial lease re 10801 N. 24th Ave., Suite 115-116, Phoenix, AZ 85029 |
| | State the term remaining | 16 months    SEAPHX TT, LLC<br>1701 Quail St<br>Suite 100<br>Newport Beach, CA 92660 |
| | List the contract number of any government contract | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.25.** State what the contract or lease is for and the nature of the debtor's interest — **commercial lease re 355 E. Warner Rd, Suite 4, Chandler, AZ 85225**

State the term remaining — **17 months**

List the contract number of any government contract — _____

**Stampede Enterprises LLC**
**748 W Stottler Pl**
**Gilbert, AZ 85233**

---

**2.26.** State what the contract or lease is for and the nature of the debtor's interest — **east side office manager**

State the term remaining —

List the contract number of any government contract — _____

**Steve Butera**
**4215 E Payton Anne Ln**
**San Tan Valley, AZ 85143**

---

**2.27.** State what the contract or lease is for and the nature of the debtor's interest — **recalibration technician**

State the term remaining —

List the contract number of any government contract — _____

**Tanner Nino**
**18773 N Highway 79**
**Florence, AZ 85132**

---

**2.28.** State what the contract or lease is for and the nature of the debtor's interest — **billing/approvals**

State the term remaining —

List the contract number of any government contract — _____

**Taylor Dearman**
**18773 N Highway 79**
**Florence, AZ 85132**

---

**2.29.** State what the contract or lease is for and the nature of the debtor's interest — **outbound sales**

State the term remaining —

List the contract number of any government contract — _____

**Terria Moss**
**1817 N Dobson Rd**
**Chandler, AZ 85224**

---

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |

**2.30.** State what the contract or lease is for and the nature of the debtor's interest    **outbound sales**

State the term remaining

List the contract number of any government contract _____

**Tony Bradford**
**6225 W Mariposa**
**Phoenix, AZ 85033**

**2.31.** State what the contract or lease is for and the nature of the debtor's interest    **window installer**

State the term remaining

List the contract number of any government contract _____

**Tony Castaneda**
**15550 N Frank Lloyd Wright Blvd**
**#1089**
**Scottsdale, AZ 85260**

**2.32.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract _____

**William Cash LeSueur**
**1488 W Gail Rd**
**San Tan Valley, AZ 85143**

Case 2:25-bk-00374-MCW    Doc 1    Filed 01/16/25    Entered 01/16/25 13:53:26    Desc
Main Document      Page 34 of 122

**Fill in this information to identify the case:**

Debtor name    <u>Auto Glass 2020 LLC</u>

United States Bankruptcy Court for the:    <u>DISTRICT OF ARIZONA</u>

Case number (if known)    _____

☐ Check if this is an amended filing

Official Form 206H

# Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1: Codebtor*

*Column 2: Creditor*

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **William Cash LeSueur** | **1488 W Gail Rd**<br>**San Tan Valley, AZ 85143** | **Capital One** | ☐ D _____<br>■ E/F ___3.5___<br>☐ G _____ |
| 2.2 | **William Cash LeSueur** | **1488 W Gail Rd**<br>**San Tan Valley, AZ 85143** | **Mygrant Glass Company** | ☐ D _____<br>■ E/F ___3.7___<br>☐ G _____ |

# United States Bankruptcy Court
## District of Arizona

In re   **Auto Glass 2020 LLC**       Case No. _____

               Debtor(s)      Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| -NONE- | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Manager** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **January 16, 2025** _____     Signature   **/s/ Kristy LeSueur** _____

                                                   **Kristy LeSueur**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
## District of Arizona

In re   __Auto Glass 2020 LLC__                                      Case No. _____

                                           Debtor(s)         Chapter   __11__

☐ Check if this is an
Amended/Supplemental Mailing List
(Include only newly added or
changed creditors.)

# MAILING LIST DECLARATION

I, the Manager of the corporation named as the debtor in this case, do hereby certify, under penalty of perjury, that the Master

Mailing List, consisting of __3__ sheet(s), is complete, correct and consistent with the debtor(s)' Schedules.

Date:   __January 16, 2025__             /s/ Kristy LeSueur
                                     **Kristy LeSueur/Manager**
                                     Signer/Title

Date:   __January 16, 2025__             /s/ Alan A. Meda
                                     Signature of Attorney
                                     **Alan A. Meda 009213**
                                     **Burch & Cracchiolo, P.A.**
                                     **1850 N. Central Ave., Suite 1700**
                                     **Phoenix, AZ 85004**
                                     **602-274-8797  Fax: 602-850-9797**

ALEXANDER GRIFFIN
309 N MORRISON ST 3
APPLETON WI 54911

APEX COMMERCIAL CAPITAL
1 WALNUT GROVE DR STE 300
HORSHAM PA 19044

CAPITAL ONE
PO BOX 30285
SALT LAKE CITY UT 84130

ALISON FARMER
241 E 1ST AVE #23
MESA AZ 85210

ARIANNA VILLLAREAL
6713 E CHEERY LYNN DR #4
SCOTTSDALE AZ 85260

CHANNEL PARTNERS
10900 WAYZATA BLVD
SUITE 300
HOPKINS MN 55305

ALLY FINANCIAL
PO BOX 380901
MINNEAPOLIS MN 55438

ARIZONA DEPT OF
  ECONOMIC SECURITY
PO BOX 6028
PHOENIX AZ 85005

EMMY CAPITAL GROUP
442 5TH AVE #2398
NEW YORK NY 10018

ALLY FINANCIAL
PO BOX 380901
MINNEAPOLIS MN 55438

ARIZONA DEPT OF REVENUE
PO BOX 29010
PHOENIX AZ 85038-9010

ERIC LOPEZ
642 W JERSEY WAY
SAN TAN VALLEY AZ 85143

ALLY FINANCIAL
PO BOX 380901
MINNEAPOLIS MN 55438

ARIZONA FINANCIAL CREDIT UNION
1575 E ELLIOTT RD
GILBERT AZ 85234

FALCON NAT'L BANK
28 11TH AVE SOUTH
SUITE 103
SAINT CLOUD MN 56301

ALLY FINANCIAL
PO BOX 380901
MINNEAPOLIS MN 55438

AUDACY OPERATIONS LLC
840 N CENTRAL AVE
PHOENIX AZ 85044

FIDELITY FUNDING CORP
450 N BRAND BLVD FL 6
GLENDALE CA 91203

ALTON PEOPLES
12231 N 21ST AVE #3
PHOENIX AZ 85029

BERKSHIRE HATHAWAY INS CO
C/O WESTGUARD INS CO
PO BOX 785570
PHILADELPHIA PA 19178-5570

FIRST FEDERAL LEASING
31 N 9TH ST
RICHMOND IN 47374

AMADO VIERA
30940 N DESERT HONEYSUCKLE DR
SAN TAN VALLEY AZ 85143

BLACK OLIVE CAPITAL
7200 WISCONSIN AVE
SUITE 500
BETHESDA MD 20814

FIRST FEDERAL LEASING
31 N 9TH ST
RICHMOND IN 47374

AMERICAN EXPRESS
PO BOX 570622
ATLANTA GA 30357

BRYCE LESUEUR
1502 E SAGUARO TRAIL
SAN TAN VALLEY AZ 85143

FIRST FEDERAL LEASING
31 N 9TH ST
RICHMOND IN 47374

AMUR EQUIPMENT FINANCE
PO BOX 2555
GRAND ISLAND NE 68801

CANDICE BLACK
108 E INGRAM ST #112
MESA AZ 85201

FIRST FOUNDATION BANK
18101 VON KARMAN AVE
SUITE 750
IRVINE CA 92612

IMPORT
15257 E PROCTOR AVE
HACIENDA HEIGHTS CA 91745

MATHEW SMITH
1001 N PASADENA #151
MESA AZ 85201

PNC BANK
7680 E HIGHWAY 69
PRESCOTT VALLEY AZ 86314

JACOB JIRON
8975 SILVER VALLEY RD
FLAGSTAFF AZ 86004

MEGHAN SHAPIRO
2903 E TEMPLE CT
GILBERT AZ 85296

QT
PO BOX 639
PORTLAND ME 04104

JESSE MOSTRALES
8926 E BIRCHWOOD CIR
MESA AZ 85208

MYGRANT GLASS COMPANY
333 W HAMODEN AVE
SUITE 820
ENGLEWOOD CO 80110

RICHARD DEMAIO
937 S 79TH PL
MESA AZ 85208

JESSICA RUIZ
30940 N DESERT HONEYSUCKLE DR
SAN TAN VALLEY AZ 85143

NAVITAS CREDIT CORP
203 FORT WADE RD
PONTE VEDRA FL 32081

RICHARD WILLIAMS
2200 W CHILTON ST
CHANDLER AZ 85224

JOSEPH GIBSON
45201 W NORRIS RD
MARICOPA AZ 85139

NICOLE LESUEUR
1488 W GAIL RD
SAN TAN VALLEY AZ 85143

SEAPHX TT, LLC
1701 QUAIL ST
SUITE 100
NEWPORT BEACH CA 92660

JULIO DURAN
36104 W CARTEGNA LN
MARICOPA AZ 85138

NICOLE RICE
2027 E RIVIERA DR
TEMPE AZ 85282

STAMPEDE ENTERPRISES LLC
748 W STOTTLER PL
GILBERT AZ 85233

KAYLEA IORNS
1001 N PASADENA #151
MESA AZ 85201

OVERNIGHT CAPITAL
124-17 METROPOLITAN AVE
KEW GARDENS NY 11415

STEVE BUTERA
4215 E PAYTON ANNE LN
SAN TAN VALLEY AZ 85143

KELLY JOHNSON
1530 W PUGET AVE
PHOENIX AZ 85021

PGW
709 E AUTO CENTER DR
SUITE 129
MESA AZ 85204

STEVEN G HURLEY
1500 CONCORD TERRANCE
SUITE 100
FORT LAUDERDALE FL 33323

KRISTY LESUEUR
1451 E DEBBIE DR
SAN TAN VALLEY AZ 85140

PLIKINGTON
1191 N FIESTA BLVD
SUITE 4
GILBERT AZ 85233

TANNER NINO
18773 N HIGHWAY 79
FLORENCE AZ 85132

LACY ESTRADA
1451 E DEBBIE DR
SAN TAN VALLEY AZ 85140

PNC BANK
7680 E HIGHWAY 69
PRESCOTT VALLEY AZ 86314

TAYLOR DEARMAN
18773 N HIGHWAY 79
FLORENCE AZ 85132

TERRIA MOSS
1817 N DOBSON RD
CHANDLER AZ 85224


TONY BRADFORD
6225 W MARIPOSA
PHOENIX AZ 85033


TONY CASTANEDA
15550 N FRANK LLOYD WRIGHT BLVD
#1089
SCOTTSDALE AZ 85260


US SMALL BUSINESS
ADMINISTRATION
409 3RD ST SW
WASHINGTON DC 20416


WILLIAM CASH LESUEUR
1488 W GAIL RD
SAN TAN VALLEY AZ 85143


WILLIAM CASH LESUEUR
1488 W GAIL RD
SAN TAN VALLEY AZ 85143


WILLIAM CASH LESUEUR
1488 W GAIL RD
SAN TAN VALLEY AZ 85143

# United States Bankruptcy Court
## District of Arizona

In re    __Auto Glass 2020 LLC__                       Case No.   _____

                                  Debtor(s)           Chapter    __11__   _____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __Auto Glass 2020 LLC__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

__January 16, 2025__
Date

__/s/ Alan A. Meda__
__Alan A. Meda 009213__
Signature of Attorney or Litigant
Counsel for    __Auto Glass 2020 LLC__
**Burch & Cracchiolo, P.A.**
**1850 N. Central Ave., Suite 1700**
**Phoenix, AZ 85004**
**602-274-8797 Fax:602-850-9797**
**ameda@bcattorneys.com**

**Auto Glass 2020 LLC**        82-2346246

| | 2023 | 2022 | Diff |
|---|---:|---:|---:|
| **ORDINARY INCOME** | | | |
| Gross receipts less returns/allowance.... | 14,302,042 | 6,006,729 | 8,295,313 |
| Cost of goods sold (Form 1125-A)........... | 4,151,576 | 1,752,151 | 2,399,425 |
| Gross Profit............................... | 10,150,466 | 4,254,578 | 5,895,888 |
| Net gain (or loss) (Form 4797).............. | 11,310 | 0 | 11,310 |
| Other income.............................. | 10,392 | 0 | 10,392 |
| Total income (loss)........................ | 10,172,168 | 4,254,578 | 5,917,590 |
| **ORDINARY DEDUCTIONS** | | | |
| Compensation of officers................... | 0 | 28,636 | -28,636 |
| Salaries/wages (less employment cr.)...... | 3,380,423 | 158,294 | 3,222,129 |
| Repairs and maintenance................... | 825 | 34,945 | -34,120 |
| Rents..................................... | 56,850 | 46,940 | 9,910 |
| Taxes and licenses........................ | 430,696 | 35,760 | 394,936 |
| Interest.................................. | 188,623 | 0 | 188,623 |
| Depreciation.............................. | 234,661 | 57,600 | 177,061 |
| Advertising............................... | 1,499,503 | 557,125 | 942,378 |
| Employee benefit programs................. | 0 | 9,000 | -9,000 |
| Other deductions.......................... | 4,219,290 | 2,916,679 | 1,302,611 |
| Total deductions.......................... | 10,010,871 | 3,844,979 | 6,165,892 |
| Ordinary business income (loss)........... | 161,297 | 409,599 | -248,302 |
| **REFUND OR AMOUNT DUE** | | | |
| Balance due............................... | 0 | 0 | 0 |
| **SCHEDULE K - INCOME** | | | |
| Ordinary business income (loss)........... | 161,297 | 409,599 | -248,302 |
| Interest income........................... | 135 | 0 | 135 |
| **SCHEDULE K - DEDUCTIONS** | | | |
| Charitable contributions.................. | 0 | 49,500 | -49,500 |
| **SCHEDULE K - ALTERNATIVE MINIMUM TAX ITEMS** | | | |
| Post-1986 depreciation adjustment......... | 48,150 | 0 | 48,150 |
| **SCHEDULE K - ITEMS AFFECTING BASIS** | | | |
| Nondeductible expenses.................... | 32,404 | 13,199 | 19,205 |
| Property distributions.................... | 859,441 | 0 | 859,441 |
| **SCHEDULE K - OTHER INFORMATION** | | | |
| Investment income......................... | 135 | 0 | 135 |
| Income (loss) reconciliation.............. | 161,432 | 360,099 | -198,667 |
| **SCHEDULE L - BALANCE SHEET** | | | |
| Beginning Assets.......................... | 558,123 | 0 | 558,123 |
| Beginning Liabilities & Equity............ | 558,123 | 0 | 558,123 |
| Ending Assets............................. | 1,319,032 | 558,123 | 760,909 |
| Ending Liabilities & Equity............... | 1,319,032 | 558,123 | 760,909 |

**Auto Glass 2020 LLC**        **82-2346246**

**ENDING ASSETS**

| | | |
|---|---:|---:|
| Cash | | 97,452 |
| Buildings and other assets | 1,493,577 | |
| Less: Accumulated depreciation | (271,997) | 1,221,580 |
| Total Assets | | 1,319,032 |

**ENDING LIABILITIES & EQUITY**

| | |
|---|---:|
| Other current liabilities | 696,594 |
| Long-term notes payable | 1,005,914 |
| Retained earnings | -383,476 |
| Total Liabilities and Equity | 1,319,032 |

Auto Glass 2020 LLC

| | 2023 | 2022 | Diff |
|---|---|---|---|
| **DISTRIBUTED INCOME** | | | |
| Total federal distributed income (loss).. | 161,432 | 360,099 | -198,667 |
| **INCOME SUBJECT TO TAXES** | | | |
| Arizona apportionment ratio................... | 100.00% | 100.00% | 0.00% |
| **TAX AND CREDITS** | | | |
| Total tax liability................................ | 0 | 0 | 0 |
| **REFUND OR TAX TO PAY** | | | |
| Balance of tax due................................ | 0 | 0 | 0 |
| Refunded............................................. | 0 | 0 | 0 |

**Auto Glass 2020 LLC**          82-2346246

**Forms needed for this return**

```
Federal: 1120S, Sch K-1, 1125-A, 4562, 4797, 7004, 7203, 8879-CORP, Elections
Arizona: 120S, AZ-8879-S
```

**Carryovers to 2024**

None

Form **7203**
(Rev. December 2022)

Department of the Treasury
Internal Revenue Service

# S Corporation Shareholder Stock and Debt Basis Limitations

**Attach to your tax return.**
**Go to www.irs.gov/Form7203 for instructions and the latest information.**

OMB No. 1545-2302

Attachment
Sequence No. **203**

| Name of shareholder | Identifying number |
|---|---|
| William C Lesueur | ·0701 |

**A** Name of S corporation

Auto Glass 2020 LLC

**B** Employer identification number

82-2346246

**C** Stock block (see instructions): _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

**D** Check applicable box(es) to indicate how stock was acquired:

(1) ☐ Original shareholder  (2) ☐ Purchased  (3) ☐ Inherited  (4) ☐ Gift  (5) ☐ Other: _ _ _ _ _ _ _ _ _ _ _ _ _ _

**E** Check if you have a Regulations section 1.1367-1(g) election in effect during the tax year for this S corporation .................... ☐

## Part I  Shareholder Stock Basis

| | | | |
|---|---|---|---|
| 1 | Stock basis at the beginning of the corporation's tax year............................................... | **1** | 346,900. |
| 2 | Basis from any capital contributions made or additional stock acquired during the tax year................ | **2** | |
| 3a | Ordinary business income (enter losses in Part III) ...................... **3a** 161,297. | | |
| b | Net rental real estate income (enter losses in Part III) ................. **3b** | | |
| c | Other net rental income (enter losses in Part III) ...................... **3c** | | |
| d | Interest income ............................................... **3d** 135. | | |
| e | Ordinary dividends .............................................. **3e** | | |
| f | Royalties ..................................................... **3f** | | |
| g | Net capital gains (enter losses in Part III)............................ **3g** | | |
| h | Net section 1231 gain (enter losses in Part III) ....................... **3h** | | |
| i | Other income (enter losses in Part III).............................. **3i** | | |
| j | Excess depletion adjustment...................................... **3j** | | |
| k | Tax-exempt income ............................................. **3k** | | |
| l | Recapture of business credits..................................... **3l** | | |
| m | Other items that increase stock basis............................... **3m** | | |
| 4 | Add lines 3a through 3m.................................................................. | **4** | 161,432. |
| 5 | Stock basis before distributions. Add lines 1, 2, and 4 .......................................... | **5** | 508,332. |
| 6 | Distributions (excluding dividend distributions)................................................ | **6** | 859,441. |
| | **Note:** If line 6 is larger than line 5, subtract line 5 from line 6 and report the result as a capital gain on Form 8949 and Schedule D. See instructions. | | |
| 7 | Stock basis after distributions. Subtract line 6 from line 5. If the result is zero or less, enter -0-, skip lines 8 through 14, and enter -0- on line 15 .......................................... | **7** | 0. |
| 8a | Nondeductible expenses.......................................... **8a** | | |
| b | Depletion for oil and gas.......................................... **8b** | | |
| c | Business credits (sections 50(c)(1) and (5)).......................... **8c** | | |
| 9 | Add lines 8a through 8c.................................................................. | **9** | |
| 10 | Stock basis before loss and deduction items. Subtract line 9 from line 7. If the result is zero or less, enter -0-, skip lines 11 through 14, and enter -0- on line 15............................... | **10** | |
| 11 | Allowable loss and deduction items. Enter the amount from line 47, column (c) ........................... | **11** | |
| 12 | Debt basis restoration (see net increase in instructions for line 23) ..................................... | **12** | |
| 13 | Other items that decrease stock basis ......................................................... | **13** | |
| 14 | Add lines 11, 12, and 13. ................................................................. | **14** | |
| 15 | **Stock basis at the end of the corporation's tax year.** Subtract line 14 from line 10. If the result is zero or less, enter -0- .................................................................. | **15** | 0. |

## Part II  Shareholder Debt Basis

### Section A — Amount of Debt (If more than three debts, see instructions.)

| Description | (a) Debt 1 ☐ Formal note ☐ Open account | (b) Debt 2 ☐ Formal note ☐ Open account | (c) Debt 3 ☐ Formal note ☐ Open account | (d) Total |
|---|---|---|---|---|
| 16 Loan balance at the beginning of the corporation's tax year.................... | | | | 0. |
| 17 Additional loans (see instructions)......... | | | | |
| 18 Loan balance before repayment. Add lines 16 and 17 .. | | | | 0. |
| 19 Principal portion of debt repayment (this line doesn't include interest) .......... | | | | |
| 20 Loan balance at the end of the corporation's tax year. Subtract line 19 from line 18 .... | | | | 0. |

BAA For Paperwork Reduction Act Notice, see separate instructions. FDIA9998L 09/28/21 Form **7203** (Rev. 12-2022)

| Part II | Shareholder Debt Basis *(continued)*   William C Lesueur |

### Section B — Adjustments to Debt Basis

| | Description | (a) Debt 1 | (b) Debt 2 | (c) Debt 3 | (d) Total |
|---|---|---|---|---|---|
| 21 | Debt basis at the beginning of the corporation's tax year.................... | | | | 0. |
| 22 | Enter the amount, if any, from line 17...... | | | | |
| 23 | Debt basis restoration (see instructions) ... | | | | |
| 24 | Debt basis before repayment. Add lines 21 22, and 23............................ | | | | 0. |
| 25 | Divide line 24 by line 18 ................. | | | | |
| 26 | Nontaxable debt repayment. Multiply line 25 by line 19......................... | | | | |
| 27 | Debt basis before nondeductible expenses and losses. Subtract line 26 from line 24. .. | | | | 0. |
| 28 | Nondeductible expenses and oil and gas depletion deductions in excess of stock basis. | | | | |
| 29 | Debt basis before losses and deductions. Subtract line 28 from line 27. If the result is zero or less, enter -0-.................. | | | | 0. |
| 30 | Allowable losses in excess of stock basis. Enter the amount from line 47, column (d) .. | | | | |
| 31 | **Debt basis at the end of the corporation's tax year.** Subtract line 30 from line 29. If the result is zero or less, enter -0-......... | | | | 0. |

### Section C — Gain on Loan Repayment

| | | | | | |
|---|---|---|---|---|---|
| 32 | Repayment. Enter the amount from line 19. | | | | |
| 33 | Nontaxable repayments. Enter the amount from line 26............................. | | | | |
| 34 | **Reportable gain.** Subtract line 33 from line 32................................. | | | | |

### Part III  Shareholder Allowable Loss and Deduction Items

| | Description | (a) Current year losses and deductions | (b) Carryover amounts (column (e)) from the previous year | (c) Allowable loss from stock basis | (d) Allowable loss from debt basis | (e) Carryover amounts |
|---|---|---|---|---|---|---|
| 35 | Ordinary business loss............... | | | | | |
| 36 | Net rental real estate loss ........... | | | | | |
| 37 | Other net rental loss................ | | . | | | |
| 38 | Net capital loss ..................... | | | | | |
| 39 | Net section 1231 loss................ | | | | | |
| 40 | Other loss ......................... | | | | | |
| 41 | Section 179 deductions.............. | | | | | |
| 42 | Charitable contributions............. | | | | | |
| 43 | Investment interest expense ......... | | | | | |
| 44 | Section 59(e)(2) expenditures........ | | | | | |
| 45 | Other deductions................... | | | | | |
| 46 | Foreign taxes paid or accrued........ | | | | | |
| 47 | **Total loss.** Add lines 35 through 46 for each column. Enter the total loss in column (c) on line 11 and enter the total loss in column (d) on line 30 .... | 0. | 0. | 0. | 0. | 0. |

Form **7203** (Rev. 12-2022)

Form **8879-CORP**

(December 2022)

Department of the Treasury
Internal Revenue Service

### *E-file* Authorization for Corporations

For calendar year 20 **23** , or tax year beginning _ _ _ _ _ , 20 _ _ , ending _ _ _ _ , 20 _ _

**Use for efile authorizations for Form 1120, 1120-F or 1120S.**
**Do not send to the IRS. Keep for your records.**
**Go to *www.irs.gov/Form8879CORP* for the latest information.**

· OMB No. 1545-0123

| Name of corporation | Employer Identification number |
|---|---|
| Auto Glass 2020 LLC | 82-2346246 |

## Part I  Information (Whole dollars only)

| | | | |
|---|---|---|---|
| 1 | Total income (Form 1120, line 11) ................................................ | 1 | |
| 2 | Total income (Form 1120-F, Section II, line 11) ............................ | 2 | |
| 3 | Total income (loss) (Form 1120-S, line 6) .................................... | 3 | 10,172,168. |

## Part II  Declaration and Signature Authorization of Officer. Be sure to get a copy of the corporation's return.

Under penalties of perjury, I declare that I am an officer of the above corporation and that I have examined a copy of the corporation's electronic income tax return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. I further declare that the amounts in Part I above are the amounts shown on the copy of the corporation's electronic income tax return. I consent to allow my electronic return originator (ERO), transmitter, or intermediate service provider to send the corporation's return to the IRS and to receive from the IRS **(a)** an acknowledgment of receipt or reason for rejection of the transmission, **(b)** the reason for any delay in processing the return or refund, and **(c)** the date of any refund. If applicable, I authorize the U.S. Treasury and its designated Financial Agent to initiate an electronic funds withdrawal (direct debit) entry to the financial institution account indicated in the tax preparation software for payment of the corporation's federal taxes owed on this return, and the financial institution to debit the entry to this account. To revoke a payment, I must contact the U.S. Treasury Financial Agent at **1-888-353-4537** no later than 2 business days prior to the payment (settlement) date. I also authorize the financial institutions involved in the processing of the electronic payment of taxes to receive confidential information necessary to answer inquiries and resolve issues related to the payment. I have selected a personal identification number (PIN) as my signature for the corporation's electronic income tax return and, if applicable, the corporation's consent to electronic funds withdrawal.

Officer's PIN: check one box only

[X] I authorize  RICHARD L JOLIET CPA PLLC  to enter my PIN  11057  as my signature
            ERO firm name                                              do not enter all zeros

on the corporation's electronically filed income tax return.

[ ] As an officer of the corporation, I will enter my PIN as my signature on the corporation's electronically filed income tax return.

Officer's signature _____  Date 9/16/24  Title Manager-Member

## Part III  Certification and Authentication

**ERO's EFIN/PIN.** Enter your six-digit EFIN followed by your five-digit self-selected PIN. ................................. 86754086327
                                                                                                                              do not enter all zeros

I certify that the above numeric entry is my PIN, which is my signature on the electronically filed income tax return for the corporation indicated above. I confirm that I am submitting this return in accordance with the requirements of Pub. 3112, IRS *e-file* Application and Participation, and Pub. 4163, Modernized e-File (MeF) Information for Authorized IRS *e-file* Providers for Business Returns.

ERO's signature _____  Date _____

**ERO Must Retain This Form — See Instructions**
**Do Not Submit This Form to the IRS Unless Requested To Do So**

**BAA  For Paperwork Reduction Act Notice, see instructions.**    CPCA9401L  01/04/23    Form **8879-CORP** (12-2022)

Form **7004**
(Rev December 2018)

Department of the Treasury
Internal Revenue Service

**Application for Automatic Extension of Time To File Certain Business Income Tax, Information, and Other Returns**
► File a separate application for each return.
► Go to *www.irs.gov/Form7004* for instructions and the latest information.

OMB No. 1545-0233

| Print or Type | Name | Identifying number |
|---|---|---|
| | Auto Glass 2020 LLC | 82-2346246 |

Number, street, and room or suite no. (If P.O. box, see instructions.)
355 E Warner Rd Ste 4

City, town, state, and ZIP code (If a foreign address, enter city, province or state, and country (follow the country's practice for entering postal code).)
Chandler, AZ 85225

**Note:** File request for extension by the due date of the return. See instructions before completing this form.

| **Part I** | **Automatic Extension for Certain Business Income Tax, Information, and Other Returns. See instructions.** |
|---|---|

1 Enter the form code for the return listed below that this application is for........................................ | 25 |

| Application Is For: | Form Code | Application Is For: | Form Code |
|---|---|---|---|
| Form 706-GS(D) | 01 | Form 1120-ND (section 4951 taxes) | 20 |
| Form 706-GS(T) | 02 | Form 1120-PC | 21 |
| Form 1041 (bankruptcy estate only) | 03 | Form 1120-POL | 22 |
| Form 1041 (estate other than a bankruptcy estate) | 04 | Form 1120-REIT | 23 |
| Form 1041 (trust) | 05 | Form 1120-RIC | 24 |
| Form 1041-N | 06 | Form 1120S | 25 |
| Form 1041-QFT | 07 | Form 1120-SF | 26 |
| Form 1042 | 08 | Form 3520-A | 27 |
| Form 1065 | 09 | Form 8612 | 28 |
| Form 1066 | 11 | Form 8613 | 29 |
| Form 1120 | 12 | Form 8725 | 30 |
| Form 1120-C | 34 | Form 8804 | 31 |
| Form 1120-F | 15 | Form 8831 | 32 |
| Form 1120-FSC | 16 | Form 8876 | 33 |
| Form 1120-H | 17 | Form 8924 | 35 |
| Form 1120-L | 18 | Form 8928 | 36 |
| Form 1120-ND | 19 | | |

| **Part II** | **All Filers Must Complete This Part** |
|---|---|

2   If the organization is a foreign corporation that does not have an office or place of business in the United States, check here...... ► ☐

3   If the organization is a corporation and is the common parent of a group that intends to file a consolidated return, check here..... ► ☐
    If checked, attach a statement listing the name, address, and employer identification number (EIN) for each member covered by this application.

4   If the organization is a corporation or partnership that qualifies under Regulations section 1.6081-5, check here ................... ► ☐

5 a The application is for calendar year 20 _23_, or tax year beginning _ _ _ _ _ _ _, 20 _ _, and ending _ _ _ _ _ _ _, 20 _ _

  b **Short tax year.** If this tax year is less than 12 months, check the reason: ☐ Initial return   ☐ Final return
    ☐ Change in accounting period   ☐ Consolidated return to be filed   ☐ Other (See instructions – attach explanation.)

6   Tentative total tax ............................................................. | 6 | 0. |

7   Total payments and credits. See instructions .......................................... | 7 | 0. |

8   **Balance due.** Subtract line 7 from line 6. See instructions .................................... | 8 | 0. |

BAA For Privacy Act and Paperwork Reduction Act Notice, see separate instructions.      CPCZ0701L  08/09/18      Form **7004** (Rev. 12-2018)

Form **1120-S**

Department of the Treasury
Internal Revenue Service

## U.S. Income Tax Return for an S Corporation

Do not file this form unless the corporation has filed or
is attaching Form 2553 to elect to be an S corporation.
Go to *www.irs.gov/Form1120S* for instructions and the latest information.

OMB No. 1545-0123

**2023**

For calendar year 2023 or tax year beginning _____ , 2023, ending _____ ,

| | | | |
|---|---|---|---|
| **A** S election effective date<br>8/30/2017 | **TYPE**<br>**OR**<br>**PRINT** | Auto Glass 2020 LLC<br>355 E Warner Rd Ste 4<br>Chandler, AZ 85225 | **D** Employer identification number<br>82-2346246 |
| **B** Business activity code<br>number (see instructions)<br>811120 | | | **E** Date incorporated<br>8/30/2017 |
| **C** Check if Schedule<br>M-3 attached ☐ | | | **F** Total assets (see instructions)<br>$ 1,319,032. |

**G** Is the corporation electing to be an S corporation beginning with this tax year? See instructions. ☐ Yes ☒ No

**H** Check if: **(1)** ☐ Final return **(2)** ☐ Name change **(3)** ☐ Address change
**(4)** ☐ Amended return **(5)** ☐ S election termination

**I** Enter the number of shareholders who were shareholders during any part of the tax year ........................... **1**

**J** Check if corporation: **(1)** ☐ Aggregated activities for section 465 at-risk purposes **(2)** ☐ Grouped activities for section 469 passive activity purposes

**Caution:** Include only trade or business income and expenses on lines 1a through 22. See the instructions for more information.

| | | | | |
|---|---|---|---|---|
| **I N C O M E** | **1a** Gross receipts or sales | 14,302,042. | **b** Less returns and allowances | Balance | **1c** | 14,302,042. |
| | **2** Cost of goods sold (attach Form 1125-A) ................................. | | **2** | 4,151,576. |
| | **3** Gross profit. Subtract line 2 from line 1c ................................ | | **3** | 10,150,466. |
| | **4** Net gain (loss) from Form 4797, line 17 (attach Form 4797) .................... | | **4** | 11,310. |
| | **5** Other income (loss) (see instrs – att statement) ............ See Statement 1 | | **5** | 10,392. |
| | **6** **Total income (loss).** Add lines 3 through 5 ............................. | | **6** | 10,172,168. |
| **D E D U C T I O N S  (SEE INSTRS)** | **7** Compensation of officers (see instructions – attach Form 1125-E) .............. | | **7** | |
| | **8** Salaries and wages (less employment credits) ........................... | | **8** | 3,380,423. |
| | **9** Repairs and maintenance .......................................... | | **9** | 825. |
| | **10** Bad debts ..................................................... | | **10** | |
| | **11** Rents ........................................................ | | **11** | 56,850. |
| | **12** Taxes and licenses .............................................. | | **12** | 430,696. |
| | **13** Interest (see instructions) ......................................... | | **13** | 188,623. |
| | **14** Depreciation from Form 4562 not claimed on Form 1125-A or elsewhere on return (attach Form 4562) .. | | **14** | 234,661. |
| | **15** Depletion (**Do not deduct oil and gas depletion.**) ......................... | | **15** | |
| | **16** Advertising ................................................... | | **16** | 1,499,503. |
| | **17** Pension, profit-sharing, etc., plans .................................. | | **17** | |
| | **18** Employee benefit programs ........................................ | | **18** | |
| | **19** Energy efficient commercial buildings deduction (attach Form 7205) ........... | | **19** | |
| | **20** Other deductions (attach statement) ..................... See Statement 2 | | **20** | 4,219,290. |
| | **21** **Total deductions.** Add lines 7 through 20 ............................. | | **21** | 10,010,871. |
| | **22** **Ordinary business income (loss).** Subtract line 21 from line 6 ............. | | **22** | 161,297. |
| **T A X  A N D  P A Y M E N T S** | **23a** Excess net passive income or LIFO recapture<br>tax (see instructions) ......................... | **23a** | | | |
| | **b** Tax from Schedule D (Form 1120-S) ........... | **23b** | | | |
| | **c** Add lines 23a and 23b (see instructions for additional taxes) .................. | | **23c** | |
| | **24a** Current year's estimated tax payments and preceding year's overpayment<br>credited to the current year ................... | **24a** | | | |
| | **b** Tax deposited with Form 7004 ............... | **24b** | | | |
| | **c** Credit for federal tax paid on fuels (attach Form 4136) ... | **24c** | | | |
| | **d** Elective payment election amount from Form 3800 ... | **24d** | | | |
| | **z** Add lines 24a through 24d ......................................... | | **24z** | |
| | **25** Estimated tax penalty (see instructions). Check if Form 2220 is attached ........... ☐ | | **25** | |
| | **26** Amount owed. If line 24z is smaller than the total of lines 23c and 25, enter amount owed ........... | | **26** | 0. |
| | **27** Overpayment. If line 24z is larger than the total of lines 23c and 25, enter amount overpaid ......... | | **27** | |
| | **28** Enter amount from line 27: **Credited to 2024 estimated tax** _____ **Refunded** .. | | **28** | |

| **Sign Here** | Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge. | | May the IRS discuss this return with the preparer shown below? See instructions.<br>☒ Yes ☐ No |
|---|---|---|---|
| | Signature of officer | Date 9/16/24 | Title Manager-Member | |

| **Paid Preparer Use Only** | Print/Type preparer's name<br>Richard L Joliet | Preparer's signature | Date | Check ☐ if<br>self-employed | PTIN<br>P00458784 |
|---|---|---|---|---|---|
| | Firm's name ▶ RICHARD L JOLIET CPA PLLC | | | Firm's EIN ▶ 46-1228490 | |
| | Firm's address ▶ 1129 IRON SPRINGS RD STE 202<br>PRESCOTT, AZ 86305 | | | Phone no. 9287772386 | |

**BAA** For Paperwork Reduction Act Notice, see separate instructions. SPSA0112 06/27/23

Form **1120-S** (2023)

| Schedule B | Other Information   (see instructions) | Yes | No |
|---|---|---|---|

**1** Check accounting method:   a ☒ Cash   b ☐ Accrual   c ☐ Other (specify) _ _ _ _ _ _ _ _ _ _ _ _ _ _

**2** See the instructions and enter the:
a Business activity Installation _ _ _ _ _ _ _ _ _ _   b Product or service Auto Glass _ _ _ _ _ _ _ _ _ _ _

**3** At any time during the tax year, was any shareholder of the corporation a disregarded entity, a trust, an estate, or a nominee or similar person? If "Yes," attach Schedule B-1, Information on Certain Shareholders of an S Corporation ...... | | X

**4** At the end of the tax year, did the corporation:
a Own directly 20% or more, or own, directly or indirectly, 50% or more of the total stock issued and outstanding of any foreign or domestic corporation? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below............................................................................................ | | X

| (i) Name of Corporation | (ii) Employer Identification Number (if any) | (iii) Country of Incorporation | (iv) Percentage of Stock Owned | (v) If Percentage in (iv) is 100%, Enter the Date (if applicable) a Qualified Subchapter S Subsidiary Election Was Made |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

b Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below.................. | | X

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Maximum % Owned in Profit, Loss, or Capital |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**5a** At the end of the tax year, did the corporation have any outstanding shares of restricted stock?......................... | | X
    If "Yes," complete lines (i) and (ii) below.
    **(i)** Total shares of restricted stock............................................................. _ _ _ _ _ _ _ _ _ _
    **(ii)** Total shares of non-restricted stock...................................................... _ _ _ _ _ _ _ _ _ _

**b** At the end of the tax year, did the corporation have any outstanding stock options, warrants, or similar instruments?...... | | X
    If "Yes," complete lines (i) and (ii) below.
    **(i)** Total shares of stock outstanding at the end of the tax year................................... _ _ _ _ _ _ _ _ _ _
    **(ii)** Total shares of stock outstanding if all instruments were executed........................... _ _ _ _ _ _ _ _ _ _

**6** Has this corporation filed, or is it required to file, **Form 8918**, Material Advisor Disclosure Statement, to provide information on any reportable transaction? ........................................................................... | | X

**7** Check this box if the corporation issued publicly offered debt instruments with original issue discount................ ☐
    If checked, the corporation may have to file **Form 8281**, Information Return for Publicly Offered Original Issue Discount Instruments.

**8** If the corporation **(a)** was a C corporation before it elected to be an S corporation **or** the corporation acquired an asset with a basis determined by reference to the basis of the asset (or the basis of any other property) in the hands of a C corporation, **and (b)** has net unrealized built-in gain in excess of the net recognized built-in gain from prior years, enter the net unrealized built-in gain reduced by net recognized built-in gain from prior years.
    See instructions .......................................................................... $ _ _ _ _ _ _ _ _ _ _ _ _

**9** Did the corporation have an election under section 163(j) for any real property trade or business or any farming business in effect during the tax year? See instructions ..................................................................... | | X

**10** Does the corporation satisfy one or more of the following? See instructions........................................ | | X
    **a** The corporation owns a pass-through entity with current, or prior year carryover, excess business interest expense.
    **b** The corporation's aggregate average annual gross receipts (determined under section 448(c)) for the **3** tax years preceding the current tax year are more than $29 million and the corporation has business interest expense.
    **c** The corporation is a tax shelter and the corporation has business interest expense.
    If "Yes," complete and attach **Form 8990**, Limitation on Business Interest Expense Under Section 163(j).

**11** Does the corporation satisfy **both** of the following conditions?.................................................... | | X
    **a** The corporation's total receipts (see instructions) for the tax year were less than $250,000.
    **b** The corporation's total assets at the end of the tax year were less than $250,000.
    If "Yes," the corporation is not required to complete Schedules L and M-1.

| Schedule B | Other Information  (see instructions) *(continued)* | | Yes | No |
|---|---|---|---|---|
| 12 | During the tax year, did the corporation have any non-shareholder debt that was canceled, was forgiven, or had the terms modified so as to reduce the principal amount of the debt?........................................................... | | | X |
| | If "Yes," enter the amount of principal reduction...................................... $ _ _ _ _ _ _ _ _ _ _ | | | |
| 13 | During the tax year, was a qualified subchapter S subsidiary election terminated or revoked? If "Yes," see instructions..... | | | X |
| 14a | Did the corporation make any payments in 2023 that would require it to file Form(s) 1099?............................... | | X | |
| b | If "Yes," did or will the corporation file required Form(s) 1099?.............................................. | | X | |
| 15 | Is the corporation attaching Form 8996 to certify as a Qualified Opportunity Fund?.................................... | | | X |
| | If "Yes," enter the amount from Form 8996, line 15 ...................................... $ | | | |
| 16 | At any time during the tax year, did the corporation: (a) receive (as a reward, award, or payment for property or services); or (b) sell, exchange, or otherwise dispose of a digital asset (or a financial interest in a digital asset)? See instructions.... | | | X |

| Schedule K | | Shareholders' Pro Rata Share Items | | Total amount |
|---|---|---|---|---|
| **Income (Loss)** | 1 | Ordinary business income (loss) (page 1, line 22)........................................... | 1 | 161,297. |
| | 2 | Net rental real estate income (loss) (attach Form 8825)......................................... | 2 | |
| | 3a | Other gross rental income (loss)................................... 3a | | |
| | b | Expenses from other rental activities (attach statement) ...................... 3b | | |
| | c | Other net rental income (loss). Subtract line 3b from line 3a............................. | 3c | |
| | 4 | Interest income................................................................ | 4 | 135. |
| | 5 | Dividends:  a Ordinary dividends............................. | 5a | |
| | | b Qualified dividends................................... 5b | | |
| | 6 | Royalties.................................................................. | 6 | |
| | 7 | Net short-term capital gain (loss) (attach Schedule D (Form 1120-S))........................ | 7 | |
| | 8a | Net long-term capital gain (loss) (attach Schedule D (Form 1120-S))......................... | 8a | |
| | b | Collectibles (28%) gain (loss)................................ 8b | | |
| | c | Unrecaptured section 1250 gain (attach statement)................. 8c | | |
| | 9 | Net section 1231 gain (loss) (attach Form 4797)............................................ | 9 | |
| | 10 | Other income (loss) (see instructions)........... Type: | 10 | |
| **Deductions** | 11 | Section 179 deduction (attach Form 4562)................................................. | 11 | |
| | 12a | Charitable contributions.................................................... | 12a | |
| | b | Investment interest expense............................................... | 12b | |
| | c | Section 59(e)(2) expenditures................ Type: _ _ _ _ _ _ _ _ _ _ | 12c | |
| | d | Other deductions (see instructions)........... Type: _ _ _ _ _ _ _ _ _ _ | 12d | |
| **Credits** | 13a | Low-income housing credit (section 42(j)(5))............................................. | 13a | |
| | b | Low-income housing credit (other)........................................... | 13b | |
| | c | Qualified rehabilitation expenditures (rental real estate) (attach Form 3468, if applicable)............................ | 13c | |
| | d | Other rental real estate credits (see instrs)...... Type: _ _ _ _ _ _ _ _ _ _ | 13d | |
| | e | Other rental credits (see instructions)........... Type: _ _ _ _ _ _ _ _ _ _ | 13e | |
| | f | Biofuel producer credit (attach Form 6478).................................... | 13f | |
| | g | Other credits (see instructions)............... Type: | 13g | |
| **International** | 14 | See Statement 3 <br> Attach Schedule K-2 (Form 1120-S), Shareholders' Pro Rata Share Items—International, and check this box to indicate you are reporting items of international tax relevance.......... ☐ | | |
| **Alternative Minimum Tax (AMT) Items** | 15a | Post-1986 depreciation adjustment ....................................................... | 15a | 48,150. |
| | b | Adjusted gain or loss............................................................ | 15b | |
| | c | Depletion (other than oil and gas)................................................ | 15c | |
| | d | Oil, gas, and geothermal properties — gross income......................................... | 15d | |
| | e | Oil, gas, and geothermal properties — deductions.......................................... | 15e | |
| | f | Other AMT items (attach statement)................................................. | 15f | |
| **Items Affecting Shareholder Basis** | 16a | Tax-exempt interest income......................................................... | 16a | |
| | b | Other tax-exempt income........................................................ | 16b | |
| | c | Nondeductible expenses......................................................... | 16c | 32,404. |
| | d | Distributions (attach stmt if required) (see instrs)........................................ | 16d | 859,441. |
| | e | Repayment of loans from shareholders............................................... | 16e | |
| | f | Foreign taxes paid or accrued..................................................... | 16f | |

SPSA0134  06/27/23

Form **1120-S** (2023)

Form 1120-S (2023) Auto Glass 2020 LLC     82-2346246     Page 4

## Schedule K — Shareholders' Pro Rata Share Items *(continued)*

| | | | Total amount |
|---|---|---|---|
| Other Information | 17a Investment income | 17a | 135. |
| | b Investment expenses | 17b | |
| | c Dividend distributions paid from accumulated earnings and profits | 17c | |
| | d Other items and amounts (attach statement)    See Statement 4 | | |
| Reconciliation | 18 **Income (loss) reconciliation.** Combine the total amounts on lines 1 through 10. From the result, subtract the sum of the amounts on lines 11 through 12d and 16f | 18 | 161,432. |

## Schedule L — Balance Sheets per Books

| Assets | Beginning of tax year (a) | (b) | End of tax year (c) | (d) |
|---|---|---|---|---|
| 1 Cash | | 186,855. | | 97,452. |
| 2a Trade notes and accounts receivable | | | | |
| b Less allowance for bad debts | ( ) | | ( ) | |
| 3 Inventories | | | | |
| 4 U.S. government obligations | | | | |
| 5 Tax-exempt securities (see instructions) | | | | |
| 6 Other current assets (attach stmt) .... See. St. 5. | | 749. | | |
| 7 Loans to shareholders | | | | |
| 8 Mortgage and real estate loans | | | | |
| 9 Other investments (attach statement) | | | | |
| 10a Buildings and other depreciable assets | 428,119. | | 1,493,577. | |
| b Less accumulated depreciation | ( 57,600.) | 370,519. | ( 271,997.) | 1,221,580. |
| 11a Depletable assets | | | | |
| b Less accumulated depletion | ( ) | | ( ) | |
| 12 Land (net of any amortization) | | | | |
| 13a Intangible assets (amortizable only) | | | | |
| b Less accumulated amortization | ( ) | | ( ) | |
| 14 Other assets (attach stmt) | | | | |
| 15 Total assets | | 558,123. | | 1,319,032. |
| **Liabilities and Shareholders' Equity** | | | | |
| 16 Accounts payable | | | | |
| 17 Mortgages, notes, bonds payable in less than 1 year | | | | |
| 18 Other current liabilities (attach stmt) .. See. St. 6. | | 19,470. | | 696,594. |
| 19 Loans from shareholders | | 146,562. | | |
| 20 Mortgages, notes, bonds payable in 1 year or more | | 45,154. | | 1,005,914. |
| 21 Other liabilities (attach statement) | | | | |
| 22 Capital stock | | | | |
| 23 Additional paid-in capital | | | | |
| 24 Retained earnings | | 346,937. | | -383,476. |
| 25 Adjustments to shareholders' equity (att stmt) | | | | |
| 26 Less cost of treasury stock | | ( ) | | ( ) |
| 27 Total liabilities and shareholders' equity | | 558,123. | | 1,319,032. |

SPSA0134  06/27/23     Form 1120-S (2023)

**Schedule M-1**   Reconciliation of Income (Loss) per Books With Income (Loss) per Return

Note: The corporation may be required to file Schedule M-3. See instructions.

| | | | | | |
|---|---|---|---|---|---|
| 1 | Net income (loss) per books............... | 129,028. | 5 | Income recorded on books this year not included on Schedule K, lines 1 through 10 (itemize): | |
| 2 | Income included on Schedule K, lines 1, 2, 3c, 4, 5a, 6, 7, 8a, 9, and 10, not recorded on books this year (itemize): | | | a Tax-exempt interest. . $ _ _ _ _ _ _ _ _ _ _ | |
| 3 | Expenses recorded on books this year not included on Schedule K, lines 1 through 12 and 16f (itemize): | | 6 | Deductions included on Schedule K, lines 1 through 12, and 16f, not charged against book income this year (itemize): | |
| | a Depreciation........ $ _ _ _ _ _ _ _ _ _ | | | a Depreciation . . . $ _ _ _ _ _ _ _ _ _ | |
| | b Travel and entertainment $ _ _ _ _ 32,404. | | | | |
| | _ _ _ _ _ _ _ _ _ _ _ _ _ _ | 32,404. | 7 | Add lines 5 and 6........................ | 0. |
| 4 | Add lines 1 through 3..................... | 161,432. | 8 | Income (loss) (Schedule K, line 18). Subtract line 7 from line 4. . . . . | 161,432. |

**Schedule M-2**   Analysis of Accumulated Adjustments Account, Shareholders' Undistributed Taxable Income Previously Taxed, Accumulated Earnings and Profits, and Other Adjustments Account (see instructions)

| | | (a) Accumulated adjustments account | (b) Shareholders' undistributed taxable income previously taxed | (c) Accumulated earnings and profits | (d) Other adjustments account |
|---|---|---|---|---|---|
| 1 | Balance at beginning of tax year................. | 346,900. | | | |
| 2 | Ordinary income from page 1, line 22............ | 161,297. | | | |
| 3 | Other additions.....See Statement 7..... | 135. | | | |
| 4 | Loss from page 1, line 22....................... | ( ) | | | |
| 5 | Other reductions....See Statement 8...... | ( 32,404.) | | | ( ) |
| 6 | Combine lines 1 through 5...................... | 475,928. | | | |
| 7 | Distributions................................. | 859,441. | | | |
| 8 | Balance at end of tax year. Subtract line 7 from line 6........ | -383,513. | | | |

SPSA0134 06/27/23      Form 1120-S (2023)

Form **4797**

Department of the Treasury
Internal Revenue Service

**Sales of Business Property**
(Also Involuntary Conversions and Recapture Amounts
Under Sections 179 and 280F(b)(2))
**Attach to your tax return.**
**Go to www.irs.gov/Form4797 for instructions and the latest information.**

OMB No. 1545-0184

**2023**

Attachment
Sequence No. **27**

| Name(s) shown on return | Identifying number |
|---|---|
| Auto Glass 2020 LLC | 82-2346246 |

**1a** Enter the gross proceeds from sales or exchanges reported to you for 2023 on Form(s) 1099-B or 1099-S (or substitute statement) that you are including on line 2, 10, or 20. See instructions. ........................ | **1a** |

**b** Enter the total amount of gain that you are including on lines 2, 10, and 24 due to the partial dispositions of MACRS assets. ................................................. | **1b** |

**c** Enter the total amount of loss that you are including on lines 2 and 10 due to the partial dispositions of MACRS assets. ................................................. | **1c** |

**Part I** Sales or Exchanges of Property Used in a Trade or Business and Involuntary Conversions From Other Than Casualty or Theft — Most Property Held More Than 1 Year (see instructions)

| 2 (a) Description of property | (b) Date acquired (mo., day, yr.) | (c) Date sold (mo., day, yr.) | (d) Gross sales price | (e) Depreciation allowed or allowable since acquisition | (f) Cost or other basis, plus improvements and expense of sale | (g) Gain or (loss) Subtract (f) from the sum of (d) and (e) |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| | | |
|---|---|---|
| **3** Gain, if any, from Form 4684, line 39. .................................................. | **3** | |
| **4** Section 1231 gain from installment sales from Form 6252, line 26 or 37. .................................... | **4** | |
| **5** Section 1231 gain or (loss) from like-kind exchanges from Form 8824. .................................... | **5** | |
| **6** Gain, if any, from line 32, from other than casualty or theft. .................................... | **6** | |
| **7** Combine lines 2 through 6. Enter the gain or (loss) here and on the appropriate line as follows: .................. | **7** | |

**Partnerships and S corporations.** Report the gain or (loss) following the instructions for Form 1065, Schedule K, line 10, or Form 1120-S, Schedule K, line 9. Skip lines 8, 9, 11, and 12 below.

**Individuals, partners, S corporation shareholders, and all others.** If line 7 is zero or a loss, enter the amount from line 7 on line 11 below and skip lines 8 and 9. If line 7 is a gain and you didn't have any prior year section 1231 losses, or they were recaptured in an earlier year, enter the gain from line 7 as a long-term capital gain on the Schedule D filed with your return and skip lines 8, 9, 11, and 12 below.

**8** Nonrecaptured net section 1231 losses from prior years. See instructions. .................................... | **8** |

**9** Subtract line 8 from line 7. If zero or less, enter -0-. If line 9 is zero, enter the gain from line 7 on line 12 below. If line 9 is more than zero, enter the amount from line 8 on line 12 below and enter the gain from line 9 as a long-term capital gain on the Schedule D filed with your return. See instructions. .................................... | **9** |

**Part II** Ordinary Gains and Losses (see instructions)

**10** Ordinary gains and losses not included on lines 11 through 16 (include property held 1 year or less):

| | | | | | | |
|---|---|---|---|---|---|---|
| Tacoma 8876 | 5/05/22 | 1/01/23 | 38,608. | 20,264. | 47,562. | 11,310. |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| | | |
|---|---|---|
| **11** Loss, if any, from line 7. .................................................. | **11** ( ) |
| **12** Gain, if any, from line 7 or amount from line 8, if applicable. .................................... | **12** | |
| **13** Gain, if any, from line 31. .................................................. | **13** | |
| **14** Net gain or (loss) from Form 4684, lines 31 and 38a. .................................... | **14** | |
| **15** Ordinary gain from installment sales from Form 6252, line 25 or 36. .................................... | **15** | |
| **16** Ordinary gain or (loss) from like-kind exchanges from Form 8824. .................................... | **16** | |
| **17** Combine lines 10 through 16. .................................................. | **17** | 11,310. |

**18** For all except individual returns, enter the amount from line 17 on the appropriate line of your return and skip lines a and b below. For individual returns, complete lines a and b below.

**a** If the loss on line 11 includes a loss from Form 4684, line 35, column (b)(ii), enter that part of the loss here. Enter the loss from income-producing property on Schedule A (Form 1040), line 16. (Do not include any loss on property used as an employee.) Identify as from "Form 4797, line 18a." See instructions. .................................... | **18a** |

**b** Redetermine the gain or (loss) on line 17 excluding the loss, if any, on line 18a. Enter here and on Schedule 1 (Form 1040), Part I, line 4. .................................................. | **18b** |

**BAA For Paperwork Reduction Act Notice, see separate instructions.**

Form **4797** (2023)

Form **1125-A**
(Rev. November 2018)
Department of the Treasury
Internal Revenue Service

## Cost of Goods Sold

► **Attach to Form 1120, 1120-C, 1120-F, 1120S, or 1065.**
► **Go to www.irs.gov/Form1125A for the latest information.**

OMB No. 1545-0123

| Name | Employer identification number |
|---|---|
| Auto Glass 2020 LLC | 82-2346246 |

| | | | |
|---|---|---|---|
| 1 | Inventory at beginning of year | 1 | |
| 2 | Purchases | 2 | 4,150,998. |
| 3 | Cost of labor | 3 | |
| 4 | Additional section 263A costs (attach schedule) | 4 | |
| 5 | Other costs (attach schedule) . . . . . . . . . . See Statement 9 | 5 | 578. |
| 6 | Total. Add lines 1 through 5 | 6 | 4,151,576. |
| 7 | Inventory at end of year | 7 | |
| 8 | **Cost of goods sold.** Subtract line 7 from line 6. Enter here and on Form 1120, page 1, line 2 or the appropriate line of your tax return. See instructions | 8 | 4,151,576. |

9 a Check all methods used for valuing closing inventory:

    *(i)* ☐ Cost

    *(ii)* ☐ Lower of cost or market

    *(iii)* ☐ Other (Specify method used and attach explanation.) ► _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

  b Check if there was a writedown of subnormal goods . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ► ☐

  c Check if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970) . . . . . . . . . . . . . . . . . ► ☐

  d If the LIFO inventory method was used for this tax year, enter amount of closing inventory computed
    under LIFO . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **9d** |

  e If property is produced or acquired for resale, do the rules of section 263A apply to the entity? See instructions . . . . . . ☐ Yes ☐ No

  f Was there any change in determining quantities, cost, or valuations between opening and
    closing inventory? If "Yes," attach explanation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes ☐ No

**BAA For Paperwork Reduction Act Notice, see instructions.**

Form **1125-A** (Rev. 11-2018)

# Schedule K-1
### (Form 1120-S)
Department of the Treasury
Internal Revenue Service

## 2023

For calendar year 2023, or tax year

beginning ___/___/___ ending ___/___/___

OMB No. 1545-0123

☐ Final K-1  ☐ Amended K-1

## Shareholder's Share of Income, Deductions, Credits, etc.
### See separate instructions.

| Part III | Shareholder's Share of Current Year Income, Deductions, Credits, and Other Items |
|---|---|

| | Part I | Information About the Corporation |

**A** Corporation's employer identification number
82-2346246

**B** Corporation's name, address, city, state, and ZIP code

Auto Glass 2020 LLC
355 E Warner Rd Ste 4
Chandler, AZ 85225

**C** IRS Center where corporation filed return
e-file

**D** Corporation's total number of shares

Beginning of tax year.............. 0
End of tax year.................... 0

| | Part II | Information About the Shareholder |

**E** Shareholder's identifying number
-0701

**F** Shareholder's name, address, city, state, and ZIP code

William C Lesueur
2630 E Gillcrest Rd
Gilbert, AZ 85298

**G** Current year allocation percentage ......... 100 %

**H** Shareholder's number of shares

Beginning of tax year.............. 0
End of tax year.................... 0

**I** Loans from shareholder

Beginning of tax year............. $ 146,562.
End of tax year................... $ _____

F O R   I R S   U S E   O N L Y

| 1 | Ordinary business income (loss) 161,297. | 13 | Credits |
|---|---|---|---|
| 2 | Net rental real estate income (loss) | | |
| 3 | Other net rental income (loss) | | |
| 4 | Interest income 135. | | |
| 5a | Ordinary dividends | | |
| 5b | Qualified dividends | 14 | Schedule K-3 is attached if checked ................ ☐ |
| 6 | Royalties | 15 | Alternative minimum tax (AMT) items |
| | | A | 48,150. |
| 7 | Net short-term capital gain (loss) | | |
| 8a | Net long-term capital gain (loss) | | |
| 8b | Collectibles (28%) gain (loss) | | |
| 8c | Unrecaptured section 1250 gain | | |
| 9 | Net section 1231 gain (loss) | 16 | Items affecting shareholder basis |
| | | C | 32,404. |
| 10 | Other income (loss) | D | 859,441. |
| | | 17 | Other information |
| | | A | 135. |
| 11 | Section 179 deduction | AC* | STMT |
| 12 | Other deductions | AJ* | STMT |
| | | V* | STMT |

| 18 | ☐ | More than one activity for at-risk purposes* |
| 19 | ☐ | More than one activity for passive activity purposes* |

*See attached statement for additional information.

**BAA For Paperwork Reduction Act Notice, see the Instructions for Form 1120-S.** www.irs.gov/Form1120S **Schedule K-1 (Form 1120-S) 2023**

Auto Glass 2020 LLC 82-2346246

**Box 17**
**Other Information**

**\* Descriptive Information**

| | | |
|---|---|---|
| AC | Gross receipts for section 448(c).................................................. | $ 14,323,879. |
| AJ | Aggregate Business Activity Gain (Loss) on Disp. of Property......... | 11,310. |
| AJ | Aggregate Business Activity Gross Income....................................... | 10,160,858. |
| AJ | Aggregate Business Activity Total Deductions................................ | 10,010,871. |

**Supplemental Information**

This shareholder will not receive Schedule K-3 from the S corporation unless the
shareholder requests the schedule.

Shareholder 1 : William C Lesueur   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

SPSL1201L 07/06/22

**Statement A—QBI Pass-through Entity Reporting (Schedule K-1, Box 17, Code V)**

| S corporation's name: Auto Glass 2020 LLC | | | S corporation's EIN: 82-2346246 |
|---|---|---|---|
| Shareholder's name: William C Lesueur | | | Shareholder's identifying number: -0701 |

| Shareholder's share of: | Auto Glass 2020 LLC | | |
|---|---|---|---|
| | ☐ PTP | ☐ PTP | ☐ PTP |
| | ☐ Aggregated | ☐ Aggregated | ☐ Aggregated |
| | ☐ SSTB | ☐ SSTB | ☐ SSTB |

**QBI or qualified PTP items subject to shareholder-specific determinations:**

| | | | | |
|---|---|---|---|---|
| | Ordinary business income (loss) | 161,297. | | |
| | Rental income (loss) . . . . . . . . . . | | | |
| | Royalty income (loss) . . . . . . . . . | | | |
| | Section 1231 gain (loss). . . . . . . | | | |
| | Other income (loss) . . . . . . . . . . . | | | |
| | Section 179 deduction. . . . . . . . . | | | |
| | Other deductions . . . . . . . . . . . . | | | |
| **W-2 wages**. . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 3,380,423. | | |
| **UBIA of qualified property** . . . . . . . . . . . . . . . . | | 1,521,886. | | |
| **Section 199A dividends** | | | | |

| Shareholder's share of: | | | |
|---|---|---|---|
| | ☐ PTP | ☐ PTP | ☐ PTP |
| | ☐ Aggregated | ☐ Aggregated | ☐ Aggregated |
| | ☐ SSTB | ☐ SSTB | ☐ SSTB |

**QBI or qualified PTP items subject to shareholder-specific determinations:**

| | | | | |
|---|---|---|---|---|
| | Ordinary business income (loss) | | | |
| | Rental income (loss) . . . . . . . . . . | | | |
| | Royalty income (loss) . . . . . . . . . | | | |
| | Section 1231 gain (loss). . . . . . . | | | |
| | Other income (loss). . . . . . . . . . . | | | |
| | Section 179 deduction. . . . . . . . . | | | |
| | Other deductions . . . . . . . . . . . . | | | |
| **W-2 wages**. . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | | |
| **UBIA of qualified property** . . . . . . . . . . . . . . . . | | | | |

Shareholder 1
BAA For Paperwork Reduction Act Notice, see the Instructions for Form 1120-S.     SPSA1515  05/15/23     Statement A (Form 1120-S) (2023)

Case 2:25-bk-00374-MCW   Doc 1   Filed 01/16/25   Entered 01/16/25 13:53:26   Desc
Main Document      Page 59 of 122

| Form **4562** | **Depreciation and Amortization**<br>**(Including Information on Listed Property)**<br>Attach to your tax return.<br>Go to *www.irs.gov/Form4562* for instructions and the latest information. | OMB No. 1545-0172 |
|---|---|---|
| Department of the Treasury<br>Internal Revenue Service | | **2023**<br>Attachment<br>Sequence No. **179** |

| Name(s) shown on return | Identifying number |
|---|---|
| Auto Glass 2020 LLC | 82-2346246 |

Business or activity to which this form relates

Form 1120S

## Part I    Election To Expense Certain Property Under Section 179

Note: If you have any listed property, complete Part V before you complete Part I.

| | | | |
|---|---|---|---|
| 1 | Maximum amount (see instructions) | 1 | 1,160,000. |
| 2 | Total cost of section 179 property placed in service (see instructions) | 2 | |
| 3 | Threshold cost of section 179 property before reduction in limitation (see instructions) | 3 | 2,890,000. |
| 4 | Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- | 4 | |
| 5 | Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see instructions | 5 | |

| 6 | (a) Description of property | (b) Cost (business use only) | (c) Elected cost |
|---|---|---|---|
| | | | |
| | | | |

| | | | |
|---|---|---|---|
| 7 | Listed property. Enter the amount from line 29 | 7 | |
| 8 | Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 | 8 | |
| 9 | Tentative deduction. Enter the **smaller** of line 5 or line 8 | 9 | |
| 10 | Carryover of disallowed deduction from line 13 of your 2022 Form 4562 | 10 | |
| 11 | Business income limitation. Enter the smaller of business income (not less than zero) or line 5. See instrs. | 11 | |
| 12 | Section 179 expense deduction. Add lines 9 and 10, but don't enter more than line 11 | 12 | |
| 13 | Carryover of disallowed deduction to 2024. Add lines 9 and 10, less line 12 | 13 | |

Note: Don't use Part II or Part III below for listed property. Instead, use Part V.

## Part II    Special Depreciation Allowance and Other Depreciation (Don't include listed property. See instructions.)

| | | | |
|---|---|---|---|
| 14 | Special depreciation allowance for qualified property (other than listed property) placed in service during the tax year. See instructions | 14 | |
| 15 | Property subject to section 168(f)(1) election | 15 | |
| 16 | Other depreciation (including ACRS) | 16 | |

## Part III    MACRS Depreciation (Don't include listed property. See instructions.)

### Section A

| | | | |
|---|---|---|---|
| 17 | MACRS deductions for assets placed in service in tax years beginning before 2023 | 17 | |
| 18 | If you are electing to group any assets placed in service during the tax year into one or more general asset accounts, check here | ☐ | |

### Section B — Assets Placed in Service During 2023 Tax Year Using the General Depreciation System

| (a) Classification of property | (b) Month and year placed in service | (c) Basis for depreciation (business/investment use only — see instructions) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|
| 19 a 3-year property | | | | | | |
| b 5-year property | | 36,955. | 5 | HY | 200DB | 7,391. |
| c 7-year property | | | | | | |
| d 10-year property | | | | | | |
| e 15-year property | | 150,000. | 15 | HY | S/L | 4,995. |
| f 20-year property | | | | | | |
| g 25-year property | | | 25 yrs | | S/L | |
| h Residential rental property | | | 27.5 yrs | MM | S/L | |
| | | | 27.5 yrs | MM | S/L | |
| i Nonresidential real property | | | 39 yrs | MM | S/L | |
| | | | | MM | S/L | |

### Section C — Assets Placed in Service During 2023 Tax Year Using the Alternative Depreciation System

| | | | | | | |
|---|---|---|---|---|---|---|
| 20 a Class life | | | | | S/L | |
| b 12-year | | | 12 yrs | | S/L | |
| c 30-year | | | 30 yrs | MM | S/L | |
| d 40-year | | | 40 yrs | MM | S/L | |

## Part IV    Summary (See instructions.)

| | | | |
|---|---|---|---|
| 21 | Listed property. Enter amount from line 28 | 21 | 222,275. |
| 22 | **Total.** Add amounts from line 12, lines 14 through 17, lines 19 and 20 in column (g), and line 21. Enter here and on the appropriate lines of your return. Partnerships and S corporations — see instructions | 22 | 234,661. |
| 23 | For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs | 23 | |

BAA   For Paperwork Reduction Act Notice, see separate instructions.   FDIZ0812. 06/22/23   Form **4562** (2023)

Case 2:25-bk-00374-MCW   Doc 1   Filed 01/16/25   Entered 01/16/25 13:53:26   Desc
Main Document      Page 60 of 122

**Part V**   **Listed Property** (Include automobiles, certain other vehicles, certain aircraft, and property used for entertainment, recreation, or amusement.)

Note: For any vehicle for which you are using the standard mileage rate or deducting lease expense, complete **only** 24a, 24b, columns (a) through (c) of Section A, all of Section B, and Section C if applicable.

**Section A — Depreciation and Other Information (Caution: See the instructions for limits for passenger automobiles.)**

24 a Do you have evidence to support the business/investment use claimed?......... [X] Yes [ ] No   24b If 'Yes,' is the evidence written?...... [X] Yes [ ] No

| (a) Type of property (list vehicles first) | (b) Date placed in service | (c) Business/ investment use percentage | (d) Cost or other basis | (e) Basis for depreciation (business/investment use only) | (f) Recovery period | (g) Method/ Convention | (h) Depreciation deduction | (i) Elected section 179 cost |
|---|---|---|---|---|---|---|---|---|
| 25 Special depreciation allowance for qualified listed property placed in service during the tax year and used more than 50% in a qualified business use. See instructions ..................... | | | | | | **25** | | |
| 26 Property used more than 50% in a qualified business use: | | | | | | | | |
| MB GT63C4S | 11/25/22 | 100.0 | 153,715. | 134,515. | 5.0 | 200DB MQ | 18,000. | |
| MB S80z4 | 12/30/22 | 100.0 | 226,842. | 207,642. | 5.0 | 200DB MQ | 18,000. | |
| Tacoma 8876 | 5/05/22 | 100.0 | 47,562. | 28,362. | 5.0 | 200DB MQ | 1,064. | |
| 27 Property used 50% or less in a qualified business use: | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| 28 Add amounts in column (h), lines 25 through 27. Enter here and on line 21, page 1 ............. | | | | | | **28** | 222,275. | |
| 29 Add amounts in column (i), line 26. Enter here and on line 7, page 1 ......................... | | | | | | | **29** | 0. |

**Section B — Information on Use of Vehicles**

Complete this section for vehicles used by a sole proprietor, partner, or other 'more than 5% owner,' or related person. If you provided vehicles to your employees, first answer the questions in Section C to see if you meet an exception to completing this section for those vehicles.

| | (a) Vehicle 1 | (b) Vehicle 2 | (c) Vehicle 3 | (d) Vehicle 4 | (e) Vehicle 5 | (f) Vehicle 6 |
|---|---|---|---|---|---|---|
| 30 Total business/investment miles driven during the year (**don't include** commuting miles)..................... | | | | | | |
| 31 Total commuting miles driven during the year......... | | | | | | |
| 32 Total other personal (noncommuting) miles driven.............................. | | | | | | |
| 33 Total miles driven during the year. Add lines 30 through 32 ...................... | | | | | | |

| | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 34 Was the vehicle available for personal use during off-duty hours?..................... | | | | | | | | | | | | |
| 35 Was the vehicle used *primarily* by a more than 5% owner or related person?......... | | | | | | | | | | | | |
| 36 Is another vehicle available for personal use?........................... | | | | | | | | | | | | |

**Section C — Questions for Employers Who Provide Vehicles for Use by Their Employees**

Answer these questions to determine if you meet an exception to completing Section B for vehicles used by employees who **aren't** more than 5% owners or related persons. See instructions.

| | Yes | No |
|---|---|---|
| 37 Do you maintain a written policy statement that prohibits all personal use of vehicles, including commuting, by your employees?.......................................................... | | |
| 38 Do you maintain a written policy statement that prohibits personal use of vehicles, except commuting, by your employees? See the instructions for vehicles used by corporate officers, directors, or 1% or more owners .............. | | |
| 39 Do you treat all use of vehicles by employees as personal use?........................................... | | |
| 40 Do you provide more than five vehicles to your employees, obtain information from your employees about the use of the vehicles, and retain the information received?...................................................... | | |
| 41 Do you meet the requirements concerning qualified automobile demonstration use? See instructions.................. | | |
| **Note:** If your answer to 37, 38, 39, 40, or 41 is 'Yes,' don't complete Section B for the covered vehicles. | | |

**Part VI**   **Amortization**

| (a) Description of costs | (b) Date amortization begins | (c) Amortizable amount | (d) Code section | (e) Amortization period or percentage | (f) Amortization for this year |
|---|---|---|---|---|---|
| 42 Amortization of costs that begins during your 2023 tax year (see instructions): | | | | | |
| | | | | | |
| | | | | | |
| 43 Amortization of costs that began before your 2023 tax year ........................................... | | | **43** | | |
| 44 **Total.** Add amounts in column (f). See the instructions for where to report............................... | | | **44** | | |

FDIZ0812L 06/22/23                       Form **4562** (2023)

**Part V** **Listed Property** (Include automobiles, certain other vehicles, certain aircraft, and property used for entertainment, recreation, or amusement.)

**Note:** For any vehicle for which you are using the standard mileage rate or deducting lease expense, complete **only** 24a, 24b, columns (a) through (c) of Section A, all of Section B, and Section C if applicable.

### Section A — Depreciation and Other Information (Caution: See the instructions for limits for passenger automobiles.)

24 a Do you have evidence to support the business/investment use claimed? . . . . . . . . . ☐ Yes ☐ No  24b If 'Yes,' is the evidence written? . . . . . . ☐ Yes ☐ No

| (a) Type of property (list vehicles first) | (b) Date placed in service | (c) Business/ investment use percentage | (d) Cost or other basis | (e) Basis for depreciation (business/investment use only) | (f) Recovery period | (g) Method/ Convention | (h) Depreciation deduction | (i) Elected section 179 cost |
|---|---|---|---|---|---|---|---|---|
| 25 Special depreciation allowance for qualified listed property placed in service during the tax year and used more than 50% in a qualified business use. See instructions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | | | | **25** | | |
| 26 Property used more than 50% in a qualified business use: | | | | | | | | |
| Tacoma 8831 | 1/01/23 | 100.0 | 48,503. | 48,503. | 5.0 | 200DB HY | 9,701. | |
| Tacoma 1466 | 1/01/23 | 100.0 | 31,928. | 31,928. | 5.0 | 200DB HY | 6,386. | |
| Tacoma 3886 | 2/08/23 | 100.0 | 31,204. | 31,204. | 5.0 | 200DB HY | 6,241. | |
| 27 Property used 50% or less in a qualified business use: | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| 28 Add amounts in column (h), lines 25 through 27. Enter here and on line 21, page 1 . . . . . . . . . . . . . . . | | | | | | **28** | | |
| 29 Add amounts in column (i), line 26. Enter here and on line 7, page 1 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | | | | | | **29** |

### Section B — Information on Use of Vehicles

Complete this section for vehicles used by a sole proprietor, partner, or other 'more than 5% owner,' or related person. If you provided vehicles to your employees, first answer the questions in Section C to see if you meet an exception to completing this section for those vehicles.

| | | (a) Vehicle 1 | | (b) Vehicle 2 | | (c) Vehicle 3 | | (d) Vehicle 4 | | (e) Vehicle 5 | | (f) Vehicle 6 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 30 | Total business/investment miles driven during the year (**don't** include commuting miles) . . . . . . . . . . . . . . . . . | | | | | | | | | | | | |
| 31 | Total commuting miles driven during the year . . . . . . . | | | | | | | | | | | | |
| 32 | Total other personal (noncommuting) miles driven . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | | | | | | | | | | |
| 33 | Total miles driven during the year. Add lines 30 through 32 . . . . . . . . . . . . . . . . . . . | | | | | | | | | | | | |
| | | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No |
| 34 | Was the vehicle available for personal use during off-duty hours? . . . . . . . . . . . . . . . . . . . | | | | | | | | | | | | |
| 35 | Was the vehicle used primarily by a more than 5% owner or related person? . . . . . . . . | | | | | | | | | | | | |
| 36 | Is another vehicle available for personal use? . . . . . . . . . . . . . . . . . . . . . . . . . . | | | | | | | | | | | | |

### Section C — Questions for Employers Who Provide Vehicles for Use by Their Employees

Answer these questions to determine if you meet an exception to completing Section B for vehicles used by employees who **aren't** more than 5% owners or related persons. See instructions.

| | Yes | No |
|---|---|---|
| 37 Do you maintain a written policy statement that prohibits all personal use of vehicles, including commuting, by your employees? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| 38 Do you maintain a written policy statement that prohibits personal use of vehicles, except commuting, by your employees? See the instructions for vehicles used by corporate officers, directors, or 1% or more owners . . . . . . . . . . . . . | | |
| 39 Do you treat all use of vehicles by employees as personal use? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| 40 Do you provide more than five vehicles to your employees, obtain information from your employees about the use of the vehicles, and retain the information received? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| 41 Do you meet the requirements concerning qualified automobile demonstration use? See instructions . . . . . . . . . . . . . . . . .  **Note:** If your answer to 37, 38, 39, 40, or 41 is 'Yes,' don't complete Section B for the covered vehicles. | | |

**Part VI** **Amortization**

| (a) Description of costs | (b) Date amortization begins | (c) Amortizable amount | (d) Code section | (e) Amortization period or percentage | (f) Amortization for this year |
|---|---|---|---|---|---|
| 42 Amortization of costs that begins during your 2023 tax year (see instructions): | | | | | |
| | | | | | |
| | | | | | |
| 43 Amortization of costs that began before your 2023 tax year . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | | **43** | |
| 44 **Total.** Add amounts in column (f). See the instructions for where to report . . . . . . . . . . . . . . . . . . . . . . . | | | | **44** | |

**Part V**  **Listed Property** (Include automobiles, certain other vehicles, certain aircraft, and property used for entertainment, recreation, or amusement.)

Note: For any vehicle for which you are using the standard mileage rate or deducting lease expense, complete **only** 24a, 24b, columns (a) through (c) of Section A, all of Section B, and Section C if applicable.

**Section A — Depreciation and Other Information (Caution:** See the instructions for limits for passenger automobiles.)

| 24 a Do you have evidence to support the business/investment use claimed? | | Yes | | No | 24b If 'Yes,' is the evidence written? | | Yes | No |

| (a) Type of property (list vehicles first) | (b) Date placed in service | (c) Business/ investment use percentage | (d) Cost or other basis | (e) Basis for depreciation (business/investment use only) | (f) Recovery period | (g) Method/ Convention | (h) Depreciation deduction | (i) Elected section 179 cost |
|---|---|---|---|---|---|---|---|---|
| 25 Special depreciation allowance for qualified listed property placed in service during the tax year and used more than 50% in a qualified business use. See instructions | | | | | | 25 | | |
| 26 Properly used more than 50% in a qualified business use: | | | | | | | | |
| 20 Nissan NV | 6/07/23 | 100.0 | 23,367. | 23,367. | 5.0 | 200DB HY | 4,673. | |
| 16 Nissan NV | 6/07/23 | 100.0 | 21,201. | 21,201. | 5.0 | 200DB HY | 4,240. | |
| 17 Nissan NV | 6/07/23 | 100.0 | 21,201. | 21,201. | 5.0 | 200DB HY | 4,240. | |
| 27 Property used 50% or less in a qualified business use: | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| 28 Add amounts in column (h), lines 25 through 27. Enter here and on line 21, page 1 | | | | | | 28 | | |
| 29 Add amounts in column (i), line 26. Enter here and on line 7, page 1 | | | | | | | 29 | |

**Section B — Information on Use of Vehicles**

Complete this section for vehicles used by a sole proprietor, partner, or other 'more than 5% owner,' or related person. If you provided vehicles to your employees, first answer the questions in Section C to see if you meet an exception to completing this section for those vehicles.

| | | (a) Vehicle 1 | (b) Vehicle 2 | (c) Vehicle 3 | (d) Vehicle 4 | (e) Vehicle 5 | (f) Vehicle 6 |
|---|---|---|---|---|---|---|---|
| 30 | Total business/investment miles driven during the year (**don't include** commuting miles) | | | | | | |
| 31 | Total commuting miles driven during the year | | | | | | |
| 32 | Total other personal (noncommuting) miles driven | | | | | | |
| 33 | Total miles driven during the year. Add lines 30 through 32 | | | | | | |

| | | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 34 | Was the vehicle available for personal use during off-duty hours? | | | | | | | | | | | | |
| 35 | Was the vehicle used primarily by a more than 5% owner or related person? | | | | | | | | | | | | |
| 36 | Is another vehicle available for personal use? | | | | | | | | | | | | |

**Section C — Questions for Employers Who Provide Vehicles for Use by Their Employees**

Answer these questions to determine if you meet an exception to completing Section B for vehicles used by employees who **aren't** more than 5% owners or related persons. See instructions.

| | | Yes | No |
|---|---|---|---|
| 37 | Do you maintain a written policy statement that prohibits all personal use of vehicles, including commuting, by your employees? | | |
| 38 | Do you maintain a written policy statement that prohibits personal use of vehicles, except commuting, by your employees? See the instructions for vehicles used by corporate officers, directors, or 1% or more owners | | |
| 39 | Do you treat all use of vehicles by employees as personal use? | | |
| 40 | Do you provide more than five vehicles to your employees, obtain information from your employees about the use of the vehicles, and retain the information received? | | |
| 41 | Do you meet the requirements concerning qualified automobile demonstration use? See instructions | | |

Note: If your answer to 37, 38, 39, 40, or 41 is 'Yes,' don't complete Section B for the covered vehicles.

**Part VI**  **Amortization**

| (a) Description of costs | (b) Date amortization begins | (c) Amortizable amount | (d) Code section | (e) Amortization period or percentage | (f) Amortization for this year |
|---|---|---|---|---|---|
| 42 Amortization of costs that begins during your 2023 tax year (see instructions): | | | | | |
| | | | | | |
| | | | | | |
| 43 Amortization of costs that began before your 2023 tax year | | | | 43 | |
| 44 **Total.** Add amounts in column (f). See the instructions for where to report | | | | 44 | |

FDIZ0812L 06/22/23                                                                     Form 4562 (2023)

**Part V**   Listed Property (Include automobiles, certain other vehicles, certain aircraft, and property used for entertainment, recreation, or amusement.)

Note: For any vehicle for which you are using the standard mileage rate or deducting lease expense, complete only 24a, 24b, columns (a) through (c) of Section A, all of Section B, and Section C if applicable.

### Section A – Depreciation and Other Information (Caution: See the instructions for limits for passenger automobiles.)

24 a Do you have evidence to support the business/investment use claimed?......... ☐ Yes ☐ No   24b If 'Yes,' is the evidence written?...... ☐ Yes ☐ No

| (a) Type of property (list vehicles first) | (b) Date placed in service | (c) Business/ investment use percentage | (d) Cost or other basis | (e) Basis for depreciation (business/investment use only) | (f) Recovery period | (g) Method/ Convention | (h) Depreciation deduction | (i) Elected section 179 cost |
|---|---|---|---|---|---|---|---|---|
| 25 Special depreciation allowance for qualified listed property placed in service during the tax year and used more than 50% in a qualified business use. See instructions.............................. | | | | | | 25 | | |
| 26 Property used more than 50% in a qualified business use: | | | | | | | | |
| 15 Nissan NV | 6/07/23 | 100.0 | 22,284. | 22,284. | 5.0 | 200DB HY | 4,457. | |
| 19 Nissan NV | 6/07/23 | 100.0 | 23,962. | 23,962. | 5.0 | 200DB HY | 4,792. | |
| 19 Nissan NV | 6/07/23 | 100.0 | 23,962. | 23,962. | 5.0 | 200DB HY | 4,792. | |
| 27 Property used 50% or less in a qualified business use: | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| 28 Add amounts in column (h), lines 25 through 27. Enter here and on line 21, page 1.............. | | | | | | 28 | | |
| 29 Add amounts in column (i), line 26. Enter here and on line 7, page 1............................................. | | | | | | | 29 | |

### Section B – Information on Use of Vehicles

Complete this section for vehicles used by a sole proprietor, partner, or other 'more than 5% owner,' or related person. If you provided vehicles to your employees, first answer the questions in Section C to see if you meet an exception to completing this section for those vehicles.

| | (a) Vehicle 1 | (b) Vehicle 2 | (c) Vehicle 3 | (d) Vehicle 4 | (e) Vehicle 5 | (f) Vehicle 6 |
|---|---|---|---|---|---|---|
| 30 Total business/investment miles driven during the year (don't include commuting miles)........................ | | | | | | |
| 31 Total commuting miles driven during the year........ | | | | | | |
| 32 Total other personal (noncommuting) miles driven............................. | | | | | | |
| 33 Total miles driven during the year. Add lines 30 through 32....................... | | | | | | |

| | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 34 Was the vehicle available for personal use during off-duty hours?..................... | | | | | | | | | | | | |
| 35 Was the vehicle used primarily by a more than 5% owner or related person?......... | | | | | | | | | | | | |
| 36 Is another vehicle available for personal use?............................. | | | | | | | | | | | | |

### Section C – Questions for Employers Who Provide Vehicles for Use by Their Employees

Answer these questions to determine if you meet an exception to completing Section B for vehicles used by employees who aren't more than 5% owners or related persons. See instructions.

| | Yes | No |
|---|---|---|
| 37 Do you maintain a written policy statement that prohibits all personal use of vehicles, including commuting, by your employees?................................................................ | | |
| 38 Do you maintain a written policy statement that prohibits personal use of vehicles, except commuting, by your employees? See the instructions for vehicles used by corporate officers, directors, or 1% or more owners.............. | | |
| 39 Do you treat all use of vehicles by employees as personal use?................................................. | | |
| 40 Do you provide more than five vehicles to your employees, obtain information from your employees about the use of the vehicles, and retain the information received?................................................ | | |
| 41 Do you meet the requirements concerning qualified automobile demonstration use? See instructions.................. | | |
| Note: If your answer to 37, 38, 39, 40, or 41 is 'Yes,' don't complete Section B for the covered vehicles. | | |

**Part VI**   Amortization

| (a) Description of costs | (b) Date amortization begins | (c) Amortizable amount | (d) Code section | (e) Amortization period or percentage | (f) Amortization for this year |
|---|---|---|---|---|---|
| 42 Amortization of costs that begins during your 2023 tax year (see instructions): | | | | | |
| | | | | | |
| | | | | | |
| 43 Amortization of costs that began before your 2023 tax year..................................................... 43 | | | | | |
| 44 Total. Add amounts in column (f). See the instructions for where to report.............................. 44 | | | | | |

FDIZ0812L 06/22/23                    Form 4562 (2023)

**Part V** | **Listed Property** (Include automobiles, certain other vehicles, certain aircraft, and property used for entertainment, recreation, or amusement.)

**Note:** For any vehicle for which you are using the standard mileage rate or deducting lease expense, complete **only** 24a, 24b, columns (a) through (c) of Section A, all of Section B, and Section C if applicable.

**Section A — Depreciation and Other Information (Caution:** See the instructions for limits for passenger automobiles.)

24 a Do you have evidence to support the business/investment use claimed?.......... ☐ Yes ☐ No **24b** If 'Yes,' is the evidence written?...... ☐ Yes ☐ No

| (a) Type of property (list vehicles first) | (b) Date placed in service | (c) Business/ investment use percentage | (d) Cost or other basis | (e) Basis for depreciation (business/investment use only) | (f) Recovery period | (g) Method/ Convention | (h) Depreciation deduction | (i) Elected section 179 cost |
|---|---|---|---|---|---|---|---|---|
| 25 Special depreciation allowance for qualified listed property placed in service during the tax year and used more than 50% in a qualified business use. See instructions ............................... 25 | | | | | | | | |
| 26 Property used more than 50% in a qualified business use: | | | | | | | | |
| 18 Nissan NV | 7/17/23 | 100.0 | 23,367. | 23,367. | 5.0 | 200DB HY | 4,673. | |
| 20 Nissan NV | 9/01/23 | 100.0 | 24,002. | 24,002. | 5.0 | 200DB HY | 4,800. | |
| 21 Nissan NV | 8/16/23 | 100.0 | 28,114. | 28,114. | 5.0 | 200DB HY | 5,623. | |
| 27 Property used 50% or less in a qualified business use: | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| 28 Add amounts in column (h), lines 25 through 27. Enter here and on line 21, page 1............... 28 | | | | | | | | |
| 29 Add amounts in column (i), line 26. Enter here and on line 7, page 1............................................. 29 | | | | | | | | |

**Section B — Information on Use of Vehicles**

Complete this section for vehicles used by a sole proprietor, partner, or other 'more than 5% owner,' or related person. If you provided vehicles to your employees, first answer the questions in Section C to see if you meet an exception to completing this section for those vehicles.

| | (a) Vehicle 1 | (b) Vehicle 2 | (c) Vehicle 3 | (d) Vehicle 4 | (e) Vehicle 5 | (f) Vehicle 6 |
|---|---|---|---|---|---|---|
| 30 Total business/investment miles driven during the year (**don't include** commuting miles)..................... | | | | | | |
| 31 Total commuting miles driven during the year......... | | | | | | |
| 32 Total other personal (noncommuting) miles driven.............................. | | | | | | |
| 33 Total miles driven during the year. Add lines 30 through 32 ..................... | | | | | | |

| | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 34 Was the vehicle available for personal use during off-duty hours?..................... | | | | | | | | | | | | |
| 35 Was the vehicle used primarily by a more than 5% owner or related person?......... | | | | | | | | | | | | |
| 36 Is another vehicle available for personal use?.............................. | | | | | | | | | | | | |

**Section C — Questions for Employers Who Provide Vehicles for Use by Their Employees**

Answer these questions to determine if you meet an exception to completing Section B for vehicles used by employees who **aren't** more than 5% owners or related persons. See instructions.

| | Yes | No |
|---|---|---|
| 37 Do you maintain a written policy statement that prohibits all personal use of vehicles, including commuting, by your employees?........................................................................ | | |
| 38 Do you maintain a written policy statement that prohibits personal use of vehicles, except commuting, by your employees? See the instructions for vehicles used by corporate officers, directors, or 1% or more owners ............... | | |
| 39 Do you treat all use of vehicles by employees as personal use?........................................... | | |
| 40 Do you provide more than five vehicles to your employees, obtain information from your employees about the use of the vehicles, and retain the information received?.......................................................... | | |
| 41 Do you meet the requirements concerning qualified automobile demonstration use? See instructions................... | | |

**Note:** If your answer to 37, 38, 39, 40, or 41 is 'Yes,' don't complete Section B for the covered vehicles.

**Part VI** | **Amortization**

| (a) Description of costs | (b) Date amortization begins | (c) Amortizable amount | (d) Code section | (e) Amortization period or percentage | (f) Amortization for this year |
|---|---|---|---|---|---|
| 42 Amortization of costs that begins during your 2023 tax year (see instructions): | | | | | |
| | | | | | |
| | | | | | |
| 43 Amortization of costs that began before your 2023 tax year ............................................. | | | | 43 | |
| 44 Total. Add amounts in column (f). See the instructions for where to report................................ | | | | 44 | |

| **Part V** | Listed Property (Include automobiles, certain other vehicles, certain aircraft, and property used for entertainment, recreation, or amusement.) |
|---|---|

**Note:** For any vehicle for which you are using the standard mileage rate or deducting lease expense, complete **only** 24a, 24b, columns (a) through (c) of Section A, all of Section B, and Section C if applicable.

### Section A — Depreciation and Other Information (Caution: See the instructions for limits for passenger automobiles.)

24 a Do you have evidence to support the business/investment use claimed?......... [ ] Yes [ ] No   24b If 'Yes,' is the evidence written?...... [ ] Yes [ ] No

| (a) Type of property (list vehicles first) | (b) Date placed in service | (c) Business/investment use percentage | (d) Cost or other basis | (e) Basis for depreciation (business/investment use only) | (f) Recovery period | (g) Method/ Convention | (h) Depreciation deduction | (i) Elected section 179 cost |
|---|---|---|---|---|---|---|---|---|
| 25 Special depreciation allowance for qualified listed property placed in service during the tax year and used more than 50% in a qualified business use. See instructions | | | | | | **25** | | |
| 26 Property used more than 50% in a qualified business use: | | | | | | | | |
| 21 Nissan NV | 7/21/21 | 100.0 | 28,309. | | 5.0 | 200DB HY | | |
| 21 G2500 112 | 9/01/23 | 100.0 | 39,565. | 39,565. | 5.0 | 200DB HY | 7,913. | |
| 22 MB Metris | 7/28/23 | 100.0 | 52,007. | 52,007. | 5.0 | 200DB HY | 10,401. | |
| 27 Property used 50% or less in a qualified business use: | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| 28 Add amounts in column (h), lines 25 through 27. Enter here and on line 21, page 1 | | | | | | **28** | | |
| 29 Add amounts in column (i), line 26. Enter here and on line 7, page 1 | | | | | | | **29** | |

### Section B — Information on Use of Vehicles

Complete this section for vehicles used by a sole proprietor, partner, or other 'more than 5% owner,' or related person. If you provided vehicles to your employees, first answer the questions in Section C to see if you meet an exception to completing this section for those vehicles.

| | (a) Vehicle 1 | (b) Vehicle 2 | (c) Vehicle 3 | (d) Vehicle 4 | (e) Vehicle 5 | (f) Vehicle 6 |
|---|---|---|---|---|---|---|
| 30 Total business/investment miles driven during the year (**don't** include commuting miles)......................... | | | | | | |
| 31 Total commuting miles driven during the year........ | | | | | | |
| 32 Total other personal (noncommuting) miles driven.............................. | | | | | | |
| 33 Total miles driven during the year. Add lines 30 through 32 ....................... | | | | | | |

| | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 34 Was the vehicle available for personal use during off-duty hours?................... | | | | | | | | | | | | |
| 35 Was the vehicle used primarily by a more than 5% owner or related person?......... | | | | | | | | | | | | |
| 36 Is another vehicle available for personal use?............................... | | | | | | | | | | | | |

### Section C — Questions for Employers Who Provide Vehicles for Use by Their Employees

Answer these questions to determine if you meet an exception to completing Section B for vehicles used by employees who **aren't** more than 5% owners or related persons. See instructions.

| | Yes | No |
|---|---|---|
| 37 Do you maintain a written policy statement that prohibits all personal use of vehicles, including commuting, by your employees?........................................................................................ | | |
| 38 Do you maintain a written policy statement that prohibits personal use of vehicles, except commuting, by your employees? See the instructions for vehicles used by corporate officers, directors, or 1% or more owners.............. | | |
| 39 Do you treat all use of vehicles by employees as personal use?........................................................ | | |
| 40 Do you provide more than five vehicles to your employees, obtain information from your employees about the use of the vehicles, and retain the information received?.................................................................... | | |
| 41 Do you meet the requirements concerning qualified automobile demonstration use? See instructions................... | | |
| **Note:** If your answer to 37, 38, 39, 40, or 41 is 'Yes,' don't complete Section B for the covered vehicles. | | |

| **Part VI** | Amortization |
|---|---|

| (a) Description of costs | (b) Date amortization begins | (c) Amortizable amount | (d) Code section | (e) Amortization period or percentage | (f) Amortization for this year |
|---|---|---|---|---|---|
| 42 Amortization of costs that begins during your 2023 tax year (see instructions): | | | | | |
| | | | | | |
| | | | | | |
| 43 Amortization of costs that began before your 2023 tax year ...................................... **43** | | | | | |
| 44 Total. Add amounts in column (f). See the instructions for where to report............................... **44** | | | | | |

FDIZ0812L 06/22/23                                                                    Form **4562** (2023)

**Part V** Listed Property (Include automobiles, certain other vehicles, certain aircraft, and property used for entertainment, recreation, or amusement.)

Note: For any vehicle for which you are using the standard mileage rate or deducting lease expense, complete **only** 24a, 24b, columns (a) through (c) of Section A, all of Section B, and Section C if applicable.

**Section A – Depreciation and Other Information (Caution: See the instructions for limits for passenger automobiles.)**

| 24 a Do you have evidence to support the business/investment use claimed?......... | | | ☐ Yes ☐ No | 24b If 'Yes,' is the evidence written?...... | | | ☐ Yes ☐ No | |
|---|---|---|---|---|---|---|---|---|

| (a) Type of property (list vehicles first) | (b) Date placed in service | (c) Business/ investment use percentage | (d) Cost or other basis | (e) Basis for depreciation (business/investment use only) | (f) Recovery period | (g) Method/ Convention | (h) Depreciation deduction | (i) Elected section 179 cost |
|---|---|---|---|---|---|---|---|---|
| 25 Special depreciation allowance for qualified listed property placed in service during the tax year and used more than 50% in a qualified business use. See instructions ........................... | | | | | | 25 | | |
| 26 Property used more than 50% in a qualified business use: | | | | | | | | |
| 20 MB Metris | 7/28/23 | 100.0 | 40,995. | 40,995. | 5.0 | 200DB HY | 8,199. | |
| 23 CAD Escal | 8/08/23 | 100.0 | 219,442. | 219,442. | 5.0 | 200DB HY | 43,888. | |
| 20 Lincol Na | 9/07/23 | 100.0 | 77,134. | 77,134. | 5.0 | 200DB HY | 15,427. | |
| 27 Property used 50% or less in a qualified business use: | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| 28 Add amounts in column (h), lines 25 through 27. Enter here and on line 21, page 1.............. | | | | | | 28 | | |
| 29 Add amounts in column (i), line 26. Enter here and on line 7, page 1........................................... | | | | | | | 29 | |

**Section B – Information on Use of Vehicles**

Complete this section for vehicles used by a sole proprietor, partner, or other 'more than 5% owner,' or related person. If you provided vehicles to your employees, first answer the questions in Section C to see if you meet an exception to completing this section for those vehicles.

| | (a) Vehicle 1 | | (b) Vehicle 2 | | (c) Vehicle 3 | | (d) Vehicle 4 | | (e) Vehicle 5 | | (f) Vehicle 6 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 30 Total business/investment miles driven during the year (**don't include** commuting miles)...................... | | | | | | | | | | | | |
| 31 Total commuting miles driven during the year........ | | | | | | | | | | | | |
| 32 Total other personal (noncommuting) miles driven............................... | | | | | | | | | | | | |
| 33 Total miles driven during the year. Add lines 30 through 32 ...................... | | | | | | | | | | | | |
| | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No |
| 34 Was the vehicle available for personal use during off-duty hours?..................... | | | | | | | | | | | | |
| 35 Was the vehicle used primarily by a more than 5% owner or related person?......... | | | | | | | | | | | | |
| 36 Is another vehicle available for personal use?.......................... | | | | | | | | | | | | |

**Section C – Questions for Employers Who Provide Vehicles for Use by Their Employees**

Answer these questions to determine if you meet an exception to completing Section B for vehicles used by employees who **aren't** more than 5% owners or related persons. See instructions.

| | | Yes | No |
|---|---|---|---|
| 37 | Do you maintain a written policy statement that prohibits all personal use of vehicles, including commuting, by your employees?............................................................................................ | | |
| 38 | Do you maintain a written policy statement that prohibits personal use of vehicles, except commuting, by your employees? See the instructions for vehicles used by corporate officers, directors, or 1% or more owners............... | | |
| 39 | Do you treat all use of vehicles by employees as personal use?............................................... | | |
| 40 | Do you provide more than five vehicles to your employees, obtain information from your employees about the use of the vehicles, and retain the information received?............................................................... | | |
| 41 | Do you meet the requirements concerning qualified automobile demonstration use? See instructions.................. | | |
| | **Note:** If your answer to 37, 38, 39, 40, or 41 is 'Yes', don't complete Section B for the covered vehicles. | | |

**Part VI** Amortization

| (a) Description of costs | (b) Date amortization begins | (c) Amortizable amount | (d) Code section | (e) Amortization period or percentage | (f) Amortization for this year |
|---|---|---|---|---|---|
| 42 Amortization of costs that begins during your 2023 tax year (see instructions): | | | | | |
| | | | | | |
| | | | | | |
| 43 Amortization of costs that began before your 2023 tax year ......................................... | | | | 43 | |
| 44 **Total.** Add amounts in column (f). See the instructions for where to report......................... | | | | 44 | |

FDIZ0812L 06/22/23                                                                    Form **4562** (2023)

| Part V | Listed Property (Include automobiles, certain other vehicles, certain aircraft, and property used for entertainment, recreation, or amusement.) |
|---|---|

**Note:** For any vehicle for which you are using the standard mileage rate or deducting lease expense, complete **only** 24a, 24b, columns (a) through (c) of Section A, all of Section B, and Section C if applicable.

**Section A — Depreciation and Other Information (Caution:** See the instructions for limits for passenger automobiles.**)**

24 a Do you have evidence to support the business/investment use claimed?.......... [ ] Yes [ ] No  24b If 'Yes,' is the evidence written?...... [ ] Yes [ ] No

| (a) Type of property (list vehicles first) | (b) Date placed in service | (c) Business/ investment use percentage | (d) Cost or other basis | (e) Basis for depreciation (business/investment use only) | (f) Recovery period | (g) Method/ Convention | (h) Depreciation deduction | (i) Elected section 179 cost |
|---|---|---|---|---|---|---|---|---|
| 25 Special depreciation allowance for qualified listed property placed in service during the tax year and used more than 50% in a qualified business use. See instructions ............................... | | | | | | 25 | | |
| 26 Property used more than 50% in a qualified business use: | | | | | | | | |
| 21 Chev G250 | 7/20/23 | 100.0 | 37,617. | 37,617. | 5.0 | 200DB HY | 7,523. | |
| 19 Chevy G25 | 7/17/23 | 100.0 | 42,131. | 42,131. | 5.0 | 200DB HY | 8,426. | |
| 19 Chevy G25 | 7/17/23 | 100.0 | 39,706. | 39,706. | 5.0 | 200DB HY | 7,941. | |
| 27 Property used 50% or less in a qualified business use: | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| 28 Add amounts in column (h), lines 25 through 27. Enter here and on line 21, page 1.............. | | | | | | 28 | | |
| 29 Add amounts in column (i), line 26. Enter here and on line 7, page 1............................................. | | | | | | | 29 | |

**Section B — Information on Use of Vehicles**

Complete this section for vehicles used by a sole proprietor, partner, or other 'more than 5% owner,' or related person. If you provided vehicles to your employees, first answer the questions in Section C to see if you meet an exception to completing this section for those vehicles.

| | | (a) Vehicle 1 | (b) Vehicle 2 | (c) Vehicle 3 | (d) Vehicle 4 | (e) Vehicle 5 | (f) Vehicle 6 |
|---|---|---|---|---|---|---|---|
| 30 | Total business/investment miles driven during the year (**don't** include commuting miles)....................... | | | | | | |
| 31 | Total commuting miles driven during the year........ | | | | | | |
| 32 | Total other personal (noncommuting) miles driven............................... | | | | | | |
| 33 | Total miles driven during the year. Add lines 30 through 32 ...................... | | | | | | |

| | | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 34 | Was the vehicle available for personal use during off-duty hours?................................. | | | | | | | | | | | | |
| 35 | Was the vehicle used primarily by a more than 5% owner or related person?......... | | | | | | | | | | | | |
| 36 | Is another vehicle available for personal use?............................... | | | | | | | | | | | | |

**Section C — Questions for Employers Who Provide Vehicles for Use by Their Employees**

Answer these questions to determine if you meet an exception to completing Section B for vehicles used by employees who **aren't** more than 5% owners or related persons. See instructions.

| | | Yes | No |
|---|---|---|---|
| 37 | Do you maintain a written policy statement that prohibits all personal use of vehicles, including commuting, by your employees?................................................................. | | |
| 38 | Do you maintain a written policy statement that prohibits personal use of vehicles, except commuting, by your employees? See the instructions for vehicles used by corporate officers, directors, or 1% or more owners .............. | | |
| 39 | Do you treat all use of vehicles by employees as personal use?......................................................... | | |
| 40 | Do you provide more than five vehicles to your employees, obtain information from your employees about the use of the vehicles, and retain the information received?...................................................... | | |
| 41 | Do you meet the requirements concerning qualified automobile demonstration use? See instructions.................... **Note:** If your answer to 37, 38, 39, 40, or 41 is 'Yes,' don't complete Section B for the covered vehicles. | | |

| Part VI | Amortization |
|---|---|

| (a) Description of costs | (b) Date amortization begins | (c) Amortizable amount | (d) Code section | (e) Amortization period or percentage | (f) Amortization for this year |
|---|---|---|---|---|---|
| 42 Amortization of costs that begins during your 2023 tax year (see instructions): | | | | | |
| | | | | | |
| | | | | | |
| 43 Amortization of costs that began before your 2023 tax year ............................................ | | | 43 | | |
| 44 **Total.** Add amounts in column (f). See the instructions for where to report................................. | | | 44 | | |

FDIZ0812L 06/22/23                                                                    Form 4562 (2023)

**Part V** **Listed Property** (Include automobiles, certain other vehicles, certain aircraft, and property used for entertainment, recreation, or amusement.)

**Note:** For any vehicle for which you are using the standard mileage rate or deducting lease expense, complete **only** 24a, 24b, columns (a) through (c) of Section A, all of Section B, and Section C if applicable.

### Section A — Depreciation and Other Information (Caution: See the instructions for limits for passenger automobiles.)

24 a Do you have evidence to support the business/investment use claimed?......... ☐ Yes ☐ No  24b If 'Yes,' is the evidence written?...... ☐ Yes ☐ No

| (a) Type of property (list vehicles first) | (b) Date placed in service | (c) Business/ investment use percentage | (d) Cost or other basis | (e) Basis for depreciation (business/investment use only) | (f) Recovery period | (g) Method/ Convention | (h) Depreciation deduction | (i) Elected section 179 cost |
|---|---|---|---|---|---|---|---|---|
| 25 Special depreciation allowance for qualified listed property placed in service during the tax year and used more than 50% in a qualified business use. See instructions .............................. 25 | | | | | | | | |
| 26 Property used more than 50% in a qualified business use: | | | | | | | | |
| 19 Ram 1500 | 7/17/23 | 100.0 | 18,829. | 18,829. | 5.0 | 200DB HY | 3,766. | |
| 21 Chevy G25 | 8/16/23 | 100.0 | 35,544. | 35,544. | 5.0 | 200DB HY | 7,109. | |
| 27 Property used 50% or less in a qualified business use: | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

28 Add amounts in column (h), lines 25 through 27. Enter here and on line 21, page 1 .............. | 28 |

29 Add amounts in column (i), line 26. Enter here and on line 7, page 1.......................................... | 29 |

### Section B — Information on Use of Vehicles

Complete this section for vehicles used by a sole proprietor, partner, or other 'more than 5% owner,' or related person. If you provided vehicles to your employees, first answer the questions in Section C to see if you meet an exception to completing this section for those vehicles.

| | (a) Vehicle 1 | (b) Vehicle 2 | (c) Vehicle 3 | (d) Vehicle 4 | (e) Vehicle 5 | (f) Vehicle 6 |
|---|---|---|---|---|---|---|
| 30 Total business/investment miles driven during the year (**don't** include commuting miles)...................... | | | | | | |
| 31 Total commuting miles driven during the year......... | | | | | | |
| 32 Total other personal (noncommuting) miles driven.............................. | | | | | | |
| 33 Total miles driven during the year. Add lines 30 through 32 ..................... | | | | | | |

| | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 34 Was the vehicle available for personal use during off-duty hours?...................... | | | | | | | | | | | | |
| 35 Was the vehicle used primarily by a more than 5% owner or related person?......... | | | | | | | | | | | | |
| 36 Is another vehicle available for personal use?.............................. | | | | | | | | | | | | |

### Section C — Questions for Employers Who Provide Vehicles for Use by Their Employees

Answer these questions to determine if you meet an exception to completing Section B for vehicles used by employees who **aren't** more than 5% owners or related persons. See instructions.

| | Yes | No |
|---|---|---|
| 37 Do you maintain a written policy statement that prohibits all personal use of vehicles, including commuting, by your employees?.................................................................................... | | |
| 38 Do you maintain a written policy statement that prohibits personal use of vehicles, except commuting, by your employees? See the instructions for vehicles used by corporate officers, directors, or 1% or more owners.............. | | |
| 39 Do you treat all use of vehicles by employees as personal use?........................................................ | | |
| 40 Do you provide more than five vehicles to your employees, obtain information from your employees about the use of the vehicles, and retain the information received?................................................................ | | |
| 41 Do you meet the requirements concerning qualified automobile demonstration use? See instructions................... | | |
| **Note:** If your answer to 37, 38, 39, 40, or 41 is 'Yes', don't complete Section B for the covered vehicles. | | |

**Part VI** **Amortization**

| (a) Description of costs | (b) Date amortization begins | (c) Amortizable amount | (d) Code section | (e) Amortization period or percentage | (f) Amortization for this year |
|---|---|---|---|---|---|
| 42 Amortization of costs that begins during your 2023 tax year (see instructions): | | | | | |
| | | | | | |
| | | | | | |

43 Amortization of costs that began before your 2023 tax year ..................................... | 43 |

44 **Total.** Add amounts in column (f). See the instructions for where to report................................ | 44 |

**Statement 1**
**Form 1120S, Line 5**
**Other Income**

| | | |
|---|---|---:|
| ............................................................................................ | $ | 10,392. |
| Total | $ | 10,392. |

**Statement 2**
**Form 1120S, Line 20**
**Other Deductions**

| | | |
|---|---|---:|
| Accounting | $ | 10,075. |
| Auto and Truck Expense | | 170,362. |
| Bank Charges | | 66,147. |
| Dues and Subscriptions | | 10,594. |
| Incentives | | 2,350,382. |
| Insurance | | 314,056. |
| Laundry and Cleaning | | 9,595. |
| Legal and Professional | | 30,274. |
| Meals | | 32,404. |
| Office Expense | | 9,932. |
| Outside Services | | 390,977. |
| Payment service Fees | | 194. |
| Postage | | 1,704. |
| Referrals | | 599,404. |
| Supplies | | 121,141. |
| Travel | | 52,967. |
| Utilities | | 49,082. |
| Total | $ | 4,219,290. |

**Statement 3**
**Form 1120S, Schedule K, Line 14**
**Exception to Filing Schedule K-2**

This S corporation qualified for exception to filing Schedule K-2.

**Statement 4**
**Form 1120S, Schedule K, Line 17d**
**Other Items and Amounts**

| | | |
|---|---|---:|
| Gross Receipts for Section 448(c) | $ | 14,323,879. |
| Aggregate Business Activity Gross Income for Sec. 461(1) | $ | 10,160,858. |
| Aggregate Bus. Activity Gain (Loss) On Disp. of Prop for Sec. 461(1) | $ | 11,310. |
| Aggregate Business Activity Total Deductions for Sec. 461(1) | $ | 10,010,871. |

**Statement 5**
**Form 1120S, Schedule L, Line 6**
**Other Current Assets**

| | Beginning | Ending |
|---|---|---|
| Undeposited Funds | $ 749. | $ 0. |
| Total | $ 749. | $ 0. |

**Statement 6**
**Form 1120S, Schedule L, Line 18**
**Other Current Liabilities**

| | Beginning | Ending |
|---|---|---|
| Credit Card Payable | $ 19,470. | $ 348,416. |
| Current Portion of LT Loan | 0. | 286,154. |
| Sales tax Payable | 0. | 62,024. |
| Total | $ 19,470. | $ 696,594. |

**Statement 7**
**Form 1120S, Schedule M-2, Column A, Line 3**
**Other Additions**

| | |
|---|---|
| Interest Income | $ 135. |
| Total | $ 135. |

**Statement 8**
**Form 1120S, Schedule M-2, Column A, Line 5**
**Other Reductions**

| | |
|---|---|
| Disallowed Meals and Entertainment | $ 32,404. |
| Total | $ 32,404. |

**Statement 9**
**Form 1125-A, Line 5**
**Other Costs**

| | |
|---|---|
| Postage/shipping | $ 578. |
| Total | $ 578. |

**Election to Depreciate MACRS Property under the Straight Line Method**

Pursuant to IRC Section 168(b)(3)(D), the Corporation hereby elects to depreciate the following property placed in service in the tax year ended 12/31/23 under the straight line method.

Improvements

| Arizona Form **AZ-8879-S** | E-file Signature Authorization — S corporation | **2023** |

**Do not mail this form to the Arizona Department of Revenue. The ERO must retain this document a minimum of four years.**

| Name of S corporation | Employer Identification Number (required) |
|---|---|
| Auto Glass 2020 LLC | 82-2346246 |

Name and Title of Officer

William C Lesueur, Manager-Member

## PART 1 — PURPOSE

- To certify the truthfulness, correctness, and completeness of the S corporation's Arizona electronic income tax return.
- To authorize the Electronic Return Originator (ERO) to affirm that the S corporation wishes to use the officer's electronic signature to the S corporation's federal income tax return as the S corporation's signature to the Arizona electronic income tax return filed by the S corporation.

## PART 2 — TAX RETURN INFORMATION FROM ARIZONA RETURN

**1 Total Distributive Income (Loss)**
from Form 120S, line 1. . . . . . . . . . . . . . . . . . . . . . **161,432.**

**2 Total Income Attributable to Arizona**
from Form 120S, line 10. . . . . . . . . . . . . . . . **0.**

**Check box 3 or box 4:**

**3** ☐ **REFUND:** *Enter the amount to be refunded*
from Form 120S, line 36. . . . . . . . . . . . . . . . . . .

**4** ☐ **AMOUNT OWED:** *Enter the total due*
from Form 120S, line 33. . . . . . . . . . . . . . . . . . .

## PART 3 — FINANCIAL INSTITUTION INFORMATION

Must be present when requesting direct debit.

TYPE OF ACCOUNT                                ROUTING NUMBER

☐ Checking      ☐ Savings      _____

ACCOUNT NUMBER

_____

DIRECT DEBIT REQUEST DATE          DIRECT DEBIT PAYMENT AMOUNT

                              $ _____

☐ Foreign Account: See instructions below.

**Box 3 Checkbox — Refund:** The S corporation is due a refund based on the information provided on its income tax return. If the S corporation is due a refund, we will send a check.

**Box 4 Checkbox — Amount Owed:** The S corporation owes taxes, interest or penalties based on the information provided on its income tax return. The S corporation has elected to direct debit for payment. The payment will be withdrawn from the account on the date listed in the Financial Institution Information Section (Part 3).

**Foreign Account Checkbox:** Check the "Foreign Account" box if the S corporation's debit will ultimately come from a foreign account. If you check this box, do not enter the S corporation's bank account information, we will not direct debit the account. If the S corporation owes taxes, interest or penalties and is required to pay by EFT, submit payment by ACH Debit or Credit to avoid penalty. If the S corporation owes taxes, interest or penalties and is NOT required to pay by EFT, it may submit payment by ACH Debit, ACH Credit or complete Form 120/165V, mail it with a check to the Arizona Department of Revenue, PO Box 29085, Phoenix, AZ 85038-9085.

## PART 4 — DECLARATION AND SIGNATURE AUTHORIZATION *(Sign only after completing Part 2)*

Under penalties of perjury, I declare that I am an officer of the above S corporation and that I have examined a copy of the S corporation's electronic Arizona S corporation income tax return and accompanying schedules and statements for the 2023 tax year, and to the best of my knowledge and belief, it is true, correct, and complete. I further declare that the amounts of Total Distributive Income (Loss) and Total Income Attributable to Arizona listed above are the amounts shown on the copy of the S corporation's electronic Arizona S corporation income tax return.

If I have filed a balance due return, I understand that if the ADOR does not receive full and timely payment of the tax liability by the original due date of the income tax return, the corporation will remain liable for the tax liability and all applicable interest and penalties. When electronically filing the S corporation's federal and state tax returns, I understand that if there is an error on the federal return, the state return will also be rejected.

I consent to the S corporation's Electronic Return Originator (ERO) or On-Line Service Provider (OLSP) sending an electronic Arizona income tax return and accompanying schedules and statements to Arizona Department of Revenue (ADOR), and I consent to my ERO or OLSP sending such information to ADOR through a transmitter. I consent to ADOR sending the S corporation's ERO, OLSP and/or transmitter an acknowledgement of receipt of transmission and an indication of whether or not the transmission of the return is accepted and, if the

return is rejected, the reason(s) for the rejection. If the processing of the return or refund is delayed, I authorize ADOR to disclose to the S corporation's ERO, OLSP and/or transmitter the reason(s) for the delay. If ADOR contacts the S corporation's ERO for a copy of the return, any accompanying documents or schedules to the return, and/or this authorization form, I authorize the S corporation's ERO to release copies of the requested documents to ADOR.

I authorize RICHARD L JOLIET CPA PLLC
(ELECTRONIC RETURN ORIGINATOR)

to make the election that I want the officer's electronic signature to the S corporation's federal electronic income tax return to serve as the officer's signature to the S corporation's Arizona electronic S corporation income tax return for the 2023 tax year. I understand that when the S corporation's ERO makes the election that the officer's electronic signature to the S corporation's federal income tax return will serve as the officer's signature to the S corporation's Arizona S corporation income tax return, I will have signed the S corporation's Arizona income tax return and declared under penalties of perjury that to the best of my knowledge and belief the return is true, correct and complete.

| P L E A S E S I G N H E R E | SIGNATURE of OFFICER | 9/16/24 DATE |

| Arizona Form **120S** | **Arizona S Corporation Income Tax Return** | **2023** |
|---|---|---|

For the [X] calendar year 2023 or [ ] fiscal year beginning _____ and ending _____.

[ ] Check this box if this return is based on a 52/53 week taxable year.

| | | CHECK ONE: |
|---|---|---|
| Business Telephone Number (with area code) | Name | |
| (480) 283-7751 | Auto Glass 2020 LLC | [X] Original  [ ] Amended |
| Business Activity Code (from federal Form 1120-S) | Address - number and street or PO Box | Employer Identification Number (EIN) |
| 811120 | 355 E Warner Rd Ste 4 | 82-2346246 |
| | City, Town or Post Office         State       ZIP Code | |
| | Chandler, AZ 85225 | |

**68** Check if:  **A** [ ] First return  **B** [ ] Name change  **C** [ ] Address change

**A** Did the S Corporation make the **Pass-Through Entity (PTE)** election to pay tax on its flow-through income at the entity level? (See instructions).......... [ ] Yes [X] No

**B** Does the S corporation conduct business within and without Arizona?.... [ ] Yes [X] No

**C** ARIZONA apportionment **for Multistate S Corporations only** (check one box):
**1** [ ] AIR CARRIER  **2** [ ] STANDARD  **3** [ ] SALES FACTOR ONLY

**D** [ ] Check if Multistate Service Provider Election and Computation (Arizona Schedule MSP) is included. Indicate the year of the election cycle: [ ] Yr 1  [ ] Yr 2  [ ] Yr 3  [ ] Yr 4  [ ] Yr 5

**E** Is this the S corporation's final Arizona return under this EIN?........ [ ] Yes [X] No
If "Yes", check one: **1** [ ] Dissolved  **2** [ ] Withdrawn  **3** [ ] Merged/Reorganized
List EIN of the successor corporation, if any..................

**F** Will a composite return be filed on Form 140NR? See Instructions .................... [ ] Yes [X] No

**G** *Marijuana Establishments only:* **1** [ ] Adult Use only  **2** [ ] Dual Lic. elected for-profit  **3** [ ] Dual Lic. did not elect for-profit.  **4** [ ] NMMD only

**H** ADHS Registry Identification Number:................................................

Check box if return is filed under extension:
**82** [ ] **82F** [X]

REVENUE USE ONLY. DO NOT MARK IN THIS AREA.
**88**

**81** PM

**66** RCVD

**Part 1 Calculation of S Corporation Tax Due/Overpayment:**

| | | | |
|---|---|---|---:|
| 1 | TOTAL DISTRIBUTIVE INCOME (LOSS) from federal Form 1120-S, Schedule K.......... | **1** | 161,432. |

If the S Corporation has income subject to tax at the federal level (e.g. excess net passive income or capital gains/built-in gains), complete lines 2-36. If the S Corporation only has a tax liability from the recapture of Arizona tax credits, complete lines 13-36.

| | | | | |
|---|---|---|---|---:|
| 2 | Excess net passive income............................................ | **2** | | |
| 3 | Capital gains/built-in gains........................................... | **3** | 0. | |
| 4 | Total federal income subject to corporate income tax: Add lines 2 and 3. Enter the total.............. | | **4** | 0. |
| | **100% AZ S Corporations** check box 4a [X]. Go to line 11. **Multistate S Corporations**, continue to line 5..... | | | |
| 5 | Nonapportionable or allocable income: Include schedule. **Multistate S Corporations only**.............. | | **5** | |
| 6 | Apportionable income: Subtract line 5 from line 4. Enter the difference. **Multistate S Corporations only**..... | | **6** | |
| 7 | Arizona apportionment ratio from Schedule A or Schedule ACA ................. | **7** | | |
| 8 | Income apportioned to Arizona: Line 6 multiplied by line 7. **Multistate S Corporations only**.............. | | **8** | |
| 9 | Other income allocated to Arizona: Include schedule. **Multistate S Corporations only** ............. | | **9** | |
| 10 | Total income attributable to Arizona: Add lines 8 and 9. Enter the total................. | | **10** | |
| 11 | Net income subject to Arizona corporate income tax: | | | |
| | **100% Arizona S Corporations:** Enter amount from line 4. **Multistate S Corporations:** Enter the amount from line 10.......... | | **11** | 0. |
| 12 | Enter tax: **See instructions before completing this line.**.............................. | | **12** | 0. |
| 13 | Tax from recapture of tax credits from Arizona Form 300, Part 2, line 23 ......................... | | **13** | |
| 14 | Subtotal: Add lines 12 and 13. Enter the total....................................... | | **14** | |
| 15 | Nonrefundable tax credits from Arizona Form 300, Part 2, line 42........................... | | **15** | |
| 16 | Enter form number for each nonrefundable credit claimed: **161** [ ] 3  **162** [ ] 3  **163** [ ] 3  **164** [ ] 3 | | | |
| 17 | **Tax liability:** Subtract line 15 from line 14. Enter the difference........................... | | **17** | 0. |
| 18 | PTE Tax Liability: Enter the amount from Part 2, line 52............................ | | **18** | |
| 19 | **Total Tax Liability:** Add line 17 and 18. Enter the total. **This is the total amount of tax owed by the S Corporation** | | **19** | 0. |
| 20 | Refundable tax credits: Check box(es); enter amount: **201** [ ] **308** **202** [ ] **334** [ ] **349** .......... | | **20** | |
| 21 | Extension payment made with Form 120/165EXT or online: See instructions........................ | | **21** | |
| 22 | Estimated tax payments: See instructions................................ | | **22** | |
| 23 | Amended Returns: Payments made with original return plus all payments made after it was filed.......... | | **23** | |
| 24 | Subtotal of tax payments: Add lines 20 through 23. Enter the total...................... | | **24** | |
| 25 | Overpayments of tax from original return or later adjustments........................ | | **25** | |
| 26 | Total tax payments. Subtract line 25 from line 24. Enter the difference.................... | | **26** | 0. |

Continued on Page 2 ->

1032
Case 2:25-bk-00374-MCW    Doc 1    Filed 01/16/25    Entered 01/16/25 13:53:26    Desc
Main Document         Page 74 of 122

| Name (as shown on page 1) | EIN |
|---|---|
| Auto Glass 2020 LLC | 82-2346246 |

Part 1: Continued from page 1.

| | | | |
|---|---|---|---|
| 27 | Total tax payments from line 26............................................................... | 27 | 0. |
| 28 | Balance of tax due: If line 19 is larger than line 27, subtract line 27 from line 19. Enter the difference. Skip line 29................. | 28 | 0. |
| 29 | Overpayment of tax: If line 27 is larger than line 19, subtract line 19 from line 27. Enter the difference ...... | 29 | |
| 30 | Penalty and interest.......................................................................... | 30 | |
| 31 | Estimated tax underpayment penalty. If Form 220/PTE is included, check box.................... 27A ☐ | 31 | |
| 32 | Information return penalty: See instructions ................................................. | 32 | |
| 33 | **TOTAL DUE:** See instructions .............................................................. | 33 | |
| 34 | **OVERPAYMENT:** See instructions .......................................................... | 34 | |
| 35 | Amount of line 34 to be applied to 2024 estimated tax........................................ | 35 | |
| 36 | Amount to be refunded: Subtract line 35 from line 34. Enter the difference.................... | 36 | |

**Part 2 - Calculation of S Corporation Tax to be Paid at the Entity Level:**
*Complete only if the S Corporation answered "Yes" to Question A on page 1.*

*Calculation of the income attributable to shareholders:*

37 Enter the amount from line 1............................................................... | 37 |

38 Add lines C1 and C4 in column (c) of Schedule C. Enter the total. This is the total of the ownership shares for all
resident individual shareholders and all resident estate and trust shareholders that did not opt out of the
S Corporation's election to pay tax at the entity level on its pass-through income. (See Instructions)..................... | 38 | |

39 Multiply line 37 by line 38. Enter the result. **This is the S Corporation income attributable
to resident individual shareholders and resident trust and estate shareholders that did not opt out of the
S Corporation's election to pay tax at the entity level on its pass through income.**......................... | 39 |

40 Add lines C2 and C5 in column (c) of Schedule C. Enter the total. This is the total of the ownership shares for all
nonresident shareholders and all nonresident estate and trust shareholders that did not opt out of the S Corporation's
election to pay tax at the entity level on its pass-through income. (See Instructions) ................................ | 40 | |

41 Multiply line 37 by line 40. Enter the result. **This is the S Corporation income attributable
to nonresident shareholders and nonresident trust and estate shareholders that did not opt out of the
S Corporation's election to pay tax at the entity level on its pass-through income**.......................... | 41 |

42 Enter the ownership share from line C3, column (c) of Schedule C. This is the total of the ownership shares for
all part-year resident shareholders that did not opt out of the S Corporation's election to pay tax at the entity level
on its pass-through income. (See Instructions)............................................................. | 42 | |

43 Multiply line 37 by line 42. Enter the result. **This is the S Corporation income attributable to
part-year resident shareholders that did not opt out of the S Corporation's election to pay tax
on its pass-through income at the entity level** ...................................... | 43 | |

    43A   Enter the portion of line 43 that all part-year residents earned while residents of Arizona............. | 43A |

    43B   *Enter the portion of line 43 that all part-year residents earned while nonresidents of Arizona* ......... | 43B |

    **NOTE:** *the total of lines 43A and 43B must equal the amount reported on line 43*

44 Enter the ownership share from line C7, column (c) of Schedule C. This is the total of the ownership shares for all
shareholders that opted out of the S Corporation's election to pay tax at the entity level on its pass-through income
and all shareholders that are not eligible to make the election. (See Instructions) .......................... | 44 | |

45 Multiply line 37 by line 44. Enter the result. **This is the S Corporation income attributable to
shareholders that opted out of the S Corporation's election to pay tax at the entity level on its pass-through
income and to shareholders that are not eligible to make the election.**...................................... | 45 |

**NOTE:** *The total of lines 39, 41, 43, and 45 must equal the amount on line 37.*

| Name (as shown on page 1) | EIN |
|---|---|
| Auto Glass 2020 LLC | 82-2346246 |

Part 2- Calculation of **S Corporation** Tax to be Paid at the Entity Level (continued):

*Complete only if the S Corporation answered "Yes" to Question A on page 1.*

*Calculation of the tax attributable to shareholders that did not opt out of the PTE election:*

| | | | |
|---|---|---|---|
| 46 | Add line 39 and line 43A. Enter the total. If less than zero, enter "0". . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 46 | |
| 47 | Multiply the amount on line 46 by the PTE tax rate, 2.5% (0.0250) Enter the result. **This is the amount of the tax attributable to resident shareholders and to part-year resident shareholders (during the period of residency) that did not opt out of the S Corporation election to pay tax at the entity level** . . . . . . . . . . . . . . . . . . . . . . . . . | 47 | |
| 48 | Add line 41 and line 43B. Enter the total. If less than zero, enter "0". . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 48 | |
| 49 | Enter the Arizona apportionment ratio from Schedule A or Schedule ACA . . . . . . . . [49] [ ] | | |
| 50 | Multiply line 48 by line 49. Enter the result. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 50 | |
| 51 | Multiply the amount on line 50 by the PTE tax rate, 2.5% (0.0250). Enter the result. **This is the amount of the tax attributable to nonresident shareholders and to part-year resident shareholders (during the period of non- residency) that did not opt out of the S Corporation to pay tax at the entity level** . . . . . . . . . . . . . . . . . . . . . . . . . | 51 | |
| 52 | Add line 47 and line 51. Enter the total here and on line 18. **This is the PTE Tax owed by the S Corporation** . . . . | 52 | |

## SCHEDULE A   Apportionment Formula (Multistate S Corporations Only)

IMPORTANT: Qualifying air carriers must use Arizona Schedule ACA. Qualifying Multistate Service Providers must include Arizona Schedule MSP. If the **"SALES FACTOR ONLY"** box on page 1, line C, is checked, *complete only Section A3, Sales Factor, lines a through f. See instructions.*

| | COLUMN A<br>Total Within Arizona<br>Round to nearest dollar | COLUMN B<br>Total Everywhere<br>Round to nearest dollar. | COLUMN C<br>Ratio Within Arizona<br>A ÷ B |
|---|---|---|---|
| A1 **Property Factor – STANDARD APPORTIONMENT ONLY**<br>Value of real and tangible personal property (by averaging the value of owned property at the beginning and end of the tax period; rented property at capitalized value). | | | |
| a Owned Property (at original cost): | | | |
| 1 Inventories . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| 2 Depreciable assets (do not include construction in progress) . . . . | | | |
| 3 Land . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| 4 Other assets (describe): _____ | | | |
| 5 Less: Nonbusiness property (if included in above totals) . . . . . . . | | | |
| 6 Total of section a (the sum of lines 1 through 4 less line 5) . . . . | | | |
| b Rented property (capitalize at 8 times net rent paid). . . . . . . . . . . . . . | | | |
| c Total owned and rented property (Total of section a plus section b) . . . . | | | |
| A2 **Payroll Factor – STANDARD APPORTIONMENT ONLY**<br>Total wages, salaries, commissions and other compensation to employees (per federal Form 1120S, or payroll reports). . . . . . . . . . . . . . | | | |
| A3 **Sales Factor** | | | |
| a Sales delivered or shipped to Arizona purchasers. . . . . . . . | | | |
| b Sales from services or from designated intangibles **for qualifying Multistate Service Providers only** (see instructions; include Schedule MSP). . . . . . . . . . . . . . . | | | |
| c Other gross receipts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| d Total sales and other gross receipts (the sum of lines a through c) . . . . | | | |
| e Weight AZ sales: (STANDARD x 2; SALES FACTOR ONLY x 1). . . . | x2   OR   x1 | | |
| f Sales Factor Only (for Column A, multiply line d by line e; for Column B, enter the amount from line d; for Column C, divide Column A by Column B.) Skip line A4 and line A5.<br>**STANDARD Apportionment, continue to A4.**<br>**SALES FACTOR ONLY Apportionment,** enter the amount from Column C on page 1, line 7. If the PTE election is made also enter this result on Part 2 line 49. . . . . . . . . . . . . . . . | | | |
| A4 **STANDARD Apportionment Total Ratio:** Add Column C of lines A1c, A2, and A3f. Enter the total. . . . . . . . . . . . . . . | | | |
| A5 **Average Apportionment Ratio for STANDARD Apportionment:** Divide line A4, Column C, by four (4). Enter the result on page 1, line 7. If the PTE election is made, also enter result this on Part 2, line 49 (If one of the factors is "0" in both Column A and Column B, see instructions.). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | |

Case 2:25-bk-00374-MCW   Doc 1   Filed 01/16/25   Entered 01/16/25 13:53:26   Desc
Main Document     Page 76 of 122

| Name (as shown on page 1) | EIN |
|---|---|
| Auto Glass 2020 LLC | 82-2346246 |

## SCHEDULE B  Shareholder Information

Complete Schedule B for all shareholders of the S corporation. If the S corporation has more than 10 shareholders, include additional schedules as necessary.

| | (a) Shareholder Name | (b) Street Address (c) City, State ZIP | (d) Shareholder Tax Identification Number | (e) Resident (R) Nonresident (N) Part-Yr Res (P) Estate/Trust (E) Other Entity (O) | (f) Shareholder's Ownership Percentage | (g) Distributive Share of Income Page 1, Line 1 |
|---|---|---|---|---|---|---|
| B1 | William C Lesueur | 2630 E Gillcrest Rd Gilbert, AZ 85298 | -0701 | R | 1.000000 | 161,432 |
| B2 | | | | | | |
| B3 | | | | | | |
| B4 | | | | | | |
| B5 | | | | | | |
| B6 | | | | | | |
| B7 | | | | | | |
| B8 | | | | | | |
| B9 | | | | | | |
| B10 | | | | | | |

Include additional sheets as necessary

## SCHEDULE C  Summary of Shareholder Information -- See Instructions

| | (a) Shareholder Consent to PTE Election | (b) Shareholder Count | (c) Shareholders' Ownership Share |
|---|---|---|---|
| C1 | Individual resident shareholders who did not opt out of the election . . . . . . . . . . . . . . . . . . . | | |
| C2 | Individual nonresident shareholders who did not opt out of the election. . . . . . . . . . . . . . . | | |
| C3 | Individual part-year resident shareholders who did not opt out of the election . . . . . . . . . . | | |
| C4 | Resident estate and trust shareholders who did not opt out of the election. . . . . . . . . . . . . | | |
| C5 | Nonresident estate and trust shareholders who did not opt out of the election. . . . . . . . . . | | |
| C6 | Add lines C1 to C5. Enter the total. These are the totals for the shareholders who did not opt out of the election. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| C7 | Shareholders that opted out of the election or are excluded from making the election . . . | | |
| C8 | Total shareholder count and total shareholder ownership share. Add lines C6 and C7 in columns (b) and (c). Enter the totals. (Column (c) should equal 1.000000). . . . . . . . . . . | | |

| Name (as shown on page 1) | | EIN |
|---|---|---|
| Auto Glass 2020 LLC | | 82-2346246 |

## SCHEDULE D  Schedule of Tax Payments Applied to S Corporation Tax Liability.

| | (a)<br>Payment<br>Date | (b)<br>Extension<br>Payment | (c)<br>Corporate Estimated Tax<br>Payment | (d)<br>PTE Estimated Tax<br>Payment |
|---|---|---|---|---|
| D1 | | | | |
| D2 | | | | |
| D3 | | | | |
| D4 | | | | |
| D5 | | | | |
| D6 | | | | |
| D7 | Total Tax Payments | | | |

## SCHEDULE E  Other Information

E1  Date business began in Arizona or date income was first derived from Arizona sources: __8/30/2017__

E2  Address at which tax records are located for audit purposes:
Number/Street: __355 E Warner Rd Ste 4__
City: __Chandler__                                    State: __AZ__    ZIP Code: __85225__

E3  The taxpayer designates the individual listed below as the person to contact to schedule an audit of this return and authorizes the disclosure of confidential information to this individual. (See instructions, page 12.)

Name: __William Lesueur__                          Phone Number: __(480) 283-7751__
                                                                    (Area Code)
Title: __President__

E4  List prior taxable years ending in MM/DD/YYYY format for which a federal examination has been finalized:

NOTE: A.R.S. § 43-327 requires the taxpayer, within ninety days after final determination, to report these changes under separate cover to the Arizona Department of Revenue or to file amended returns reporting these changes. (See instructions, page 5.)

E5  Indicate tax accounting method: [X] Cash   [ ] Accrual   [ ] Other (Specify method.) _____

| Declaration | The following declaration must be signed by one or more of the following officers: president, treasurer, or any other principal officer.<br>Under penalties of perjury, I, the undersigned officer authorized to sign this return, declare that I have examined this return, including the accompanying schedules and statements, and to the best of my knowledge and belief, it is a true, correct and complete return, made in good faith, for the taxable year stated pursuant to the income tax laws of the State of Arizona. |
|---|---|

**Please Sign Here**

| OFFICER'S SIGNATURE | DATE 9|16|24 | TITLE Manager-Member |
|---|---|---|
| OFFICER'S PRINTED NAME  William LeSueur | | |

**Paid Preparer's Use Only**

| PAID PREPARER'S SIGNATURE | DATE | PAID PREPARER'S PTIN  P00458784 |
|---|---|---|
| PAID PREPARER'S PRINTED NAME  Richard L Joliet | | |
| FIRM'S NAME (OR PAID PREPARER'S NAME, IF SELF-EMPLOYED)  RICHARD L JOLIET CPA PLLC | | FIRM'S EIN  46-1228490 |
| FIRM'S STREET ADDRESS  1129 IRON SPRINGS RD STE 202 | | FIRM'S TELEPHONE NUMBER  9287772386 |
| CITY  PRESCOTT | STATE  AZ | ZIP CODE  86305 |

**This form must be e-filed unless the S Corporation has a waiver or is exempt from e-filing.**
See instructions for details.

**E-file** Authorization for Corporations

For calendar year 20 22 , or tax year beginning _____ , 20 ___ , ending _____ , 20 ___

Use for *efile* authorizations for Form 1120, 1120-F or 1120S.
Do not send to the IRS. Keep for your records.
Go to *www.irs.gov/Form8879CORP* for the latest information.

OMB No. 1545-0123

| Name of corporation | Employer identification number |
|---|---|
| AUTO GLASS 2020 LLC | 82-2346246 |

**Part I**    **Information** (Whole dollars only)

| | | |
|---|---|---|
| 1 Total income (Form 1120, line 11) . . . . . . . . . . . . . . . . | **1** | |
| 2 Total income (Form 1120-F, Section II, line 11) . . . . . . . . . . | **2** | |
| 3 Total income (loss) (Form 1120-S, line 6) . . . . . . . . . . . . | **3** | 4,254,578. |

**Part II**    **Declaration and Signature Authorization of Officer. Be sure to get a copy of the corporation's return.**

Under penalties of perjury, I declare that I am an officer of the above corporation and that I have examined a copy of the corporation's electronic income tax return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. I further declare that the amounts in Part I above are the amounts shown on the copy of the corporation's electronic income tax return. I consent to allow my electronic return originator (ERO), transmitter, or intermediate service provider to send the corporation's return to the IRS and to receive from the IRS (a) an acknowledgment of receipt or reason for rejection of the transmission, (b) the reason for any delay in processing the return or refund, and (c) the date of any refund. If applicable, I authorize the U.S. Treasury and its designated Financial Agent to initiate an electronic funds withdrawal (direct debit) entry to the financial institution account indicated in the tax preparation software for payment of the corporation's federal taxes owed on this return, and the financial institution to debit the entry to this account. To revoke a payment, I must contact the U.S. Treasury Financial Agent at **1-888-353-4537** no later than 2 business days prior to the payment (settlement) date. I also authorize the financial institutions involved in the processing of the electronic payment of taxes to receive confidential information necessary to answer inquiries and resolve issues related to the payment. I have selected a personal identification number (PIN) as my signature for the corporation's electronic income tax return and, if applicable, the corporation's consent to electronic funds withdrawal.

**Officer's PIN: check one box only**

☐ I authorize _____ to enter my PIN | | | | | as my signature
                            ERO firm name                                          do not enter all zeros

on the corporation's electronically filed income tax return.

☒ As an officer of the corporation, I will enter my PIN as my signature on the corporation's electronically filed income tax return.

Officer's signature _____ Date _____ Title PRESIDENT

**Part III**    **Certification and Authentication**

**ERO's EFIN/PIN.** Enter your six-digit EFIN followed by your five-digit self-selected PIN. | 8 | 6 | 7 | 4 | 4 | 9 | 3 | 5 | 2 | 5 | 1 |
                                                                               do not enter all zeros

I certify that the above numeric entry is my PIN, which is my signature on the electronically filed income tax return for the corporation indicated above. I confirm that I am submitting this return in accordance with the requirements of **Pub. 3112**, IRS *e-file* Application and Participation, and **Pub. 4163**, Modernized e-File (MeF) Information for Authorized IRS *e-file* Providers for Business Returns.

ERO's signature _____ Date 06/30/2023

**ERO Must Retain This Form — See Instructions**
**Do Not Submit This Form to the IRS Unless Requested To Do So**

For Paperwork Reduction Act Notice, see instructions.      REV 05/17/23 PRO      Form **8879-CORP** (12-2022)
**BAA**

Form **1120-S**

Department of the Treasury
Internal Revenue Service

## U.S. Income Tax Return for an S Corporation

Do not file this form unless the corporation has filed or
is attaching Form 2553 to elect to be an S corporation.
Go to *www.irs.gov/Form1120S* for instructions and the latest information.

OMB No. 1545-0123

**2022**

For calendar year 2022 or tax year beginning _____ , 2022, ending _____ , 20 ___

| | | |
|---|---|---|
| **A** S election effective date  08/30/2017 | **TYPE OR PRINT** Name  AUTO GLASS 2020 LLC | **D** Employer identification number  82-2346246 |
| **B** Business activity code number (see instructions)  811120 | Number, street, and room or suite no. If a P.O. box, see instructions.  355 E WARNER RD STE 4 | **E** Date incorporated  08/30/2017 |
| **C** Check if Sch. M-3 attached ☐ | City or town, state or province, country, and ZIP or foreign postal code  CHANDLER AZ 85225 | **F** Total assets (see instructions)  $ 558,123. |

**G** Is the corporation electing to be an S corporation beginning with this tax year? See instructions. ☐ Yes ☒ No

**H** Check if: **(1)** ☐ Final return **(2)** ☐ Name change **(3)** ☐ Address change **(4)** ☐ Amended return **(5)** ☐ S election termination

**I** Enter the number of shareholders who were shareholders during any part of the tax year ........................ 2

**J** Check if corporation: **(1)** ☐ Aggregated activities for section 465 at-risk purposes **(2)** ☐ Grouped activities for section 469 passive activity purposes

**Caution:** Include **only** trade or business income and expenses on lines 1a through 21. See the instructions for more information.

| | | | | |
|---|---|---|---|---:|
| **Income** | **1a** | Gross receipts or sales | **1a** 6,006,729. | |
| | **b** | Returns and allowances | **1b** | |
| | **c** | Balance. Subtract line 1b from line 1a | **1c** | 6,006,729. |
| | **2** | Cost of goods sold (attach Form 1125-A) | **2** | 1,752,151. |
| | **3** | Gross profit. Subtract line 2 from line 1c | **3** | 4,254,578. |
| | **4** | Net gain (loss) from Form 4797, line 17 (attach Form 4797) | **4** | |
| | **5** | Other income (loss) (see instructions—attach statement) | **5** | |
| | **6** | **Total income (loss).** Add lines 3 through 5 | **6** | 4,254,578. |
| **Deductions** (see instructions for limitations) | **7** | Compensation of officers (see instructions—attach Form 1125-E) | **7** | 28,636. |
| | **8** | Salaries and wages (less employment credits) | **8** | 158,294. |
| | **9** | Repairs and maintenance | **9** | 34,945. |
| | **10** | Bad debts | **10** | |
| | **11** | Rents | **11** | 46,940. |
| | **12** | Taxes and licenses | **12** | 35,760. |
| | **13** | Interest (see instructions) | **13** | |
| | **14** | Depreciation from Form 4562 not claimed on Form 1125-A or elsewhere on return (attach Form 4562) | **14** | 57,600. |
| | **15** | Depletion **(Do not deduct oil and gas depletion.)** | **15** | |
| | **16** | Advertising | **16** | 557,125. |
| | **17** | Pension, profit-sharing, etc., plans | **17** | |
| | **18** | Employee benefit programs | **18** | 9,000. |
| | **19** | Other deductions (attach statement) See Statement | **19** | 2,916,679. |
| | **20** | **Total deductions.** Add lines 7 through 19 | **20** | 3,844,979. |
| | **21** | **Ordinary business income (loss).** Subtract line 20 from line 6 | **21** | 409,599. |
| **Tax and Payments** | **22a** | Excess net passive income or LIFO recapture tax (see instructions) | **22a** | |
| | **b** | Tax from Schedule D (Form 1120-S) | **22b** | |
| | **c** | Add lines 22a and 22b (see instructions for additional taxes) | **22c** | |
| | **23a** | 2022 estimated tax payments and 2021 overpayment credited to 2022 | **23a** | |
| | **b** | Tax deposited with Form 7004 | **23b** 0. | |
| | **c** | Credit for federal tax paid on fuels (attach Form 4136) | **23c** | |
| | **d** | Add lines 23a through 23c | **23d** | 0. |
| | **24** | Estimated tax penalty (see instructions). Check if Form 2220 is attached ☐ | **24** | |
| | **25** | **Amount owed.** If line 23d is smaller than the total of lines 22c and 24, enter amount owed | **25** | 0. |
| | **26** | **Overpayment.** If line 23d is larger than the total of lines 22c and 24, enter amount overpaid | **26** | |
| | **27** | Enter amount from line 26: Credited to 2023 estimated tax _____ Refunded | **27** | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Signature of officer _____ Date _____ Title PRESIDENT

May the IRS discuss this return with the preparer shown below? See instructions. ☐ Yes ☐ No

**Paid Preparer Use Only**

| | | | | |
|---|---|---|---|---|
| Print/Type preparer's name  CRAIG L ELGGREN, CPA | Preparer's signature  CRAIG L ELGGREN, CPA | Date  06/30/2023 | Check ☒ if self-employed | PTIN  P00534031 |
| Firm's name Craig L. Elggren, CPA PC | | | Firm's EIN 86-0750093 | |
| Firm's address 1467 W Elliot Rd #102 Gilbert AZ 85233 | | | Phone no. (480)464-0205 | |

For Paperwork Reduction Act Notice, see separate instructions. BAA

REV 05/17/23 PRO

Form **1120-S** (2022)

## Schedule B   Other Information (see instructions)

| | | Yes | No |
|---|---|---|---|
| **1** | Check accounting method:   **a** ☒ Cash   **b** ☐ Accrual | | |
| |       **c** ☐ Other (specify) _____ | | |
| **2** | See the instructions and enter the: | | |
| | **a** Business activity INSTALLATION     **b** Product or service AUTO GLASS INSTALLATION | | |
| **3** | At any time during the tax year, was any shareholder of the corporation a disregarded entity, a trust, an estate, or a nominee or similar person? If "Yes," attach Schedule B-1, Information on Certain Shareholders of an S Corporation . . | | × |
| **4** | At the end of the tax year, did the corporation: | | |
| **a** | Own directly 20% or more, or own, directly or indirectly, 50% or more of the total stock issued and outstanding of any foreign or domestic corporation? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | × |

| (i) Name of Corporation | (ii) Employer Identification Number (if any) | (iii) Country of Incorporation | (iv) Percentage of Stock Owned | (v) If Percentage in (iv) Is 100%, Enter the Date (if applicable) a Qualified Subchapter S Subsidiary Election Was Made |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| | | Yes | No |
|---|---|---|---|
| **b** | Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below . . . . . . . | | × |

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| | | Yes | No |
|---|---|---|---|
| **5a** | At the end of the tax year, did the corporation have any outstanding shares of restricted stock? . . . . . . . . | | × |
| | If "Yes," complete lines (i) and (ii) below. | | |
| | **(i)** Total shares of restricted stock . . . . . . . . _____ | | |
| | **(ii)** Total shares of non-restricted stock . . . . . . _____ | | |
| **b** | At the end of the tax year, did the corporation have any outstanding stock options, warrants, or similar instruments? . | | × |
| | If "Yes," complete lines (i) and (ii) below. | | |
| | **(i)** Total shares of stock outstanding at the end of the tax year . _____ | | |
| | **(ii)** Total shares of stock outstanding if all instruments were executed _____ | | |
| **6** | Has this corporation filed, or is it required to file, **Form 8918,** Material Advisor Disclosure Statement, to provide information on any reportable transaction? . . . . . . . . . . . . . . . . . . . . . | | × |
| **7** | Check this box if the corporation issued publicly offered debt instruments with original issue discount . . . . . ☐ | | |
| | If checked, the corporation may have to file **Form 8281,** Information Return for Publicly Offered Original Issue Discount Instruments. | | |
| **8** | If the corporation **(a)** was a C corporation before it elected to be an S corporation **or** the corporation acquired an asset with a basis determined by reference to the basis of the asset (or the basis of any other property) in the hands of a C corporation, **and (b)** has net unrealized built-in gain in excess of the net recognized built-in gain from prior years, enter the net unrealized built-in gain reduced by net recognized built-in gain from prior years. See instructions . . . . . $ _____ | | |
| **9** | Did the corporation have an election under section 163(j) for any real property trade or business or any farming business in effect during the tax year? See instructions . . . . . . . . . . . . . . . . . . . | | × |
| **10** | Does the corporation satisfy one or more of the following? See instructions . . . . . . . . . . . . | | × |
| **a** | The corporation owns a pass-through entity with current, or prior year carryover, excess business interest expense. | | |
| **b** | The corporation's aggregate average annual gross receipts (determined under section 448(c)) for the 3 tax years preceding the current tax year are more than $27 million and the corporation has business interest expense. | | |
| **c** | The corporation is a tax shelter and the corporation has business interest expense. | | |
| | If "Yes," complete and attach **Form 8990,** Limitation on Business Interest Expense Under Section 163(j). | | |
| **11** | Does the corporation satisfy **both** of the following conditions? . . . . . . . . . . . . . . | | × |
| **a** | The corporation's total receipts (see instructions) for the tax year were less than $250,000. | | |
| **b** | The corporation's total assets at the end of the tax year were less than $250,000. | | |
| | If "Yes," the corporation is not required to complete Schedules L and M-1. | | |

| Schedule B | Other Information (see instructions) (continued) | | | Yes | No |
|---|---|---|---|---|---|
| **12** | During the tax year, did the corporation have any non-shareholder debt that was canceled, was forgiven, or had the terms modified so as to reduce the principal amount of the debt? | | | | × |
| | If "Yes," enter the amount of principal reduction . . . . . . . . . . . . $ | | | | |
| **13** | During the tax year, was a qualified subchapter S subsidiary election terminated or revoked? If "Yes," see instructions . | | | | × |
| **14a** | Did the corporation make any payments in 2022 that would require it to file Form(s) 1099? . . . . . . . . | | | × | |
| **b** | If "Yes," did or will the corporation file required Form(s) 1099? . . . . . . . . . . . . . . . . | | | × | |
| **15** | Is the corporation attaching Form 8996 to certify as a Qualified Opportunity Fund? . . . . . . . . . . | | | | × |
| | If "Yes," enter the amount from Form 8996, line 15 . . . . . . . . . . . . . $ | | | | |

| Schedule K | | Shareholders' Pro Rata Share Items | | | Total amount |
|---|---|---|---|---|---|
| **Income (Loss)** | **1** | Ordinary business income (loss) (page 1, line 21) . . . . . . . . . . | | **1** | 409,599. |
| | **2** | Net rental real estate income (loss) (attach Form 8825) . . . . . . . | | **2** | |
| | **3a** | Other gross rental income (loss) . . . . . . . . . | 3a | | |
| | **b** | Expenses from other rental activities (attach statement) . . . . | 3b | | |
| | **c** | Other net rental income (loss). Subtract line 3b from line 3a . . . . | | **3c** | |
| | **4** | Interest income . . . . . . . . . . . . . . . . . . . | | **4** | 37. |
| | **5** | Dividends: **a** Ordinary dividends . . . . . . . . . . . | | **5a** | |
| | | **b** Qualified dividends . . . . . | 5b | | |
| | **6** | Royalties . . . . . . . . . . . . . . . . . . . . . | | **6** | |
| | **7** | Net short-term capital gain (loss) (attach Schedule D (Form 1120-S)) | | **7** | |
| | **8a** | Net long-term capital gain (loss) (attach Schedule D (Form 1120-S)) . | | **8a** | |
| | **b** | Collectibles (28%) gain (loss) . . . . . . . | 8b | | |
| | **c** | Unrecaptured section 1250 gain (attach statement) . . . | 8c | | |
| | **9** | Net section 1231 gain (loss) (attach Form 4797) . . . . . . . . | | **9** | |
| | **10** | Other income (loss) (see instructions) . . . . Type: | | **10** | |
| **Deductions** | **11** | Section 179 deduction (attach Form 4562) . . . . . . . . . | | **11** | |
| | **12a** | Charitable contributions . . . . . Cash contributions (60%) . . | | **12a** | 49,500. |
| | **b** | Investment interest expense . . . . . . . . . . . . . | | **12b** | |
| | **c** | Section 59(e)(2) expenditures . . . . . . Type: | | **12c** | |
| | **d** | Other deductions (see instructions) . . . . Type: | | **12d** | |
| **Credits** | **13a** | Low-income housing credit (section 42(j)(5)) . . . . . . . . . | | **13a** | |
| | **b** | Low-income housing credit (other) . . . . . . . . . . . . | | **13b** | |
| | **c** | Qualified rehabilitation expenditures (rental real estate) (attach Form 3468, if applicable) . . | | **13c** | |
| | **d** | Other rental real estate credits (see instructions)   Type: | | **13d** | |
| | **e** | Other rental credits (see instructions)   Type: | | **13e** | |
| | **f** | Biofuel producer credit (attach Form 6478) . . . . . . . . . | | **13f** | |
| | **g** | Other credits (see instructions)   Type: | | **13g** | |
| **Inter-national** | **14** | Attach Schedule K-2 (Form 1120-S), Shareholders' Pro Rata Share Items—International, and check this box to indicate you are reporting items of international tax relevance . . . . ☐ | | | |
| **Alternative Minimum Tax (AMT) Items** | **15a** | Post-1986 depreciation adjustment . . . . . . . . . . . | | **15a** | 0. |
| | **b** | Adjusted gain or loss . . . . . . . . . . . . . . . . | | **15b** | |
| | **c** | Depletion (other than oil and gas) . . . . . . . . . . . | | **15c** | |
| | **d** | Oil, gas, and geothermal properties—gross income . . . . . . | | **15d** | |
| | **e** | Oil, gas, and geothermal properties—deductions . . . . . . | | **15e** | |
| | **f** | Other AMT items (attach statement) . . . . . . . . . . | | **15f** | |
| **Items Affecting Shareholder Basis** | **16a** | Tax-exempt interest income . . . . . . . . . . . . . . | | **16a** | |
| | **b** | Other tax-exempt income . . . . . . . . . . . . . . | | **16b** | |
| | **c** | Nondeductible expenses . . . . . . . . . . . . . . | | **16c** | 13,199. |
| | **d** | Distributions (attach statement if required) (see instructions) . . . . | | **16d** | |
| | **e** | Repayment of loans from shareholders . . . . . . . . . . | | **16e** | |
| | **f** | Foreign taxes paid or accrued . . . . . . . . . . . . | | **16f** | |

## Schedule K — Shareholders' Pro Rata Share Items (continued)

| | | | Total amount |
|---|---|---|---|
| **Other Information** | 17a | Investment income | 37. |
| | b | Investment expenses | |
| | c | Dividend distributions paid from accumulated earnings and profits | |
| | d | Other items and amounts (attach statement) ** SEC 199A INFO: SEE STMT A | |
| **Reconciliation** | 18 | **Income (loss) reconciliation.** Combine the amounts on lines 1 through 10 in the far right column. From the result, subtract the sum of the amounts on lines 11 through 12d and 16f . | 360,136. |

## Schedule L — Balance Sheets per Books

| | Assets | Beginning of tax year (a) | (b) | End of tax year (c) | (d) |
|---|---|---|---|---|---|
| 1 | Cash | | | | 186,855. |
| 2a | Trade notes and accounts receivable | | | | |
| b | Less allowance for bad debts | ( | ) | ( | ) |
| 3 | Inventories | | | | |
| 4 | U.S. government obligations | | | | |
| 5 | Tax-exempt securities (see instructions) | | | | |
| 6 | Other current assets (attach statement) Ln 6 St | | | | 749. |
| 7 | Loans to shareholders | | | | |
| 8 | Mortgage and real estate loans | | | | |
| 9 | Other investments (attach statement) | | | | |
| 10a | Buildings and other depreciable assets | | | 428,119. | |
| b | Less accumulated depreciation | ( | ) | ( 57,600.) | 370,519. |
| 11a | Depletable assets | | | | |
| b | Less accumulated depletion | ( | ) | ( | ) |
| 12 | Land (net of any amortization) | | | | |
| 13a | Intangible assets (amortizable only) | | | | |
| b | Less accumulated amortization | ( | ) | ( | ) |
| 14 | Other assets (attach statement) | | | | |
| 15 | Total assets | | | | 558,123. |
| | **Liabilities and Shareholders' Equity** | | | | |
| 16 | Accounts payable | | | | |
| 17 | Mortgages, notes, bonds payable in less than 1 year | | | | |
| 18 | Other current liabilities (attach statement) Ln 18 St | | | | 19,470. |
| 19 | Loans from shareholders | | | | 146,562. |
| 20 | Mortgages, notes, bonds payable in 1 year or more | | | | 45,154. |
| 21 | Other liabilities (attach statement) | | | | |
| 22 | Capital stock | | | | |
| 23 | Additional paid-in capital | | | | |
| 24 | Retained earnings | | | | 346,937. |
| 25 | Adjustments to shareholders' equity (attach statement) | | | | |
| 26 | Less cost of treasury stock | | | ( | ) |
| 27 | Total liabilities and shareholders' equity | | | | 558,123. |

REV 05/17/23 PRO

Form **1120-S** (2022)

| **Schedule M-1** | **Reconciliation of Income (Loss) per Books With Income (Loss) per Return** | | | |
|---|---|---|---|---|

Note: The corporation may be required to file Schedule M-3. See instructions.

| 1 | Net income (loss) per books . . . . | 346,937. | 5 | Income recorded on books this year not included on Schedule K, lines 1 through 10 (itemize): | |
|---|---|---|---|---|---|
| 2 | Income included on Schedule K, lines 1, 2, 3c, 4, 5a, 6, 7, 8a, 9, and 10, not recorded on books this year (itemize) | | a | Tax-exempt interest $ | |
| 3 | Expenses recorded on books this year not included on Schedule K, lines 1 through 12, and 16f (itemize): | | 6 | Deductions included on Schedule K, lines 1 through 12, and 16f, not charged against book income this year (itemize): | |
| a | Depreciation $ | | a | Depreciation $ | |
| b | Travel and entertainment $ 13,199. | | 7 | Add lines 5 and 6 . . . . . . | |
| | | 13,199. | 8 | Income (loss) (Schedule K, line 18). | |
| 4 | Add lines 1 through 3 . . . . . . | 360,136. | | Subtract line 7 from line 4 . . . . | 360,136. |

| **Schedule M-2** | **Analysis of Accumulated Adjustments Account, Shareholders' Undistributed Taxable Income Previously Taxed, Accumulated Earnings and Profits, and Other Adjustments Account** (see instructions) | | | |
|---|---|---|---|---|

| | | (a) Accumulated adjustments account | (b) Shareholders' undistributed taxable income previously taxed | (c) Accumulated earnings and profits | (d) Other adjustments account |
|---|---|---|---|---|---|
| 1 | Balance at beginning of tax year . . . . . | | | | |
| 2 | Ordinary income from page 1, line 21 . . . | 409,599. | | | |
| 3 | Other additions  INTEREST INCOME . . | 37. | | | |
| 4 | Loss from page 1, line 21 . . . . . . | ( ) | | | |
| 5 | Other reductions See M-2 Line 5 Stmt . | ( 62,699.) | | | ( ) |
| 6 | Combine lines 1 through 5 . . . . . | 346,937. | | | |
| 7 | Distributions . . . . . . . . . | | | | |
| 8 | Balance at end of tax year. Subtract line 7 from line 6 . . . . . . . . . . . . . | 346,937. | | | |

REV 05/17/23 PRO                                            Form **1120-S** (2022)

# Cost of Goods Sold

▶ Attach to Form 1120, 1120-C, 1120-F, 1120S, or 1065.
▶ Go to *www.irs.gov/Form1125A* for the latest information.

OMB No. 1545-0123

| Name | Employer identification number |
|---|---|
| AUTO GLASS 2020 LLC | 82-2346246 |

| | | | |
|---|---|---|---:|
| 1 | Inventory at beginning of year | 1 | |
| 2 | Purchases | 2 | 1,751,574 |
| 3 | Cost of labor | 3 | |
| 4 | Additional section 263A costs (attach schedule) | 4 | |
| 5 | Other costs (attach schedule) . . . SUPPLIES | 5 | 577 |
| 6 | **Total.** Add lines 1 through 5 | 6 | 1,752,151 |
| 7 | Inventory at end of year | 7 | |
| 8 | **Cost of goods sold.** Subtract line 7 from line 6. Enter here and on Form 1120, page 1, line 2 or the appropriate line of your tax return. See instructions | 8 | 1,752,151 |

**9a** Check all methods used for valuing closing inventory:
   *(i)* ☐ Cost
   *(ii)* ☐ Lower of cost or market
   *(iii)* ☐ Other (Specify method used and attach explanation.) ▶ --------------------------------------------------
**b** Check if there was a writedown of subnormal goods . . . . . . . . . . . . . . . . . ▶ ☐
**c** Check if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970) . . . . ▶ ☐
**d** If the LIFO inventory method was used for this tax year, enter amount of closing inventory computed under LIFO . . . . . . . . . . . . . . . . . . . . . . | 9d | |
**e** If property is produced or acquired for resale, do the rules of section 263A apply to the entity? See instructions . . ☐ Yes ☐ No
**f** Was there any change in determining quantities, cost, or valuations between opening and closing inventory? If "Yes," attach explanation . . . . . . . . . . . . . . . . . . . . . ☐ Yes ☐ No

Section references are to the Internal Revenue Code unless otherwise noted.

**What's New**

**Small business taxpayers.** For tax years beginning after December 31, 2017, the following apply.

• A small business taxpayer (defined below), may use a method of accounting for inventories that either: (1) treats inventories as nonincidental materials and supplies, or (2) conforms to the taxpayer's financial accounting treatment of inventories.

• A small business taxpayer is not required to capitalize costs under section 263A.

## General Instructions

**Purpose of Form**

Use Form 1125-A to calculate and deduct cost of goods sold for certain entities.

**Who Must File**

Filers of Form 1120, 1120-C, 1120-F, 1120S, or 1065, must complete and attach Form 1125-A if the applicable entity reports a deduction for cost of goods sold.

**Inventories**

Generally, inventories are required at the beginning and end of each tax year if the production, purchase, or sale of

merchandise is an income-producing factor. See Regulations section 1.471-1. If inventories are required, you generally must use an accrual method of accounting for sales and purchases of inventory items.

**Exception for certain taxpayers.** A small business taxpayer (defined below), can adopt or change its accounting method to account for inventories in the same manner as material and supplies that are non-incidental, or conform to its treatment of inventories in an applicable financial statement (as defined in section 451(b)(3)), or if it does not have an applicable financial statement, the method of accounting used in its books and records prepared in accordance with its accounting procedures. See section 471(c)(3).

A small business taxpayer claiming exemption from the requirement to keep inventories is changing its method of accounting for purposes of section 481. For additional guidance on this method of accounting, see Pub. 538, Accounting Periods and Methods. For guidance on changing to this method of accounting, see Form 3115 and the Instructions for Form 3115.

**Small business taxpayer.** A small business taxpayer is a taxpayer that (a) has average annual gross receipts of $25 million or less (indexed for inflation) for the 3 prior tax years, and (b) is not a tax shelter (as defined in section 448(d)(3)). See Pub. 538.

**Uniform capitalization rules.** The uniform capitalization rules of section 263A generally require you to capitalize, or include in inventory, certain costs incurred in connection with the following.

• The production of real property and tangible personal property held in inventory or held for sale in the ordinary course of business.

• Real property or personal property (tangible and intangible) acquired for resale.

• The production of real property and tangible personal property for use in its trade or business or in an activity engaged in for profit.

A small business taxpayer (defined above) is not required to capitalize costs under section 263A. See section 263A(i).

See the discussion on section 263A uniform capitalization rules in the instructions for your tax return before completing Form 1125-A. Also see Regulations sections 1.263A-1 through 1.263A-3. See Regulations section 1.263A-4 for rules for property produced in a farming business.

671121

| Schedule K-1 (Form 1120-S) | ☐ Final K-1 ☐ Amended K-1 | OMB No. 1545-0123 |

**2022**

Department of the Treasury
Internal Revenue Service

For calendar year 2022, or tax year

beginning ___ / ___ / 2022   ending ___ / ___ / ___

**Shareholder's Share of Income, Deductions, Credits, etc.**   *See separate instructions.*

| Part III | Shareholder's Share of Current Year Income, Deductions, Credits, and Other Items |

| **Part I** | **Information About the Corporation** |

**A** Corporation's employer identification number
82-2346246

**B** Corporation's name, address, city, state, and ZIP code
AUTO GLASS 2020 LLC

355 E WARNER RD STE 4
CHANDLER AZ 85225

**C** IRS Center where corporation filed return
Ogden, UT 84201-0013

**D** Corporation's total number of shares
Beginning of tax year . . . . . _____
End of tax year . . . . . . . _____

| **Part II** | **Information About the Shareholder** |

**E** Shareholder's identifying number
.-0701

**F** Shareholder's name, address, city, state, and ZIP code
WILLIAM C LESUEUR

2630 E GILLCREST RD
GILBERT AZ 85298

**G** Current year allocation percentage . . .   100.00000 %

**H** Shareholder's number of shares
Beginning of tax year . . . . . _____
End of tax year . . . . . . . _____

**I** Loans from shareholder
Beginning of tax year . . . . . $ _____
End of tax year . . . . . . . $   146,562.

For IRS Use Only

| 1 | Ordinary business income (loss) | 13 | Credits |
| | 409,599. | | |
| 2 | Net rental real estate income (loss) | | |
| 3 | Other net rental income (loss) | | |
| 4 | Interest income | | |
| | 37. | | |
| 5a | Ordinary dividends | | |
| 5b | Qualified dividends | 14 | Schedule K-3 is attached if checked . . . . . ☐ |
| 6 | Royalties | 15 | Alternative minimum tax (AMT) items |
| | | A | 0. |
| 7 | Net short-term capital gain (loss) | | |
| 8a | Net long-term capital gain (loss) | | |
| 8b | Collectibles (28%) gain (loss) | | |
| 8c | Unrecaptured section 1250 gain | | |
| 9 | Net section 1231 gain (loss) | 16 | Items affecting shareholder basis |
| | | C | 13,199. |
| 10 | Other income (loss) | | |
| | | 17 | Other information |
| | | A | 37. |
| 11 | Section 179 deduction | V | *STMT |
| 12 | Other deductions | | |
| A | 49,500. | | |
| 18 | ☐ More than one activity for at-risk purposes* | | |
| 19 | ☐ More than one activity for passive activity purposes* | | |

* See attached statement for additional information.

COPY

For Paperwork Reduction Act Notice, see the Instructions for Form 1120-S.   www.irs.gov/Form1120S   REV 05/17/23 PRO   Schedule K-1 (Form 1120-S) 2022
BAA

## Statement A—QBI Pass-through Entity Reporting

| Corporation's name: AUTO GLASS 2020 LLC | | Corporation's EIN: 82-2346246 | |
|---|---|---|---|
| Shareholder's name: WILLIAM C LESUEUR | | Shareholder's identifying no: -0701 | |
| | 1120S, Line 21 | | |
| **Shareholder's share of:** | ☐ PTP<br>☐ Aggregated<br>☐ SSTB | ☐ PTP<br>☐ Aggregated<br>☐ SSTB | ☐ PTP<br>☐ Aggregated<br>☐ SSTB |
| **QBI or qualified PTP items subject to shareholder-specific determinations:** | | | |
| Ordinary business income (loss) . . . . . . . . . . . . . . . | 409,599. | | |
| Rental income (loss) . . . . . . . . . . . . . . . . . . . . . | | | |
| Royalty income (loss) . . . . . . . . . . . . . . . . . . . . . | | | |
| Section 1231 gain (loss) . . . . . . . . . . . . . . . . . | | | |
| Other income (loss) . . . . . . . . . . . . . . . . . . . . | | | |
| Section 179 deduction . . . . . . . . . . . . . . . . . . | | | |
| Other deductions . . . . . . . . . . . . . . . . . . . . | | | |
| **W-2 wages** . . . . . . . . . . . . . . . . . . . . . . . . . . . | 186,930. | | |
| **UBIA of qualified property** . . . . . . . . . . . . . . . . . . . . . . . . . | 428,119. | | |
| Section 199A dividends . . . . . | | | |

## Statement A—QBI Pass-through Entity Reporting

| Corporation's name: | | Corporation's EIN: | |
|---|---|---|---|
| Shareholder's name: | | Shareholder's identifying no: | |
| | | | |
| **Shareholder's share of:** | ☐ PTP<br>☐ Aggregated<br>☐ SSTB | ☐ PTP<br>☐ Aggregated<br>☐ SSTB | ☐ PTP<br>☐ Aggregated<br>☐ SSTB |
| **QBI or qualified PTP items subject to shareholder-specific determinations:** | | | |
| Ordinary business income (loss) . . . . . . . . . . . . . . . | | | |
| Rental income (loss) . . . . . . . . . . . . . . . . . . . . . | | | |
| Royalty income (loss) . . . . . . . . . . . . . . . . . . . . . | | | |
| Section 1231 gain (loss) . . . . . . . . . . . . . . . . . | | | |
| Other income (loss) . . . . . . . . . . . . . . . . . . . . | | | |
| Section 179 deduction . . . . . . . . . . . . . . . . . . | | | |
| Other deductions . . . . . . . . . . . . . . . . . . . . | | | |
| **W-2 wages** . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| **UBIA of qualified property** . . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| Section 199A dividends . . . . . | | | |

REV 05/17/23 PRO

COPY

671121

**Schedule K-1**
**(Form 1120-S)**
Department of the Treasury
Internal Revenue Service

**2022**

For calendar year 2022, or tax year

beginning ___ / ___ / 2022   ending ___ / ___ / ___

**Shareholder's Share of Income, Deductions,**
**Credits, etc.**   See separate instructions.

| **Part III** | Shareholder's Share of Current Year Income, Deductions, Credits, and Other Items |
|---|---|

| | | | |
|---|---|---|---|
| 1 | Ordinary business income (loss)  0. | 13 | Credits |
| 2 | Net rental real estate income (loss) | | |
| 3 | Other net rental income (loss) | | |
| 4 | Interest income  0. | | |
| 5a | Ordinary dividends | | |
| 5b | Qualified dividends | 14 | Schedule K-3 is attached if checked . . . . . . ☐ |
| 6 | Royalties | 15 | Alternative minimum tax (AMT) items |
| 7 | Net short-term capital gain (loss) | A | 0. |
| 8a | Net long-term capital gain (loss) | | |
| 8b | Collectibles (28%) gain (loss) | | |
| 8c | Unrecaptured section 1250 gain | | |
| 9 | Net section 1231 gain (loss) | 16 | Items affecting shareholder basis |
| 10 | Other income (loss) | C | 0. |
| | | 17 | Other information |
| | | A | 0. |
| 11 | Section 179 deduction | V | *STMT |
| 12 | Other deductions | | |
| A | 0. | | |

### Part I   Information About the Corporation

**A** Corporation's employer identification number
82-2346246

**B** Corporation's name, address, city, state, and ZIP code
AUTO GLASS 2020 LLC

355 E WARNER RD STE 4
CHANDLER AZ 85225

**C** IRS Center where corporation filed return
Ogden, UT   84201-0013

**D** Corporation's total number of shares
Beginning of tax year . . . . . _____
End of tax year . . . . . _____

### Part II   Information About the Shareholder

**E** Shareholder's identifying number
·7006

**F** Shareholder's name, address, city, state, and ZIP code
NICOLE K LESUEUR

2630 E GILL CREST RD
GILBERT AZ 85298

**G** Current year allocation percentage . . .   0.00000 %

**H** Shareholder's number of shares
Beginning of tax year . . . . . _____
End of tax year . . . . . _____

**I** Loans from shareholder
Beginning of tax year . . . . . $ _____
End of tax year . . . . . $   0.

| | |
|---|---|
| 18 ☐ | More than one activity for at-risk purposes* |
| 19 ☐ | More than one activity for passive activity purposes* |

\* See attached statement for additional information.

For IRS Use Only

For Paperwork Reduction Act Notice, see the Instructions for Form 1120-S.   www.irs.gov/Form1120S   REV 05/17/23 PRO   Schedule K-1 (Form 1120-S) 2022
BAA

**Statement A—QBI Pass-through Entity Reporting**

| Corporation's name: AUTO GLASS 2020 LLC | | Corporation's EIN: 82-2346246 | |
|---|---|---|---|
| Shareholder's name: NICOLE K LESUEUR | | Shareholder's identifying no: ¦-7006 | |

| | | 1120S, Line 21 | | |
|---|---|---|---|---|
| | | ☐ PTP<br>☐ Aggregated<br>☐ SSTB | ☐ PTP<br>☐ Aggregated<br>☐ SSTB | ☐ PTP<br>☐ Aggregated<br>☐ SSTB |
| **Shareholder's share of:** | | | | |
| **QBI or qualified PTP items subject to shareholder-specific determinations:** | | | | |
| | Ordinary business income (loss) . . . . . . . . . . . . . . . | 0. | | |
| | Rental income (loss) . . . . . . . . . . . . . . . . . . . . | | | |
| | Royalty income (loss) . . . . . . . . . . . . . . . . . . . | | | |
| | Section 1231 gain (loss) . . . . . . . . . . . . . . . . . | | | |
| | Other income (loss) . . . . . . . . . . . . . . . . . . . | | | |
| | Section 179 deduction . . . . . . . . . . . . . . . . . . | | | |
| | Other deductions . . . . . . . . . . . . . . . . . . . . | | | |
| **W-2 wages** . . . . . . . . . . . . . . . . . . . . . . . . . | | 0. | | |
| **UBIA of qualified property** . . . . . . . . . . . . . . . . . . . . . . . . . | | 0. | | |
| **Section 199A dividends** . . . . . | | | | |

**Statement A—QBI Pass-through Entity Reporting**

| Corporation's name: | | Corporation's EIN: | |
|---|---|---|---|
| Shareholder's name: | | Shareholder's identifying no: | |

| | | | | |
|---|---|---|---|---|
| | | ☐ PTP<br>☐ Aggregated<br>☐ SSTB | ☐ PTP<br>☐ Aggregated<br>☐ SSTB | ☐ PTP<br>☐ Aggregated<br>☐ SSTB |
| **Shareholder's share of:** | | | | |
| **QBI or qualified PTP items subject to shareholder-specific determinations:** | | | | |
| | Ordinary business income (loss) . . . . . . . . . . . . . . . | | | |
| | Rental income (loss) . . . . . . . . . . . . . . . . . . . . | | | |
| | Royalty income (loss) . . . . . . . . . . . . . . . . . . . | | | |
| | Section 1231 gain (loss) . . . . . . . . . . . . . . . . . | | | |
| | Other income (loss) . . . . . . . . . . . . . . . . . . . | | | |
| | Section 179 deduction . . . . . . . . . . . . . . . . . . | | | |
| | Other deductions . . . . . . . . . . . . . . . . . . . . | | | |
| **W-2 wages** . . . . . . . . . . . . . . . . . . . . . . . . . | | | | |
| **UBIA of qualified property** . . . . . . . . . . . . . . . . . . . . . . . . . | | | | |
| **Section 199A dividends** . . . . . | | | | |

REV 05/17/23 PRO

COPY

Form **1125-E**
(Rev. October 2016)

Department of the Treasury
Internal Revenue Service

# Compensation of Officers

▶ Attach to Form 1120, 1120-C, 1120-F, 1120-REIT, 1120-RIC, or 1120S.
▶ Information about Form 1125-E and its separate instructions is at *www.irs.gov/form1125e.*

OMB No. 1545-0123

| Name | Employer identification number |
|------|-------------------------------|
| AUTO GLASS 2020 LLC | 82-2346246 |

**Note:** Complete Form 1125-E only if total receipts are $500,000 or more. See instructions for definition of total receipts.

| (a) Name of officer | (b) Social security number (see instructions) | (c) Percent of time devoted to business | Percent of stock owned | | (f) Amount of compensation |
|---|---|---|---|---|---|
| | | | (d) Common | (e) Preferred | |
| 1 WILLIAM LESUEUR | 0701 | 100% | 50% | % | 16,136. |
| NICOLCE LESUEUR | 7006 | 100% | 50% | % | 12,500. |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |

| | | | |
|---|---|---|---|
| **2** | Total compensation of officers . . . . . . . . . . . . . . . . | **2** | 28,636. |
| **3** | Compensation of officers claimed on Form 1125-A or elsewhere on return . . . . . . . | **3** | |
| **4** | Subtract line 3 from line 2. Enter the result here and on Form 1120, page 1, line 12 or the appropriate line of your tax return . . . . . . . . . . . . . . . . . . . | **4** | 28,636. |

For Paperwork Reduction Act Notice, see separate instructions. BAA

REV 05/17/23 PRO   Form **1125-E** (Rev. 10-2016)

COPY

Form **4562**

Department of the Treasury
Internal Revenue Service

# Depreciation and Amortization
### (Including Information on Listed Property)
**Attach to your tax return.**
Go to *www.irs.gov/Form4562* for instructions and the latest information.

OMB No. 1545-0172

**2022**

Attachment
Sequence No. **179**

| Name(s) shown on return | Business or activity to which this form relates | Identifying number |
|---|---|---|
| AUTO GLASS 2020 LLC | Form 1120S INSTALLATION | 82-2346246 |

**Part I**  **Election To Expense Certain Property Under Section 179**
**Note:** *If you have any listed property, complete Part V before you complete Part I.*

| | | |
|---|---|---|
| 1 | Maximum amount (see instructions) . . . . . . . . . . . . . . . . . . . . . | **1** | 1,080,000. |
| 2 | Total cost of section 179 property placed in service (see instructions) . . . . . . . . . | **2** | |
| 3 | Threshold cost of section 179 property before reduction in limitation (see instructions) . . . . . . | **3** | 2,700,000. |
| 4 | Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- . . . . . . . . | **4** | |
| 5 | Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see instructions . . . . . . . . . . . . . . . . . . . . . . | **5** | |

| 6 | (a) Description of property | (b) Cost (business use only) | (c) Elected cost |
|---|---|---|---|
| | | | |
| | | | |

| | | |
|---|---|---|
| 7 | Listed property. Enter the amount from line 29 . . . . . . . . | **7** | |
| 8 | Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 . . . . . | **8** | |
| 9 | Tentative deduction. Enter the **smaller** of line 5 or line 8 . . . . . . . . . . . . | **9** | |
| 10 | Carryover of disallowed deduction from line 13 of your 2021 Form 4562 . . . . . . . . . | **10** | |
| 11 | Business income limitation. Enter the smaller of business income (not less than zero) or line 5. See instructions | **11** | |
| 12 | Section 179 expense deduction. Add lines 9 and 10, but don't enter more than line 11 . . . . . | **12** | |
| 13 | Carryover of disallowed deduction to 2023. Add lines 9 and 10, less line 12 . . | **13** | | |

**Note:** *Don't use Part II or Part III below for listed property. Instead, use Part V.*

**Part II**  **Special Depreciation Allowance and Other Depreciation (Don't** include listed property. See instructions.)

| | | |
|---|---|---|
| 14 | Special depreciation allowance for qualified property (other than listed property) placed in service during the tax year. See instructions . . . . . . . . . . . . . . . . . . . | **14** | |
| 15 | Property subject to section 168(f)(1) election . . . . . . . . . . . . . . . . | **15** | |
| 16 | Other depreciation (including ACRS) . . . . . . . . . . . . . . . . . . . | **16** | |

**Part III**  **MACRS Depreciation (Don't** include listed property. See instructions.)

**Section A**

| | | |
|---|---|---|
| 17 | MACRS deductions for assets placed in service in tax years beginning before 2022 . . . . . . | **17** | |
| 18 | If you are electing to group any assets placed in service during the tax year into one or more general asset accounts, check here . . . . . . . . . . . . . . . . . . . . . . ☐ | | |

**Section B—Assets Placed in Service During 2022 Tax Year Using the General Depreciation System**

| (a) Classification of property | (b) Month and year placed in service | (c) Basis for depreciation (business/investment use only—see instructions) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|
| **19a** 3-year property | | | | | | |
| **b** 5-year property | | | | | | |
| **c** 7-year property | | | | | | |
| **d** 10-year property | | | | | | |
| **e** 15-year property | | | | | | |
| **f** 20-year property | | | | | | |
| **g** 25-year property | | | 25 yrs. | | S/L | |
| **h** Residential rental property | | | 27.5 yrs. | MM | S/L | |
| | | | 27.5 yrs. | MM | S/L | |
| **i** Nonresidential real property | | | 39 yrs. | MM | S/L | |
| | | | | MM | S/L | |

**Section C—Assets Placed in Service During 2022 Tax Year Using the Alternative Depreciation System**

| | | | | | | |
|---|---|---|---|---|---|---|
| **20a** Class life | | | | | S/L | |
| **b** 12-year | | | 12 yrs. | | S/L | |
| **c** 30-year | | | 30 yrs. | MM | S/L | |
| **d** 40-year | | | 40 yrs. | MM | S/L | |

**Part IV**  **Summary** (See instructions.)

| | | |
|---|---|---|
| 21 | Listed property. Enter amount from line 28 . . . . . . . . . . . . . . . . . | **21** | 57,600. |
| 22 | **Total.** Add amounts from line 12, lines 14 through 17, lines 19 and 20 in column (g), and line 21. Enter here and on the appropriate lines of your return. Partnerships and S corporations—see instructions . | **22** | 57,600. |
| 23 | For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs . . . . . . . . . . . | **23** | |

**For Paperwork Reduction Act Notice, see separate instructions.**

REV 05/17/23 PRO

Form **4562** (2022)

**Part V** **Listed Property** (Include automobiles, certain other vehicles, certain aircraft, and property used for entertainment, recreation, or amusement.)

**Note:** For any vehicle for which you are using the standard mileage rate or deducting lease expense, complete **only** 24a, 24b, columns (a) through (c) of Section A, all of Section B, and Section C if applicable.

**Section A—Depreciation and Other Information (Caution:** See the instructions for limits for passenger automobiles.)

| 24a Do you have evidence to support the business/investment use claimed? ☒ Yes ☐ No | 24b If "Yes," is the evidence written? ☒ Yes ☐ No |

| (a) Type of property (list vehicles first) | (b) Date placed in service | (c) Business/Investment use percentage | (d) Cost or other basis | (e) Basis for depreciation (business/investment use only) | (f) Recovery period | (g) Method/Convention | (h) Depreciation deduction | (i) Elected section 179 cost |
|---|---|---|---|---|---|---|---|---|
| **25** Special depreciation allowance for qualified listed property placed in service during the tax year and used more than 50% in a qualified business use. See instructions . **25** | | | | | | | 57,600. | |
| **26** Property used more than 50% in a qualified business use: | | | | | | | | |
| MB GT63C4S | 11/25/2022 | 100.00% | 153,715. | 134,515. | 5.00 | 200 DB-MQ | 0. | |
| MB S80Z4 | 12/30/2022 | 100.00% | 226,842. | 207,642. | 5.00 | 200 DB-MQ | 0. | |
| TOYOTA TACOMA TRD 8876 | 05/05/2022 | 100.00% | 47,562. | 28,362. | 5.00 | 200 DB-MQ | 0. | |
| **27** Property used 50% or less in a qualified business use: | | | | | | | | |
| | | % | | | | S/L – | | |
| | | % | | | | S/L – | | |
| | | % | | | | S/L – | | |
| **28** Add amounts in column (h), lines 25 through 27. Enter here and on line 21, page 1 . **28** | | | | | | | 57,600. | |
| **29** Add amounts in column (i), line 26. Enter here and on line 7, page 1 . . . . . . . . . . . **29** | | | | | | | | |

**Section B—Information on Use of Vehicles**

Complete this section for vehicles used by a sole proprietor, partner, or other "more than 5% owner," or related person. If you provided vehicles to your employees, first answer the questions in Section C to see if you meet an exception to completing this section for those vehicles.

| | (a) Vehicle 1 | | (b) Vehicle 2 | | (c) Vehicle 3 | | (d) Vehicle 4 | | (e) Vehicle 5 | | (f) Vehicle 6 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **30** Total business/investment miles driven during the year (**don't** include commuting miles) . | | | | | | | | | | | | |
| **31** Total commuting miles driven during the year | | | | | | | | | | | | |
| **32** Total other personal (noncommuting) miles driven . . . . . . . . | | | | | | | | | | | | |
| **33** Total miles driven during the year. Add lines 30 through 32 . . . . . . | | | | | | | | | | | | |
| **34** Was the vehicle available for personal use during off-duty hours? . . . . . | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No |
| **35** Was the vehicle used primarily by a more than 5% owner or related person? . . | | | | | | | | | | | | |
| **36** Is another vehicle available for personal use? | | | | | | | | | | | | |

**Section C—Questions for Employers Who Provide Vehicles for Use by Their Employees**

Answer these questions to determine if you meet an exception to completing Section B for vehicles used by employees who **aren't** more than 5% owners or related persons. See instructions.

| | | Yes | No |
|---|---|---|---|
| **37** Do you maintain a written policy statement that prohibits all personal use of vehicles, including commuting, by your employees? . . . . . . . . . . . . . . . . . . . . . . . | | | |
| **38** Do you maintain a written policy statement that prohibits personal use of vehicles, except commuting, by your employees? See the instructions for vehicles used by corporate officers, directors, or 1% or more owners . . | | | |
| **39** Do you treat all use of vehicles by employees as personal use? . . . . . . . . . . . . | | | |
| **40** Do you provide more than five vehicles to your employees, obtain information from your employees about the use of the vehicles, and retain the information received? . . . . . . . . . . . . . . | | | |
| **41** Do you meet the requirements concerning qualified automobile demonstration use? See instructions . . . . | | | |

**Note:** If your answer to 37, 38, 39, 40, or 41 is "Yes," don't complete Section B for the covered vehicles.

**Part VI** **Amortization**

| (a) Description of costs | (b) Date amortization begins | (c) Amortizable amount | (d) Code section | (e) Amortization period or percentage | (f) Amortization for this year |
|---|---|---|---|---|---|
| **42** Amortization of costs that begins during your 2022 tax year (see instructions): | | | | | |
| | | | | | |
| | | | | | |
| **43** Amortization of costs that began before your 2022 tax year . . . . . . . . . . . **43** | | | | | |
| **44** **Total.** Add amounts in column (f). See the instructions for where to report . . . . . . . . **44** | | | | | |

Form **4562** (2022)

QuickZoom to Other Copy _____        Page 1

| Corporation's Name: AUTO GLASS 2020 LLC | Corporation's EIN: 82-2346246 |
|---|---|

|  | 1120S, Line 21<br>☐ PTP<br>☐ Aggregated<br>☐ SSTB | ☐ PTP<br>☐ Aggregated<br>☐ SSTB | ☐ PTP<br>☐ Aggregated<br>☐ SSTB |
|---|---|---|---|
| **Shareholder's share of:**<br>QBI or qualified PTP items subject to shareholder-specific determinations: | | | |
| Ordinary business inc (loss) . | 409,599. | | |
| Rental income (loss) . . . . . | | | |
| Royalty income (loss) . . . . . | | | |
| Section 1231 gain (loss) . . . | | | |
| Other income (loss) . . . . . . | | | |
| Section 179 deduction . . . . | | | |
| Other deductions . . . . . . . | | | |
| W-2 wages . . . . . . . . . . | 186,930. | | |
| UBIA of qualified property . . . | 428,119. | | |
| Qualified REIT dividends . . . . | | | |

COPY

Corporation's Name: _____ Corporation's EIN: _____

| | PTP ☐ Aggregated ☐ SSTB ☐ | PTP ☐ Aggregated ☐ SSTB ☐ | PTP ☐ Aggregated ☐ SSTB ☐ |
|---|---|---|---|

Shareholder's share of:
QBI or qualified PTP items subject to shareholder-specific determinations:

| | | | |
|---|---|---|---|
| Ordinary business inc (loss) . | ___ _____ | _____ | _____ |
| Rental income (loss) . . . . . | ___ _____ | _____ | _____ |
| Royalty income (loss) . . . . . | ___ _____ | _____ | _____ |
| Section 1231 gain (loss) . . . | ___ _____ | _____ | _____ |
| Other income (loss) . . . . . . | ___ _____ | _____ | _____ |
| Section 179 deduction . . . . | ___ _____ | _____ | _____ |
| Other deductions . . . . . . . | ___ _____ | _____ | _____ |
| W-2 wages . . . . . . . . . . | ___ _____ | _____ | _____ |
| UBIA of qualified property . . . | ___ _____ | _____ | _____ |
| Qualified REIT dividends . . . . | ___ _____ | | |

spsw9907.SCR   12/14/19

| Name | Employer ID Number |
|------|--------------------|
| AUTO GLASS 2020 LLC | 82-2346246 |

| Other Current Assets: | Beginning of tax year | End of tax year |
|-----------------------|-----------------------|-----------------|
| UNDEPOSITED FUNDS | | 749. |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total to Form 1120S, Schedule L, line 6** ............ ▶ | | 749. |

| Other Investments: | Beginning of tax year | End of tax year |
|--------------------|-----------------------|-----------------|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total to Form 1120S, Schedule L, line 9** ............ ▶ | | |

| Other Assets: | Beginning of tax year | End of tax year |
|---------------|-----------------------|-----------------|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total to Form 1120S, Schedule L, line 14** | | |

| Name | Employer ID Number |
|---|---|
| AUTO GLASS 2020 LLC | 82-2346246 |

| Other Current Liabilities: | Beginning of tax year | End of tax year |
|---|---|---|
| CREDIT CARDS PAYABLE | | 19,470. |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total to Form 1120S, Schedule L, line 18** ▸ | | 19,470. |

| Other Liabilities: | Beginning of tax year | End of tax year |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total to Form 1120S, Schedule L, line 21** ▸ | | |

| Adjustments to Shareholders' Equity: | Beginning of tax year | End of tax year |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total to Form 1120S, Schedule L, line 25** ▸ | | |

# 199A Worksheet by Activity

► Keep for your records

**2022**

| Corporation's name | Corporation's EIN |
|---|---|
| AUTO GLASS 2020 LLC | 82-2346246 |

QuickZoom to 199A Summary . . . . ► _____

Aggregation Code: _____

Trade or Business: 1120S, Line 21
EIN: 82-2346246

Is this activity a qualified trade/business? . . . . . . . . ☒ Yes ☐ No
Specified Service Trade or Business? . . . . . . . . . ☐ Yes ☒ No

**QBI or qualified PTP items subject to shareholder-specific determinations:**

| | | | |
|---|---|---:|---:|
| **1 a** Ordinary business income (loss) . . . . . . . . . . . . . . **1 a** | 409,599. | | |
| **b** Adjustments . . . . . . . . . . . . . . . . . . . . . . . . . **b** | | | |
| **c** Adjusted ordinary business income (loss) . . . . . . . . . . . . . . . . . . . | **1 c** | 409,599. |
| **2 a** Rental income (loss) . . . . . . . . . . . . . . . . . . **2 a** | | | |
| **b** Adjustments . . . . . . . . . . . . . . . . . . . . . . . . . **b** | | | |
| **c** Adjusted rental income (loss) . . . . . . . . . . . . . . . . . . . . . . | **2 c** | |
| **3 a** Royalty income (loss) . . . . . . . . . . . . . . . . . **3 a** | | | |
| **b** Adjustments . . . . . . . . . . . . . . . . . . . . . . . . . **b** | | | |
| **c** Adjusted royalty income (loss) . . . . . . . . . . . . . . . . . . . . . | **3 c** | |
| **4 a** Section 1231 gain (loss) . . . . . . . . . . . . . . . . **4 a** | | | |
| **b** Adjustments . . . . . . . . . . . . . . . . . . . . . . . . . **b** | | | |
| **c** Adjusted section 1231 gain (loss) . . . . . . . . . . . . . . . . . . . | **4 c** | |
| **5** Other income (loss) . . . . . . . . . . . . . . . . . . . . **5** | | |
| **6 a** Section 179 deduction . . . . . . . . . . . . . . . . . **6 a** | | | |
| **b** Adjustments . . . . . . . . . . . . . . . . . . . . . . . . . **b** | | | |
| **c** Adjusted section 179 deduction . . . . . . . . . . . . . . . . . . . | **6 c** | |
| **7** Other deductions . . . . . . . . . . . . . . . . . . . . . **7** | | |
| **8 a** W-2 wages . . . . . . . . . . . . . . . . . . . . . . **8 a** | 186,930. | | |
| **b** Adjustments . . . . . . . . . . . . . . . . . . . . . . . . . **b** | | | |
| **c** Adjusted W-2 Wages . . . . . . . . . . . . . . . . . . . . . . | **8 c** | 186,930. |
| **9 a** UBIA of qualified property . . . . . . . . . . . . . . **9 a** | 428,119. | | |
| **b** Adjustments . . . . . . . . . . . . . . . . . . . . . . . . . **b** | | | |
| **c** Adjusted UBIA of qualified property . . . . . . . . . . . . . . . . . . . | **9 c** | 428,119. |

# Section 179 Carryover Detail for this Activity

|  | | Section 179 Regular Tax | Section 179 QBI |
|---|---|---|---|
| Tentative Section 179 deduction from current year assets . . . . . | | | |
| | **Part I: Prior Year Carryovers by Year and Category** | | |
| A | Before 2018 . . . . . . . . . . . . . . . . . . . . . . . | | 0. |
| B | 2018 . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| C | 2019 . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| D | 2020 . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| E | 2021 . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| | **Total prior year carryovers to this year** . . . . . . . . . . . . | | |

|  | | Section 179 Regular Tax | Section 179 QBI |
|---|---|---|---|
| | **Part II: 179 Deduction Allowed by Year and Category** | | |
| **Total 179 deduction allowed for this activity in current year** . . . . | | | |
| A | Amount allowed from 2022 . . . . . . . . . . . . . . . . | | |
| B | Amount allowed from before 2018 . . . . . . . . . . . . . | | |
| C | Amount allowed from 2018 . . . . . . . . . . . . . . . . | | |
| D | Amount allowed from 2019 . . . . . . . . . . . . . . . . | | |
| E | Amount allowed from 2020 . . . . . . . . . . . . . . . . | | |
| F | Amount allowed from 2021 . . . . . . . . . . . . . . . . | | |

|  | | Section 179 Regular Tax | Section 179 QBI |
|---|---|---|---|
| | **Part III: Total Carryforward to 2023 by Year and Category** | | |
| A | Carryforward from 2022 . . . . . . . . . . . . . . . . . | | |
| B | Carryforward from before 2018 . . . . . . . . . . . . . . | | |
| C | Carryforward from 2018 . . . . . . . . . . . . . . . . . | | |
| D | Carryforward from 2019 . . . . . . . . . . . . . . . . . | | |
| E | Carryforward from 2020 . . . . . . . . . . . . . . . . . | | |
| F | Carryforward from 2021 . . . . . . . . . . . . . . . . . | | |
| | **Total carryforward to next year** . . . . . . . . . . . . . | | |

spsw9906.SCR  09/22/22

COPY

# Additional Information From 2022 US Form 1120S: Income Tax Return for S Corp

**Form 1120S: S-Corporation Tax Return**
**Other Deductions**                                                  **Continuation Statement**

| Description | Amount |
|---|---|
| AUTOMOBILE AND TRUCK EXPENSE | 100,746. |
| BANK CHARGES | 2,724. |
| CLEANING | 379. |
| DUES AND SUBSCRIPTIONS | 23,770. |
| GIFTS | 862. |
| INSURANCE | 39,065. |
| LEGAL AND PROFESSIONAL | 75,905. |
| MEALS (50%) | 13,199. |
| OFFICE EXPENSE | 88,435. |
| OUTSIDE SERVICES | 1,308,793. |
| POSTAGE | 63. |
| TRAVEL | 25,569. |
| UTILITIES | 275,848. |
| INCENTIVES | 660,313. |
| REFERRALS | 287,521. |
| REIMBUREMENT | 10. |
| SQUARE FEES | 13,274. |
| WEBHOSTING | 203. |
| **Total** | 2,916,679. |

**Form 1120S: S-Corporation Tax Return**
**M-2 Line 5, Other Reductions**                                      **Continuation Statement**

| Description | AAA Amount | OAA Amount |
|---|---|---|
| CHARITABLE CONTRIBUTIONS | 49,500. | |
| MEALS AND ENTERTAINMENT | 13,199. | |
| **Total** | 62,699. | |

**Arizona Form 120S**

# Arizona S Corporation Income Tax Return

**2022**

For the ☒ calendar year 2022 or ☐ fiscal year beginning └─┴─┘2,0,2,2 and ending └─┴─┘2,0,─┴─┘

| Business Telephone Number (with area code) | Name | **CHECK ONE:** |
|---|---|---|
| (480)283-7751 | AUTO GLASS 2020 LLC | ☒ Original ☐ Amended |
| | Address – number and street or PO Box | Employer Identification Number (EIN) |
| Business Activity Code (from federal Form 1120-S) | 355 E WARNER RD STE 4 | 82-2346246 |
| 811120 | City, Town or Post Office    State    ZIP Code | |
| | CHANDLER    AZ    85225 | |

**68** Check if: A ☐First return  B ☐Name change  C ☐Address change

Check box if return is filed under extension:
**82** 82F ☒

**88** REVENUE USE ONLY. DO NOT MARK IN THIS AREA.

A  Did the S Corporation make the Pass-Through Entity (PTE) election to pay tax on its flow-through income at the entity level? (See Instructions) ........................ ☐Yes  ☒No

B  Does the S corporation conduct business within and without Arizona? ........ ☐Yes  ☒No

C  ARIZONA apportionment **for Multistate S Corporations only** (check one box):
1 ☐AIR CARRIER  2 ☐STANDARD  3 ☐SALES FACTOR ONLY

D  ☐Check if Multistate Service Provider Election and Computation (Arizona Schedule MSP) is included. Indicate the year of the election cycle: ☐Yr 1  ☐Yr 2  ☐Yr 3  ☐Yr 4  ☐Yr 5

E  Is this the S corporation's final Arizona return under this EIN? ...................... ☐Yes  ☒No
If "Yes", check one: 1 ☐Dissolved  2 ☐Withdrawn  3 ☐Merged/Reorganized
List EIN of the successor corporation, if any _____

**81** PM

**66** RCVD

F  Will a composite return be filed on Form 140NR? See Instructions ........................ ☐Yes  ☒No

G  *Marijuana Establishments only:* 1 ☐Adult Use only  2 ☐Dual Lic. elected for-profit  3 ☐Dual Lic. did not elect for-profit.  4 ☐NMMD only

H  ADHS Registry Identification Number: └─────────────────┘

## Part 1 Calculation of S Corporation Tax Due/Overpayment:

| | | | |
|---|---|---|---|
| 1 | TOTAL DISTRIBUTIVE INCOME (LOSS) from federal Form 1120-S, Schedule K ............... | 1 | 360,136 00 |

Complete lines 2-12 only if the S Corporation has excess net passive income or capital gains/built-in gains. An S Corporation that is not required to complete lines 2-12 must complete lines 13-32 if the S Corporation has a tax liability from the recapture of tax credits.

| | | | | |
|---|---|---|---|---|
| 2 | Excess net passive income ................................................... | 2 | 00 | |
| 3 | Capital gains/built-in gains ................................................. | 3 | 00 | |
| 4 | Total federal income subject to corporate income tax: Add lines 2 and 3. Enter the difference. | | 4 | 00 |
| | **100% AZ S Corporations** check box 4a ☒. Go to line 11. **Multistate S Corporations**, continue to line 5 ............... | | | |
| 5 | Nonapportionable or allocable income: Include schedule. **Multistate S Corporations only** ............... | | 5 | 00 |
| 6 | Apportionable income: Subtract line 5 from line 4. Enter the difference. **Multistate S Corporations only** ............... | | 6 | 00 |
| 7 | Arizona apportionment ratio from Schedule A or Schedule ACA ............... | 7 | . | |
| 8 | Income apportioned to Arizona: Line 6 multiplied by line 7. **Multistate S Corporations only** ............... | | 8 | 00 |
| 9 | Other income allocated to Arizona: Include schedule. **Multistate S Corporations only** ............... | | 9 | 00 |
| 10 | Total income attributable to Arizona: Add lines 8 and 9. Enter the total. ............... | | 10 | 00 |
| 11 | Net income subject to Arizona corporate income tax: | | | |
| | **100% Arizona S Corporations:** Enter amount from line 4. **Multistate S Corporations:** Enter the amount from line 10 ..... | | 11 | 00 |
| 12 | Enter tax: **See instructions before completing this line.** | | 12 | 00 |
| 13 | Tax from recapture of tax credits from Arizona Form 300, Part 2, line 24 ............... | | 13 | 00 |
| 14 | Subtotal: Add lines 12 and 13. Enter the total. ............... | | 14 | 00 |
| 15 | Nonrefundable tax credits from Arizona Form 300, Part 2, line 44 ............... | | 15 | 00 |
| 16 | Enter form number for each nonrefundable credit claimed: 16 1 |3_|  16 2 |3_|  16 3 |3_|  16 4 |3_| | | | |
| 17 | **Tax liability:** Subtract line 15 from line 14. Enter the difference. ............... | | 17 | 00 |
| 18 | PTE Tax Liability: Enter the amount from Part 2, line 48 ............... | | 18 | 00 |
| 19 | Total Tax Liability: Add line 17 and 18. Enter the total. **This is the total amount of tax owed by the S Corporation** | | 19 | 00 |
| 20 | Refundable tax credits: Check box(es) and enter amount 201 ☐308 202 ☐349 ........ | 20 | 00 | |
| 21 | Extension payment made with Form 120/165EXT or online: See instructions ............... | 21 | 00 | |
| 22 | Estimated tax payments: See instructions ............... | 22 | 00 | |
| 23 | **Total payments:** Add lines 20 through 22. Enter the total. For amended returns, see instructions ............... | | 23 | 00 |
| 24 | Balance of tax due: If line 19 is larger than line 23, subtract line 23 from line 19. Enter the difference. Skip line 25 ... | | 24 | 00 |
| 25 | Overpayment of tax: If line 23 is larger than line 19, subtract line 19 from line 23. Enter the difference. ............... | | 25 | 00 |

Continued on page 2 ▶

Case 2:25-bk-00374-MCW    Doc 1    Filed 01/16/25    Entered 01/16/25 13:53:26    Desc
Main Document    Page 100 of 122

REV 11/13/17 PROD

Part 1: Continued from page 1.

| | | | | |
|---|---|---|---|---|
| 26 | Penalty and interest ................................................................. | **26** | | 00 |
| 27 | Estimated tax underpayment penalty. **If Form 220/PTE is included, check box** ........... 27A ☐ | **27** | | 00 |
| 28 | Information return penalty: See instructions ................................................ | **28** | | 00 |
| 29 | **TOTAL DUE:** See instructions .............................................................. | **29** | | 00 |
| 30 | **OVERPAYMENT:** See instructions .......................................................... | **30** | | 00 |
| 31 | Amount of line 30 to be applied to 2023 estimated tax............................ **31** \| 00 | | | |
| 32 | Amount to be refunded: Subtract line 31 from line 30. Enter the difference. ................ | **32** | | 00 |

## Part 2 - Calculation of S Corporation Tax to be Paid at the Entity Level:
*Complete only if the S Corporation answered "Yes" to Question A on page 1.*

*Calculation of the income attributable to shareholders:*

| | | | | |
|---|---|---|---|---|
| 33 | Enter the amount from line 1. .................................................................. | **33** | | 00 |
| 34 | Add lines C1 and C4 in column (c) of Schedule C. Enter the total. This is the total of the ownership shares for all resident individual shareholders and all resident estate and trust shareholders that did not opt out of the S Corporation's election to pay tax at the entity level on its pass-through income. (See Instructions).. ............. **34** \| • \| \| \| \| | | | |
| 35 | Multiply line 33 by line 34. Enter the result. **This is the S Corporation income attributable to resident individual shareholders and resident trust and estate shareholders that did not opt out of the S Corporation's election to pay tax at the entity level on its pass through income.** ...................... | **35** | | 00 |
| 36 | Add lines C2 and C5 in column (c) of Schedule C. Enter the total. This is the total of the ownership shares for all nonresident shareholders and all nonresident estate and trust shareholders that did not opt out of the S Corporation's election to pay tax at the entity level on its pass-through income.. (See Instructions) ............. **36** \| • \| \| \| \| | | | |
| 37 | Multiply line 33 by line 36. Enter the result. **This is the S Corporation income attributable to nonresident shareholders and nonresident trust and estate shareholders that did not opt out of the S Corporation's election to pay tax at the entity level on its pass-through income** .................... | **37** | | 00 |
| 38 | Enter the amount from line C3, column (c) of Schedule C. This is the total of the ownership shares for all part-year resident shareholders that did not opt out of the S Corporation's election to pay tax at the entity level on its pass-through income.. (See Instructions) ............................ **38** \| • \| \| \| \| | | | |
| 39 | Multiply line 33 by line 38. Enter the result. **This is the S Corporation income attributable to part-year resident shareholders that did not opt out of the S Corporation's election to pay tax on its pass-through income at the entity level.**................... **39** \| 00 | | | |
| | **39A** Enter the portion of line 39 that all part-year residents earned while residents of Arizona. ...................... | **39A** | | 00 |
| | **39B** *Enter the portion of line 39 that all part-year residents earned while nonresidents of Arizona*................... | **39B** | | 00 |
| | *NOTE: the total of lines 39A and 39B must equal the amount reported on line 39* | | | |
| 40 | Enter the amount from line C7, column (c) of Schedule C. This is the total of the ownership shares for all shareholders that opted out of the S Corporation's election to pay tax at the entity level on its pass-through income and all shareholders that are not eligible to make the election. (See Instructions) .............................. **40** \| • \| \| \| \| | | | |
| 41 | Multiply line 33 by line 40. Enter the result. **This is the S Corporation income attributable to shareholders that opted out of the S Corporation's election to pay tax at the entity level on its pass-through income and shareholders that are not eligible to make the election.** ........................................... | **41** | | 00 |

*Calculation of the tax attributable to shareholders that did not opt out of the PTE election:*

| | | | | |
|---|---|---|---|---|
| 42 | Add line 35 and line 39A. Enter the total ................................................... | **42** | | 00 |
| 43 | Multiply the amount on line 42 by the PTE tax rate, 2.98% (0.0298) Enter the result. **This is the amount of the tax attributable to resident shareholders and to part-year resident shareholders (during the period of residency) that did not opt out of the S Corporation election to pay tax at the entity level**.............................. | **43** | | 00 |
| 44 | Add line 37 and line 39B. Enter the total. ................................................... | **44** | | 00 |
| 45 | Enter the Arizona apportionment ratio from Schedule A or Schedule ACA.. **45** \| • \| \| \| \| \| | | | |
| 46 | Multiply the amount on line 44 by line 45. Enter the result. ............................... | **46** | | 00 |
| 47 | Multiply the amount on line 46 by the PTE tax rate, 2.98% (0.0298). Enter the result. **This is the amount of the tax attributable to nonresident shareholders and to part-year resident shareholders (during the period of non-residency) that did not opt out of the S Corporation to pay tax at the entity level** ..................................... | **47** | | 00 |
| 48 | Add line 43 and line 47. Enter the total here and on line 18. **This is the PTE Tax owed by the S Corporation** ....... | **48** | | 00 |

| Name (as shown on page 1) | EIN |
|---|---|
| AUTO GLASS 2020 LLC | 82-2346246 |

## SCHEDULE A   Apportionment Formula (Multistate S Corporations Only)

| | COLUMN A<br>Total Within Arizona<br>Round to nearest dollar | COLUMN B<br>Total Everywhere<br>Round to nearest dollar | COLUMN C<br>Ratio Within Arizona<br>A ÷ B |
|---|---|---|---|
| **IMPORTANT:** Qualifying air carriers must use Arizona Schedule ACA. Qualifying Multistate Service Providers must include Arizona Schedule MSP. If the *"SALES FACTOR ONLY"* box on page 1, line 1, is checked, *complete only Section A3, Sales Factor, lines a through f. See instructions.* | | | |

| | COLUMN A | COLUMN B | COLUMN C |
|---|---|---|---|
| **A1 Property Factor - STANDARD APPORTIONMENT ONLY**<br>Value of real and tangible personal property (by averaging the value of owned property at the beginning and end of the tax period; rented property at capitalized value). | | | |
| **a** Owned Property (at original cost): | | | |
| **1** Inventories.............................................................. | | | |
| **2** Depreciable assets (do not include construction in progress) ............... | | | |
| **3** Land ................................................................... | | | |
| **4** Other assets (describe): _____ | | | |
| **5** Less: Nonbusiness property (if included in above totals) ................... | | | |
| **6** Total of section a (the sum of lines 1 through 4 less line 5)................... | | | |
| **b** Rented property (capitalize at 8 times net rent paid)............................. | | | |
| **c** Total owned and rented property (Total of section a plus section b). ...... | | | | • | | | | | |
| **A2 Payroll Factor - STANDARD APPORTIONMENT ONLY**<br>Total wages, salaries, commissions and other compensation to employees (per federal Form 1120S, or payroll reports). ............................. | | | | • | | | | | |
| **A3 Sales Factor** | | | |
| **a** Sales delivered or shipped to Arizona purchasers ............................ | | | |
| **b** Sales from services or from designated intangibles **for qualifying Multistate Service Providers only** (see instructions; include Schedule MSP)..................................................................... | | | |
| **c** Other gross receipts ............................................................. | | | |
| **d** Total sales and other gross receipts (the sum of lines a through c) .............. | | | |
| **e** Weight AZ sales: (STANDARD x 2; SALES FACTOR ONLY x 1)...... | ×2      OR      ×1 | | |
| **f** Sales Factor Only (for Column A, multiply line d by line e; for Column B, enter the amount from line d; for Column C, divide Column A by Column B). Skip line A4 and line A5.<br>**STANDARD Apportionment,** continue to A4.<br>**SALES FACTOR ONLY Apportionment,** enter the amount from Column C on page 1, line 7. ..................................................... | | | | • | | | | | |
| **A4 STANDARD Apportionment Total Ratio:** Add Column C of lines A1c, A2, and A3f. Enter the total. ................................... | | | | • | | | | | |
| **A5 Average Apportionment Ratio for STANDARD Apportionment:** Divide line A4, Column C, by four (4). Enter the result on page 1, line 7. (If one of the factors is "0" in both Column A and Column B, see instructions.) ......................................... | | | | • | | | | | |

Case 2:25-bk-00374-MCW   Doc 1   Filed 01/16/25   Entered 01/16/25 13:53:26   Desc
Main Document      Page 102 of 122

| Name (as shown on page 1) | EIN |
|---|---|
| AUTO GLASS 2020 LLC | 82-2346246 |

## SCHEDULE B  Shareholder Information

Complete Schedule B for all shareholders of the S corporation. If the S corporation has more than 10 shareholders, include additional schedules as necessary.

| | (a) Shareholder Name | (b) Street Address / (c) City, State ZIP | (d) Shareholder Tax Identification Number | (e) Resident (R) Nonresident (N) Part-Yr Res (P) Estate/Trust (E) Other Entity (O) | (f) Shareholder's Ownership Percentage | (g) Distributive Share of Income Page 1, Line 1 |
|---|---|---|---|---|---|---|
| B1 | WILLIAM C LESUEUR | 2630 E GILLCREST RD<br>GILBERT    AZ  85298 | 0701 | R | 100.00000 | 360136 |
| B2 | NICOLE K LESUEUR | 2630 E GILL CREST RD<br>GILBERT    AZ  85298 | 7006 | R | 0.00000 | 0 |
| B3 | | | | | | |
| B4 | | | | | | |
| B5 | | | | | | |
| B6 | | | | | | |
| B7 | | | | | | |
| B8 | | | | | | |
| B9 | | | | | | |
| B10 | | | | | | |

Include additional sheets as necessary

## SCHEDULE C  Summary of Shareholder Information -- See Instructions

| | (a) Shareholder Consent to PTE Election | (b) Shareholder Count | (c) Shareholders' Ownership Share |
|---|---|---|---|
| C1 | Individual resident shareholders who did not opt out of the election. ......................................... | | |
| C2 | Individual nonresident shareholders who did not opt out of the election. ................................... | | |
| C3 | Individual part-year resident shareholders who did not opt out of the election. ........................ | | |
| C4 | Resident estate and trust shareholders who did not opt out of the election. ............................. | | |
| C5 | Nonresident estate & trust shareholders who did not opt out of the election. ........................... | | |
| C6 | Add lines C1 to C5. Enter the total. These are the totals for the shareholders who did not opt out of the election. ......................................................................................................................... | | |
| C7 | Shareholders that opted out of the election or are excluded from making the election............. | | |
| C8 | Total shareholder count and total shareholder ownership share. Add lines C6 and C7 in columns (b) and (c). Enter the totals. (Column (c) should equal 1.000000) ....................... | | |

COPY

Case 2:25-bk-00374-MCW   Doc 1   Filed 01/16/25   Entered 01/16/25 13:53:26   Desc
Main Document    Page 103 of 122

| Name (as shown on page 1) | EIN |
|---|---|
| AUTO GLASS 2020 LLC | 82-2346246 |

## SCHEDULE D    Schedule of Tax Payments Applied to S Corporation Tax Liability.

| | (a) Payment Date | (b) Estimated Tax Payment | | (c) Extension Payment | |
|---|---|---|---|---|---|
| D1 | | | 00 | | 00 |
| D2 | | | 00 | | 00 |
| D3 | | | 00 | | 00 |
| D4 | | | 00 | | 00 |
| D5 | | | 00 | | 00 |
| D6 | | | 00 | | 00 |
| D7 | Total Tax Payments | | 00 | | 00 |

## SCHEDULE E    Other Information

E1  Date business began in Arizona or date income was first derived from Arizona sources: 0 1 0 1 2 0 2 2

E2  Address at which tax records are located for audit purposes:
Number/Street: 355 E WARNER RD STE 4
City: CHANDLER          State: AZ          ZIP Code: 85225

E3  The taxpayer designates the individual listed below as the person to contact to schedule an audit of this return and authorizes the disclosure of confidential information to this individual. (See instructions, page 12.)
Name: WILLIAM  LESUEUR                        Phone Number: (480) 283-7751
Title: PRESIDENT                                                (Area Code)

E4  List prior taxable years ending in MM/DD/YYYY format for which a federal examination has been finalized:

NOTE: A.R.S. § 43-327 requires the taxpayer, within ninety days after final determination, to report these changes under separate cover to the Arizona Department of Revenue or to file amended returns reporting these changes. (See instructions, page 5.)

E5  Indicate tax accounting method: ☒ Cash  ☐ Accrual  ☐ Other (Specify method.)

| Declaration | The following declaration must be signed by one or more of the following officers: president, treasurer, or any other principal officer. Under penalties of perjury, I, the undersigned officer authorized to sign this return, declare that I have examined this return, including the accompanying schedules and statements, and to the best of my knowledge and belief, it is a true, correct and complete return, made in good faith, for the taxable year stated pursuant to the income tax laws of the State of Arizona. |
|---|---|

Please
Sign
Here

OFFICER'S SIGNATURE                     DATE          TITLE: PRESIDENT
WILLIAM   LESUEUR
OFFICER'S PRINTED NAME

| Paid Preparer's Use Only | CRAIG L ELGGREN, CPA | 06/30/2023 | P00534031 |
|---|---|---|---|
| | PAID PREPARER'S SIGNATURE | DATE | PAID PREPARER'S PTIN |
| | CRAIG L ELGGREN, CPA | | |
| | PAID PREPARER'S PRINTED NAME | | |
| | CRAIG L ELGGREN, CPA | | 86-0750093 |
| | FIRM'S NAME (OR PAID PREPARER'S NAME, IF SELF-EMPLOYED) | | FIRM'S EIN |
| | 1467 W Elliot Rd #102 | | (480) 464-0205 |
| | FIRM'S STREET ADDRESS | | FIRM'S TELEPHONE NUMBER |
| | Gilbert | AZ | 85233 |
| | CITY | STATE | ZIP CODE |

This form must be e-filed unless the S Corporation has a waiver or is exempt from e-filing.
See instructions for details.

For the ☒ calendar year 2022 or ☐ fiscal year beginning ⌞_⌟_⌞_⌟|2|0|2|2 and ending ⌞_⌟_⌞_⌟|2|0|_⌟_⌟.

**CHECK ONE:** ☒ Original ☐ Amended

| Shareholder's Tax Identification Number | S Corporation's Employer Identification Number (EIN) |
|---|---|
| ·0701 | 82-2346246 |
| Shareholder's Name | S Corporation's Name |
| WILLIAM C LESUEUR | AUTO GLASS 2020 LLC |
| Shareholder's Address – number and street or rural route | S Corporation's Address – number and street or rural route |
| 2630 E GILLCREST RD | 355 E WARNER RD STE 4 |
| Shareholder's City, Town or Post Office    State   ZIP Code | S Corporation's City, Town or Post Office    State   ZIP Code |
| GILBERT        AZ  85298 | CHANDLER       AZ  85225 |

Shareholder's percentage of stock ownership for the taxable year: 100.00000 %

**Pass-Through Entity Election:**

Did the S Corporation make the Pass-Through Entity (PTE) Election? ☐ Yes ☒ No

If the S Corporation made the the Pass-Through Election, did this Shareholder consent to that election? ☐ Yes ☒ No

If "Yes" the S Corporation must provide a completed Form 120S Schedule K-1 to this resident or part-year resident shareholder

**Part 1**   **Net Capital Gain (Loss) From Investment in a Qualified Small Business – Information Schedule**

If the shareholder's federal Schedule K-1 (Form 1120-S) does not include any net capital gain (loss) from investment in a qualified small business as determined by the Arizona Commerce Authority, the S Corporation is not required to complete Part 1.

| Pro Rata Share Items | Distributive Share Amount |
|---|---|
| 1  Net capital gain (loss) from investment in a qualified small business.................................. 1 | |

**Part 2**   **Net Capital Gain (Loss) From the Exchange of Legal Tender – Information Schedule**

If the shareholder's federal Schedule K-1 (Form 1120-S) does not include any net capital gain (loss) from the exchange of legal tender, the S Corporation is not required to complete Part 2.

| Pro Rata Share Items | Distributive Share Amount |
|---|---|
| 2  Net capital gain (loss) from the exchange of legal tender ............................................... 2 | |

**Part 3**   **Net Long-Term Capital Gain (Loss) Subtraction – Information Schedule**

If the shareholder's federal Schedule K-1 (Form 1120-S) includes net long-term capital gain (loss), complete lines 3 through line 5 (if applicable). If the shareholder's federal Schedule K-1 (Form 1120-S) does not include any net long-term capital gain (loss), the S Corporation is not required to complete Part 3.

| Pro Rata Share Items From federal Form 1120-S, Schedule K-1 | (a) Distributive Share Amount | (b) Net long-term capital gain (loss) included in column (a) from assets acquired before January 1, 2012 | (c) Net long-term capital gain (loss) included in column (a) from assets acquired after December 31, 2011 |
|---|---|---|---|
| 3  Net long-term capital gain (loss)............................. 3 | | | |

ADDITIONAL INFORMATION:

| | | | |
|---|---|---|---|
| 4  Net long-term capital gain (loss) from investment in a qualified small business (amount already included in line 3, column (c)................. 4 | | | |
| 5  Net long-term capital gain (loss) from the exchange of legal tender (amount already included in line 3, column (c))........................................ 5 | | | |

| Name (as shown on page 1) | EIN |
|---|---|
| AUTO GLASS 2020 LLC | 82-2346246 |

## Part 4    Marijuana Establishments Only - Information Schedule

| Shareholder's Pro Rata Share Disallowed Federal Expenses | Shareholder's Distributive Share |
|---|---|
| **6**   Enter the S Corporation's disallowed federal expenses from line 16 of Schedule DFE.. ........................................ **6** | |
| **7**   Multiply the amount on line 6 by the shareholder's ownership percentage shown on page 1. Enter the result. This is the shareholder's portion of the Disallowed Federal Expenses. .. ................................................................... **7** | |

---

**SHAREHOLDER:**

The amount reported on line 7 is your share of the S Corporation's disallowed federal expenses.

Enter this amount on your Arizona income tax return.

• If you *did not make the Small Business Income election* and are filing Arizona Form 140, enter this amount on page 6, line Q.

• If you *did not make the Small Business Income election* and are filing Arizona Form 140PY, enter this amount on page 6, line V.

• If you *made the Small Business Income election* and are filing Arizona Form 140-SBI, enter this amount on line 47.

• If you *made the Small Business Income election* and are filing Arizona Form 140PY-SBI, enter this amount on line 44.

---

## Part 5    Shareholder's Portion of the S Corporation's Pass-Through Entity Tax Credit

If the shareholder consented to the S Corporation's election to be a Pass-Through Entity (PTE), complete Part 5. Otherwise, leave blank.

| Shareholder's Pro Rata Share of PTE Election | Shareholder's Distributive Share |
|---|---|
| Shareholder's pro-rata share of the PTE Tax Credit.<br>*Individuals,* enter this amount on Form 355, Part 1, line 2.<br>**8**   *Estates and trusts,* see the instructions for Form 141AZ, line 19 to claim this credit ................................... **8** | |
| Shareholder's pro-rata share of the Arizona PTE Taxes paid in 2022 for taxable year 2022.<br>*Individuals,* add this amount back on Form 140, page 5, line P, or Form 140PY, page 5, line O,<br>or Form 140-SBI, line 25, or Form 140PY-SBI, line 25.<br>**9**   *Estates and trusts,* add this amount back on Form 141AZ, Schedule B, line B3 ....................................... **9** | |
| Shareholder's pro-rata share of comparable PTE Taxes from other states paid in 2022 for taxable year 2022.<br>*Individuals,* add this amount back on Form 140, page 5, line P, or Form 140PY, page 5, line O,<br>or line 140-SBI, line 25, or Form 140PY-SBI, line 25, or<br>**10**   *Estates and trusts,* add this amount back on Form 141AZ, Schedule B, line B3 ....................................... **10** | |

Case 2:25-bk-00374-MCW   Doc 1   Filed 01/16/25   Entered 01/16/25 13:53:26   Desc
Main Document     Page 106 of 122

For the ☒ calendar year 2022 or ☐ fiscal year beginning ⌊_⌊_⌊2_0_2_2⌋ and ending ⌊_⌊_⌊2_0_⌊_⌋.

**CHECK ONE:** ☒ Original   ☐ Amended

| Shareholder's Tax Identification Number | S Corporation's Employer Identification Number (EIN) |
|---|---|
| -7006 | 82-2346246 |
| **Shareholder's Name** | **S Corporation's Name** |
| NICOLE K LESUEUR | AUTO GLASS 2020 LLC |
| **Shareholder's Address – number and street or rural route** | **S Corporation's Address – number and street or rural route** |
| 2630 E GILL CREST RD | 355 E WARNER RD STE 4 |
| **Shareholder's City, Town or Post Office   State   ZIP Code** | **S Corporation's City, Town or Post Office   State   ZIP Code** |
| GILBERT           AZ  85298 | CHANDLER           AZ  85225 |

Shareholder's percentage of stock ownership for the taxable year:   0.00000 %

**Pass-Through Entity Election:**

Did the S Corporation make the Pass-Through Entity (PTE) Election? ☐Yes ☒No

If the S Corporation made the Pass-Through Election, did this Shareholder consent to that election? ☐Yes ☒No

If "Yes" the S Corporation must provide a completed Form 120S Schedule K-1 to this resident or part-year resident shareholder

**Part 1   Net Capital Gain (Loss) From Investment in a Qualified Small Business – Information Schedule**

If the shareholder's federal Schedule K-1 (Form 1120-S) does not include any net capital gain (loss) from investment in a qualified small business as determined by the Arizona Commerce Authority, the S Corporation is not required to complete Part 1.

| Pro Rata Share Items | Distributive Share Amount |
|---|---|
| 1   Net capital gain (loss) from investment in a qualified small business ..................................... 1 | |

**Part 2   Net Capital Gain (Loss) From the Exchange of Legal Tender – Information Schedule**

If the shareholder's federal Schedule K-1 (Form 1120-S) does not include any net capital gain (loss) from the exchange of legal tender, the S Corporation is not required to complete Part 2.

| Pro Rata Share Items | Distributive Share Amount |
|---|---|
| 2   Net capital gain (loss) from the exchange of legal tender ................................................ 2 | |

**Part 3   Net Long-Term Capital Gain (Loss) Subtraction – Information Schedule**

If the shareholder's federal Schedule K-1 (Form 1120-S) includes net long-term capital gain (loss), complete lines 3 through line 5 (if applicable). If the shareholder's federal Schedule K-1 (Form 1120-S) does not include any net long-term capital gain (loss), the S Corporation is not required to complete Part 3.

| Pro Rata Share Items From federal Form 1120-S, Schedule K-1 | (a) Distributive Share Amount | (b) Net long-term capital gain (loss) included in column (a) from assets acquired before January 1, 2012 | (c) Net long-term capital gain (loss) included in column (a) from assets acquired after December 31, 2011 |
|---|---|---|---|
| 3   Net long-term capital gain (loss)............................. 3 | | | |

ADDITIONAL INFORMATION:

| | | | |
|---|---|---|---|
| 4   Net long-term capital gain (loss) from investment in a qualified small business (amount already included in line 3, column (c)) ......................................... 4 | | | |
| 5   Net long-term capital gain (loss) from the exchange of legal tender (amount already included in line 3, column (c)) ......................................... 5 | | | * |

COPY

| Name (as shown on page 1) | EIN |
|---|---|
| AUTO GLASS 2020 LLC | 82-2346246 |

## Part 4   Marijuana Establishments Only - Information Schedule

| Shareholder's Pro Rata Share Disallowed Federal Expenses | Shareholder's Distributive Share |
|---|---|
| **6**   Enter the S Corporation's disallowed federal expenses from line 16 of Schedule DFE.. ........................................ **6** | |
| **7**   Multiply the amount on line 6 by the shareholder's ownership percentage shown on page 1. Enter the result. This is the shareholder's portion of the Disallowed Federal Expenses. .. ................................................................. **7** | |

**SHAREHOLDER:**

The amount reported on line 7 is your share of the S Corporation's disallowed federal expenses.

Enter this amount on your Arizona income tax return.

• If you *did not make the Small Business Income election* and are filing Arizona Form 140, enter this amount on page 6, line Q.

• If you *did not make the Small Business Income election* and are filing Arizona Form 140PY, enter this amount on page 6, line V.

• If you *made the Small Business Income election* and are filing Arizona Form 140-SBI, enter this amount on line 47.

• If you *made the Small Business Income election* and are filing Arizona Form 140PY-SBI, enter this amount on line 44.

## Part 5   Shareholder's Portion of the S Corporation's Pass-Through Entity Tax Credit

If the shareholder consented to the S Corporation's election to be a Pass-Through Entity (PTE), complete Part 5. Otherwise, leave blank.

| Shareholder's Pro Rata Share of PTE Election | Shareholder's Distributive Share |
|---|---|
| Shareholder's pro-rata share of the PTE Tax Credit. <br> *Individuals,* enter this amount on Form 355, Part 1, line **2.** <br> **8**   *Estates and trusts,* see the instructions for Form 141AZ, line 19 to claim this credit .................................... **8** | |
| Shareholder's pro-rata share of the Arizona PTE Taxes paid in 2022 for taxable year 2022. <br> *Individuals,* add this amount back on Form 140, page 5, line P, or Form 140PY, page 5, line O, <br> or Form 140-SBI, line 25, or Form 140PY-SBI, line 25. <br> **9**   *Estates and trusts,* add this amount back on Form 141AZ, Schedule B, line B3 ........................................ **9** | |
| Shareholder's pro-rata share of comparable PTE Taxes from other states paid in 2022 for taxable year 2022. <br> *Individuals,* add this amount back on Form 140, page 5, line P, or Form 140PY, page 5, line O, <br> or line Form 140-SBI, line 25, or Form 140PY-SBI, line 25, or <br> **10**   *Estates and trusts,* add this amount back on Form 141AZ, Schedule B, line B3 ........................................ **10** | |

Case 2:25-bk-00374-MCW    Doc 1    Filed 01/16/25    Entered 01/16/25 13:53:26    Desc <br> Main Document     Page 108 of 122

# Auto Glass 2020

## Profit and Loss

### January - December 2024

| | TOTAL |
|---|---|
| **Income** | |
| Adjustments | -41,646.75 |
| CC Cash Back Rewards | 8,750.23 |
| Glassbiller-Labor | 668.00 |
| Glassbiller-Materials | 1,495.55 |
| Sales | 7,980,146.76 |
| Uncategorized Income | 5,384.28 |
| **Total Income** | **$7,954,798.07** |
| Cost of Goods Sold | |
| Cost of Goods Sold | |
| Job Supplies | 63,698.69 |
| Materials | 1,522,316.97 |
| **Total Cost of Goods Sold** | **1,586,015.66** |
| **Total Cost of Goods Sold** | **$1,586,015.66** |
| GROSS PROFIT | **$6,368,782.41** |
| Expenses | |
| Advertising & Marketing | 675,958.32 |
| Ask My Accountant | 12,671.40 |
| Bank Charges & Fees | 87,662.51 |
| Car & Truck | 23,076.61 |
| Fuel | 148,185.23 |
| **Total Car & Truck** | **171,261.84** |
| Dues & Subscriptions | 4,978.84 |
| Finance Fees | 653,847.29 |
| Incentives | 620,819.67 |
| Insurance | 359,637.43 |
| Interest Paid | 606,756.95 |
| Legal & Professional Services | 134,017.05 |
| Meals & Entertainment | 33,752.62 |
| Medical | 5,379.21 |
| Office Cleaning | 7,495.00 |
| Office Rent | 52,580.32 |
| Office Supplies & Software | 88,222.99 |
| Payroll | |
| Salaries & Wages | 2,413,523.70 |
| **Total Payroll** | **2,413,523.70** |
| Postage | 373.59 |
| QuickBooks Payments Fees | 97.02 |
| Referral | 7,915.65 |
| Repairs & Maintenance | 1,294.70 |
| Sales Tax | 148,052.80 |

# Auto Glass 2020

## Profit and Loss

### January - December 2024

| | TOTAL |
|---|---|
| Small tools and equipment | 1,681.05 |
| Subcontractor | 410,571.87 |
| Taxes & Licenses | 29,508.19 |
| Travel | 48.05 |
| Utilities | 41,945.27 |
| **Total Expenses** | **$6,570,053.33** |
| NET OPERATING INCOME | **$ -201,270.92** |
| Other Income | |
| Gain or (loss) on Disposal of an asset | -32,658.30 |
| Interest income | 0.28 |
| Team Auto Glass - Income | -908.52 |
| Sales | 472,899.08 |
| **Total Team Auto Glass - Income** | **471,990.56** |
| **Total Other Income** | **$439,332.54** |
| Other Expenses | |
| Depreciation Expense | 318,169.00 |
| Team Auto Glass | |
| Adjustment | 4,097.81 |
| Advertising & Marketing | 14,153.64 |
| Ask My Accountant | 13,921.33 |
| Auto Expense | 12,417.63 |
| Bank Service Fees | 1,052.54 |
| Finance Fee | 64,061.98 |
| Incentives | 20,442.00 |
| Insurance | 1,551.55 |
| Materials | 75,063.18 |
| Meals | 123.08 |
| Office Expense & Software | 4,417.49 |
| Referrals | 0.00 |
| Rent | 1,300.00 |
| Subcontractors | 137,781.59 |
| Tax & License | 1,539.44 |
| Utilities | 2,590.54 |
| **Total Team Auto Glass** | **354,513.80** |
| **Total Other Expenses** | **$672,682.80** |
| NET OTHER INCOME | **$ -233,350.26** |
| NET INCOME | **$ -434,621.18** |

# Auto Glass 2020

## Profit and Loss
### January - December 2023

| | TOTAL |
|---|---:|
| **Income** | |
| CC Cash Back Rewards | 10,392.49 |
| Glassbiller-Labor | 2,219,199.43 |
| Glassbiller-Materials | 3,302,843.30 |
| Refund | -16.53 |
| Sales | 8,697,754.78 |
| Sales of Product Income | 5.72 |
| Unapplied Cash Payment Income | 79,614.94 |
| Uncategorized Income | 2,640.06 |
| **Total Income** | **$14,312,434.19** |
| Cost of Goods Sold | |
| Cost of Goods Sold | 1,818.45 |
| Job Supplies | 61,535.52 |
| Materials | 4,087,644.01 |
| **Total Cost of Goods Sold** | **4,150,997.98** |
| Shipping | 578.15 |
| **Total Cost of Goods Sold** | **$4,151,576.13** |
| GROSS PROFIT | **$10,160,858.06** |
| Expenses | |
| Advertising & Marketing | 1,497,390.73 |
| Ask My Accountant | 0.00 |
| Bank Charges & Fees | 66,146.73 |
| Bookkeeping | 10,075.29 |
| Car & Truck | 56,739.65 |
| Fuel | 113,012.65 |
| **Total Car & Truck** | **169,752.30** |
| Charitable Contribution | 2,111.84 |
| Dues & Subscriptions | 10,594.36 |
| Incentives | 2,350,381.67 |
| Installer | 3,200.00 |
| Insurance | 280,917.95 |
| Life Insurance | 33,138.49 |
| **Total Insurance** | **314,056.44** |
| Interest Expense - Vehicles | 81,328.73 |
| Interest Paid | 107,293.96 |
| Legal & Professional Services | 30,273.77 |
| Meals & Entertainment | 64,807.95 |
| Office Cleaning | 9,595.10 |
| Office Rent | 38,236.59 |
| Office Supplies & Software | 121,140.50 |
| Other Business Expenses | 9,604.43 |

# Auto Glass 2020

## Profit and Loss
### January - December 2023

|  | TOTAL |
|---|---|
| Payroll | 94,721.78 |
| Contractors-1099 | 611,696.30 |
| Payroll Processing Fees | 141,377.24 |
| Payroll Taxes | 104,067.70 |
| Salaries & Wages | 2,532,627.41 |
| **Total Payroll** | **3,484,490.43** |
| Postage | 1,703.64 |
| QuickBooks Payments Fees | 194.04 |
| Referral | 599,403.96 |
| Rent & Lease | 18,613.65 |
| Repairs & Maintenance | 824.84 |
| Sales Tax | 254,266.17 |
| Subcontractor | 387,777.30 |
| Taxes & Licenses | 72,361.56 |
| Travel | 50,840.96 |
| Parking Fees | 2,126.30 |
| **Total Travel** | **52,967.26** |
| Uncategorized Expense | 327.75 |
| Utilities | 49,082.27 |
| Work Van | 610.00 |
| **Total Expenses** | **$9,808,613.26** |
| NET OPERATING INCOME | **$352,244.80** |
| Other Income | |
| Gain or (loss) on Disposal of an asset | 11,310.01 |
| Interest | 0.16 |
| Interest income | 135.18 |
| **Total Other Income** | **$11,445.35** |
| Other Expenses | |
| Depreciation Expense | 234,661.00 |
| **Total Other Expenses** | **$234,661.00** |
| NET OTHER INCOME | **$ -223,215.65** |
| NET INCOME | **$129,029.15** |

# Auto Glass 2020

## Profit and Loss
### January - December 2022

|  | TOTAL |
|---|---|
| Income | |
| Glassbiller-Labor | 0.00 |
| Glassbiller-Materials | 0.00 |
| Refund | 263.00 |
| Sales | 5,636,605.91 |
| Square Income | 369,860.24 |
| **Total Income** | **$6,006,729.15** |
| Cost of Goods Sold | |
| Cost of Goods Sold | 0.00 |
| Job Supplies | 577.19 |
| Materials | 1,751,573.71 |
| **Total Cost of Goods Sold** | **1,752,150.90** |
| **Total Cost of Goods Sold** | **$1,752,150.90** |
| GROSS PROFIT | **$4,254,578.25** |
| Expenses | |
| Advertising & Marketing | 557,125.02 |
| Bank Charges & Fees | 2,723.86 |
| Bonus | 9,000.00 |
| Business Gifts | 861.51 |
| Car & Truck | 1,070.53 |
| Fuel | 13,541.58 |
| Mileage | 86,133.25 |
| **Total Car & Truck** | **100,745.36** |
| Charitable Contribution | 49,500.00 |
| Dues & Subscriptions | 23,769.73 |
| Incentives | 660,313.23 |
| Insurance | 39,065.22 |
| Legal & Professional Services | 75,904.97 |
| Meals & Entertainment | 26,397.65 |
| Office Cleaning | 378.74 |
| Office Rent | 46,940.00 |
| Office Supplies & Software | 88,437.14 |
| Payroll | 0.00 |
| Payroll Taxes | 14,300.13 |
| Salaries & Wages | 186,929.74 |
| **Total Payroll** | **201,229.87** |
| Postage | 63.00 |
| Referral | 287,521.17 |
| Reimbursable Expenses | 10.00 |
| Repairs & Maintenance | 34,945.06 |
| Square Fees | 13,273.85 |

# Auto Glass 2020

## Profit and Loss

January - December 2022

| | TOTAL |
|---|---|
| Subcontractor | 1,308,792.53 |
| Taxes & Licenses | 21,460.45 |
| Travel | 25,569.07 |
| Utilities | 275,848.07 |
| Website Hosting | 202.91 |
| **Total Expenses** | **$3,850,078.41** |
| NET OPERATING INCOME | **$404,499.84** |
| Other Income | |
| Interest income | 37.39 |
| **Total Other Income** | **$37.39** |
| Other Expenses | |
| Depreciation Expense | 57,600.00 |
| **Total Other Expenses** | **$57,600.00** |
| NET OTHER INCOME | **$ -57,562.61** |
| NET INCOME | **$346,937.23** |

# Auto Glass 2020

## Balance Sheet
As of December 31, 2024

| | TOTAL |
|---|---:|
| **ASSETS** | |
| Current Assets | |
| Bank Accounts | |
| Arizona Financial #6024 | 12,298.02 |
| PNC Checking Incentive #9468 | -550.00 |
| PNC Checking x9425 | 0.00 |
| Wells Fargo - Team Auto Glass | 0.28 |
| **Total Bank Accounts** | **$11,748.30** |
| Accounts Receivable | |
| Accounts Receivable (A/R) | 2,280.20 |
| **Total Accounts Receivable** | **$2,280.20** |
| Other Current Assets | |
| Inventory | 0.00 |
| Other Current Asset | 0.00 |
| Uncategorized Asset | 0.00 |
| Undeposited Funds | 0.00 |
| **Total Other Current Assets** | **$0.00** |
| **Total Current Assets** | **$14,028.50** |
| Fixed Assets | |
| Accumulated Depreciation | -544,075.00 |
| Furniture & Fixtures | 11,888.62 |
| Leasehold Improvement | 236,627.65 |
| Vehicles | |
| 2015 Nissan NV200 (5239) | 22,283.60 |
| 2016 Nissan NV200 (7647) | 21,200.60 |
| 2017 Nissan NV200 (1184) | 21,200.60 |
| 2018 Nissan NV200 (0526) | 48,434.30 |
| 2019 Chevrolet Express G2500 (4904) | 42,131.14 |
| 2019 Chevrolet Express G2500 (8285) | 39,706.37 |
| 2019 Nissan NV200 (2538) | 23,962.18 |
| 2019 Nissan NV200 (8085) | 23,962.18 |
| 2019 Ram 1500 (9142) | 18,828.86 |
| 2020 Lincoln Navigator (8546) | 77,133.75 |
| 2020 Nissan NV200 (4195) | 23,366.60 |
| 2020 Nissan NV200 (4416) | 24,001.50 |
| 2021 Chevrolet Express G2500 (1122) | 39,564.65 |

# Auto Glass 2020

## Balance Sheet

### As of December 31, 2024

| | TOTAL |
|---|---|
| 2021 Chevrolet Express G2500 (8194) | 37,616.66 |
| 2021 Chevrolet Express G2500 (8217) | 35,543.65 |
| 2021 Nissan NV200 (0438) | 28,309.25 |
| 2021 Nissan NV200 (6100) | 28,113.95 |
| 2021 Tacoma 3886 | 31,204.00 |
| 2022 MB Metris Van (0267) | 52,006.92 |
| 2022 MB Metris Van (4534) | 40,994.80 |
| 2022 Toyota Tacoma 1466 | 31,928.35 |
| 2022 Toyota Tacoma 8831 | 48,502.94 |
| 2023 Cadillac Escalade (1580) | 219,442.00 |
| MB GT63C4S | 0.00 |
| MB S580Z4 | 0.00 |
| Toyota Tacoma TRD 8876 | 0.00 |
| **Total Vehicles** | **979,438.85** |
| **Total Fixed Assets** | **$683,880.12** |
| **TOTAL ASSETS** | **$697,908.62** |
| LIABILITIES AND EQUITY | |
| Liabilities | |
| Current Liabilities | |
| Credit Cards | |
| American Express CC #1005 | 12,052.31 |
| Capital One CC x3831 | 329,591.27 |
| PNC-Credit Card 5029 | 60,454.87 |
| **Total Credit Cards** | **$402,098.45** |
| Other Current Liabilities | |
| Arizona Department of Revenue Payable | 62,140.77 |
| Current Portion of Long Term Debt | 286,153.57 |
| Deferred Revenue Tax Basis | 0.00 |
| Kalamata Capital Loan | 78,112.00 |
| Loan from Shareholder | 0.00 |
| NP Emmy Capital | 100,078.18 |
| NP Fidelity Funding | 113,569.00 |
| NP Overnight Capital | 261,491.00 |
| Payroll Liabilities | 8,047.48 |
| **Total Other Current Liabilities** | **$909,592.00** |
| **Total Current Liabilities** | **$1,311,690.45** |

# Auto Glass 2020

## Balance Sheet

### As of December 31, 2024

|  | TOTAL |
|---|---|
| Long-Term Liabilities |  |
| Less Current Portion of LT Debt | -286,153.57 |
| NP - 2022 Tacoma 1466 - Ally | 22,726.16 |
| NP - 2022 Tacoma 8831 - Ally | 32,342.40 |
| NP - 2023 Tacoma 3886-Ally | 25,127.51 |
| NP - Ailco Equipment | 74,309.61 |
| NP - Amur Equipment Finance - Vehicles | 77,505.00 |
| NP - Apex Commercial | 49,610.06 |
| NP - Channel Partners Capital - Vehicle | 58,731.81 |
| NP - Channel Partners Capital-MB0866 | 0.61 |
| NP - Channel-Garage | 0.00 |
| NP - Falcon Equipment Finance - Vehicle | 208,611.50 |
| NP - First Bank Richmond - Vehicle #3 | 30,810.88 |
| NP - First Bank Richmond - Vehicles | 106,331.56 |
| NP - First Bank Richmond - Vehicles #2 | 38,599.85 |
| NP - First Foundation Loan - Vehicles | 78,510.66 |
| NP - Navitas Credit Corp | 90,000.00 |
| NP - Nissan NV200 (0438) - Ally | 14,072.17 |
| NP - Toyota Tacoma TRD 8876 | 0.00 |
| NP - US Bank - Vehicles | 0.00 |
| SBA-EIDL Loan | 461,868.33 |
| **Total Long-Term Liabilities** | **$1,083,004.54** |
| **Total Liabilities** | **$2,394,694.99** |
| Equity |  |
| Opening Balance Equity | 0.00 |
| Owner's Investment | 0.00 |
| Owner's Pay & Personal Expenses | 0.00 |
| Draw | -207,125.46 |
| Prior Period Adjustment | -450,000.00 |
| Team Auto Glass Draws | -62,358.28 |
| **Total Owner's Pay & Personal Expenses** | **-719,483.74** |
| Retained Earnings | -542,681.45 |
| Net Income | -434,621.18 |
| **Total Equity** | **$ -1,696,786.37** |
| **TOTAL LIABILITIES AND EQUITY** | **$697,908.62** |

# Auto Glass 2020

## Balance Sheet
As of December 31, 2023

|  | TOTAL |
|---|---|
| ASSETS |  |
| Current Assets |  |
| Bank Accounts |  |
| Incentives WF 8818 (deleted) | 10,388.75 |
| PNC Checking Incentive #9468 | 100.25 |
| PNC Checking x9425 | 80,416.56 |
| Wells Fargo Business Checking #0925 (deleted) | 6,546.66 |
| **Total Bank Accounts** | **$97,452.22** |
| Accounts Receivable |  |
| Accounts Receivable (A/R) | 0.00 |
| **Total Accounts Receivable** | **$0.00** |
| Other Current Assets |  |
| Inventory | 0.00 |
| Other Current Asset | 0.00 |
| Uncategorized Asset | 0.00 |
| Undeposited Funds | 0.00 |
| **Total Other Current Assets** | **$0.00** |
| **Total Current Assets** | **$97,452.22** |
| Fixed Assets |  |
| Accumulated Depreciation | -300,306.00 |
| Furniture & Fixtures | 11,888.62 |
| Leasehold Improvement | 150,000.00 |
| Vehicles |  |
| 2015 Nissan NV200 (5239) | 22,283.60 |
| 2016 Nissan NV200 (7647) | 21,200.60 |
| 2017 Nissan NV200 (1184) | 21,200.60 |
| 2018 Nissan NV200 (0526) | 48,434.30 |
| 2019 Chevrolet Express G2500 (4904) | 42,131.14 |
| 2019 Chevrolet Express G2500 (8285) | 39,706.37 |
| 2019 Nissan NV200 (2538) | 23,962.18 |
| 2019 Nissan NV200 (8085) | 23,962.18 |
| 2019 Ram 1500 (9142) | 18,828.86 |
| 2020 Lincoln Navigator (8546) | 77,133.75 |
| 2020 Nissan NV200 (4195) | 23,366.60 |

# Auto Glass 2020

## Balance Sheet
### As of December 31, 2023

|  | TOTAL |
|---|---|
| 2020 Nissan NV200 (4416) | 24,001.50 |
| 2021 Chevrolet Express G2500 (1122) | 39,564.65 |
| 2021 Chevrolet Express G2500 (8194) | 37,616.66 |
| 2021 Chevrolet Express G2500 (8217) | 35,543.65 |
| 2021 Nissan NV200 (0438) | 28,309.25 |
| 2021 Nissan NV200 (6100) | 28,113.95 |
| 2021 Tacoma 3886 | 31,204.00 |
| 2022 MB Metris Van (0267) | 52,006.92 |
| 2022 MB Metris Van (4534) | 40,994.80 |
| 2022 Toyota Tacoma 1466 | 31,928.35 |
| 2022 Toyota Tacoma 8831 | 48,502.94 |
| 2023 Cadillac Escalade (1580) | 219,442.00 |
| MB GT63C4S | 153,715.06 |
| MB S580Z4 | 226,842.24 |
| Toyota Tacoma TRD 8876 | 0.00 |
| **Total Vehicles** | **1,359,996.15** |
| **Total Fixed Assets** | **$1,221,578.77** |
| **TOTAL ASSETS** | **$1,319,030.99** |
| LIABILITIES AND EQUITY | |
| Liabilities | |
| Current Liabilities | |
| Credit Cards | |
| Capital One CC x3831 | 320,155.42 |
| PNC-Credit Card 5029 | 28,260.69 |
| **Total Credit Cards** | **$348,416.11** |
| Other Current Liabilities | |
| Arizona Department of Revenue Payable | 62,024.12 |
| Current Portion of Long Term Debt | 286,153.57 |
| Deferred Revenue Tax Basis | 0.00 |
| Kalamata Capital Loan | 0.00 |
| Loan from Shareholder | 0.00 |
| Payroll Liabilities | 0.00 |
| **Total Other Current Liabilities** | **$348,177.69** |
| **Total Current Liabilities** | **$696,593.80** |

# Auto Glass 2020

## Balance Sheet
### As of December 31, 2023

|  | TOTAL |
|---|---|
| Long-Term Liabilities |  |
| Less Current Portion of LT Debt | -286,153.57 |
| NP - 2022 Tacoma 1466 - Ally | 26,852.90 |
| NP - 2022 Tacoma 8831 - Ally | 37,580.35 |
| NP - 2023 Tacoma 3886-Ally | 28,024.96 |
| NP - Amur Equipment Finance - Vehicles | 59,906.76 |
| NP - Apex Commercial | 59,024.56 |
| NP - Channel Partners Capital - Vehicle | 67,492.57 |
| NP - Channel Partners Capital-MB0866 | 0.00 |
| NP - Channel-Garage | 0.00 |
| NP - Falcon Equipment Finance - Vehicle | 180,925.60 |
| NP - First Bank Richmond - Vehicle #3 | 35,772.14 |
| NP - First Bank Richmond - Vehicles | 104,338.51 |
| NP - First Bank Richmond - Vehicles #2 | 45,298.67 |
| NP - First Foundation Loan - Vehicles | 89,814.92 |
| NP - Navitas Credit Corp | 84,351.10 |
| NP - Nissan NV200 (0438) - Ally | 3,537.38 |
| NP - Toyota Tacoma TRD 8876 | 0.00 |
| NP - US Bank - Vehicles | 0.00 |
| SBA-EIDL Loan | 469,147.00 |
| **Total Long-Term Liabilities** | **$1,005,913.85** |
| **Total Liabilities** | **$1,702,507.65** |
| Equity |  |
| Opening Balance Equity | 0.00 |
| Owner's Investment | 0.00 |
| Owner's Pay & Personal Expenses | 571,562.19 |
| Draw | -949,905.38 |
| Prior Period Adjustment | -450,000.00 |
| **Total Owner's Pay & Personal Expenses** | **-828,343.19** |
| Retained Earnings | 315,837.38 |
| Net Income | 129,029.15 |
| **Total Equity** | **$ -383,476.66** |
| **TOTAL LIABILITIES AND EQUITY** | **$1,319,030.99** |

# Auto Glass 2020

## Balance Sheet

### As of December 31, 2022

|  | TOTAL |
|---|---|
| **ASSETS** | |
| Current Assets | |
| Bank Accounts | |
| Auto Glass 2020 -WF 0064 (7073) (deleted) | 115,639.38 |
| Cash on hand (deleted) | 895.27 |
| Incentives Checking -9547 (deleted) | 61,064.08 |
| Incentives WF 8818 (deleted) | 7,668.00 |
| Income (deleted) | 147.68 |
| LOAN (deleted) | 1,000.00 |
| New ACCT EFEC 11-1-17 (deleted) | 440.42 |
| **Total Bank Accounts** | **$186,854.83** |
| Accounts Receivable | |
| Accounts Receivable (A/R) | 0.00 |
| **Total Accounts Receivable** | **$0.00** |
| Other Current Assets | |
| Inventory | 0.00 |
| Other Current Asset | 0.00 |
| Undeposited Funds | 749.00 |
| **Total Other Current Assets** | **$749.00** |
| **Total Current Assets** | **$187,603.83** |
| Fixed Assets | |
| Accumulated Depreciation | -57,600.00 |
| Vehicles | |
| MB GT63C4S | 153,715.06 |
| MB S580Z4 | 226,842.24 |
| Toyota Tacoma TRD 8876 | 47,561.81 |
| **Total Vehicles** | **428,119.11** |
| **Total Fixed Assets** | **$370,519.11** |
| **TOTAL ASSETS** | **$558,122.94** |
| **LIABILITIES AND EQUITY** | |
| Liabilities | |
| Current Liabilities | |
| Credit Cards | |
| Capital One CC x3831 | 197,131.10 |
| **Total Credit Cards** | **$197,131.10** |
| Other Current Liabilities | |
| Arizona Department of Revenue Payable | 0.00 |
| Loan from Shareholder | 0.00 |
| **Total Other Current Liabilities** | **$0.00** |
| **Total Current Liabilities** | **$197,131.10** |

# Auto Glass 2020

## Balance Sheet

As of December 31, 2022

|  | TOTAL |
|---|---:|
| Long-Term Liabilities |  |
| NP - Toyota Tacoma TRD 8876 | 45,154.46 |
| **Total Long-Term Liabilities** | **$45,154.46** |
| **Total Liabilities** | **$242,285.56** |
| Equity |  |
| Opening Balance Equity | 0.00 |
| Owner's Investment | 45,301.00 |
| Owner's Pay & Personal Expenses | 203,737.36 |
| Draw | -605,268.23 |
| **Total Owner's Pay & Personal Expenses** | **-401,530.87** |
| Retained Earnings | 325,130.02 |
| Net Income | 346,937.23 |
| **Total Equity** | **$315,837.38** |
| **TOTAL LIABILITIES AND EQUITY** | **$558,122.94** |